Recording Requested by
**California Private Attorney General**
When Recorded Mail to:
William Carter
c/o 5778 Midwick ST.
San Diego, California some where near (92139)

FILED

07 DEC 13 PM 2: 22

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY

DEPUTY

'07 CV 2334 WQH WMc

Space above this line for Recorder use only

## CRIMINAL COMPLAINT
**Alien Tort Claim Act**
**Affidavit of Obligation/ Truth**
**"True Bill in Commerce" By the**
Petitioner, William Carter and Catherine Carter aka

Catherine Pope.

**Felony, High Crimes and Racketeering Influenced**

**and Corrupt Organization**

**18 USC (RICO)**

A)Violation of Regulation Z of the Truth in Lending Act,
pursuant to Title 5 U.S.C., section 1635a and Title 12 CFR
226.23(d)(i).

B) Yanamoto V. The Bank of New York, 329 f3d 1167, 2003: a
Judge does not have any jurisdiction or discretion over anything
that has to deal with Regulation Z.

TO: Hon. Bill Lockyer
**Attorney General**
**1300 I Street, 17th Floor**
**Sacramento, California 95814**

C)Violation of The Law of the Ntaions, Federal Civil Rights Act
of 1871 and Title 12, 1983, 1984, 1986 Equal protection and Due
process of Law, Racial Discrimination Minority Home Owner/
Target For Predatory Loans and further violation of Title 5-
556d Government employees displaying of the burden of proof or
dismissal of action is the evidence of want of Jurisdiction
(18 United States Code 4 Federal Rules of Criminal Procedure,
Rule 3. Title 15 1666 a-e Forfeitures of Creditors

D) Violation/ Invasion International Protocols , United Nation
Conventions on International Bill of Exchange/ Promissory Notes

of the Emergency Bankruptcy of 1933/ House Joint Resolution ---
192/ the Bankruptcy Reform Act of 1978

E) International Protocol s Universal Declarations of Human
Rights /International Bill of Rights , Geneva Convention which
Prohibits Crime against Humanities also Treaties of the United
States Code 4 Federal Rules of Criminal Procedure, Rule 3.

F) Request for a Grand Jury investigation/ indictment.

**THIS CRIMINAL COMPLAINT AND AFFIDAVIT OF INFORMATION/ TRUE BILL
DOES NOT ARISE FROM THE SUBJECT MATTER OF ANY PREVIOUS DISPUTES
IN CLASS ACTION / CAVEAT NOTICE JOINDER OF CLAIMS WITH THE NAAACP
IN BEHALF OF THE GENERAL PUBLIC AT LARGE FOR DISCRIMNATION OF HOME
OWNER WHO ARE MINORITIES THAT WERE TARGETED FOR PREDATORY LOANS,
and Related cases no. 07 CV 925 JM (AJB) file No. 07-63613/ U.S Bankruptcy No**
        Affidavit of Information/ True B ill"

    **Affidavit of Information/ Affidavit of Obligation (Affidavit of Truth) "True Bill in
Commerce" in support of a Criminal Complaint.**

I, William Carter and Catherine Carter the Complainant/ Affiant in the instant matter, am
reporting, by Affidavit of obligation, True Bill / Alien Tort Claim Act in behalf of my Wife and
the General Public and am giving ( CAVEAT /Public Notice the General Public at Large are in
Jeopardy due to Quiet War Being Declare by Lender who Allege to be International Banker  who
are Collecting  in Bankruptcy  of 1933/ and Practice of **Racial Discrimination Minority Home Owner/
Target For Predatory Loans which the National Bank Act of 1863/ Article I section 10 , of the Constitution
for the united States of America Prohibits Emit of Letter of Credit** ) to this office of the United States
Attorney, and  believed to be the Competent authorities to which knowledge of criminal action
should be reported.  This "True Bill in Commerce" Affidavit of Obligation is pursuant to 18
United States Code Section 4 (18 USC 4), the Federal Rules of Criminal Procedure, Rule 3, Title
18 (18 USC) Section 4 States:
"Whoever, having knowledge of the actual commission of a felony cognizable by a court of the

United States, conceals, and does not as soon as possible make known, the same to some Judge

or other person in civil or Military authority under the United States, shall be fined not more than

$500.00 or imprisoned not more than three years, or both."

Federal Rules of Criminal Procedure Rule 3 States:

"The complaint is a written statement of the essential fact constituting the offense charged.  It

shall be made upon oath, before a magistrate."

    In order for a crime to exist, four elements must exist.  First there must be a clearly

defined crime or criminal action. Second, there must be a victim. Third, that the victim must have been damaged or injured, and fourth, the criminal intent must be established on the part of the accused. Without proof of all four elements, no action can be considered criminal.

In this matter the complainant affiant is the victim, the Commercial Affidavit has set forth the complained issues and this criminal complaint defines the crimes, verifies the actual damages, and the intent was established by proof that the accused The CEO of COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK, PACIFIC MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND HOUSEHOLD BANK , BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58, failed to give full disclosure  and CAVEAT NOTICE That they are International Banker and They where given Executive Order Authorities to  Emit Letter of Credit and Collection of the Emergency Bankruptcy of 1933/ National Bank Act of 1863 which Prohibit all Financial Institution for Lending Credit as Money / Truth in Lending Act, Regulation Z.

### PARTIES OF INTEREST

Petitioner at all times mentioned is William Carter  and Catherine Carter aka Catherine Pope.

Respondent at all times mentioned is 1) COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK, PACIFIC MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND HOUSEHOLD BANK , BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58

2) David L Skelton Bankruptcy Trustee, 3) John J. Kralik/ Michael B. Wilson/ Sanford Shatz/

Keenan E. Mc Clenanhan/ Steven N. Richman and Christopher Nelson Allege Attorney At Law

4) Superior Court Chief Clerks C. Selinsky / Presiding Administrative Judicial office/

Commissioners / Levy Officers  does 1-45 of Case No 37-2007-00039577-CL-UD-CTL

## Statement of Cause

William Carter  and Catherine Carter aka Catherine Pope., attests and  Declared I Currently filed

a Quiet Title In the United States District and Joinder of State Court Claim to the Federal Claim

Not as a Mean for Delay , I Demand for a Jury Trial in a Article 3 Court Proceeding , only not a

Article 2 Court Proceeding , for the 7th Amendment mention only under the rule of the Common

Law is the Governing law and Not Maritime Law,  we William Carter  and Catherine Carter aka

Catherine Pope has further Reason to Believe that state Court  Chief Clerk of the Court C.

Selinsky / Commissioner   under color of office and state Law, Knew or should have Known A

Quiet Title Judgments / Finding of the Court Must be Submitted in state Court Before a

Unlawful Detainer is Issue ,show also the Burden of Proof  the United States District Court

Granted Authoritization for the Sale due to the Affirmative Fact the Quiet Title was File Before

the Notice of Foreclosures ,which also Trustee was given  a Final Notice of Rescission/

Termination before the Erroneous  Elected sale  , we William Carter  and Catherine Carter aka

Catherine Pope. Acting Private Attorney General further declares not only a . Constitution and

Equal Protection and Due Process of Law, and a Conventional Victory for the Respondents  who

Falsely Declared  to be International Creditors, and without a Judgment from the United States

District Court to Cover up the Racial Discriminations Target  of  Minority Home Owner, and the

Outrageous and Unethical Business Practice of a Insolvent Financial Institutions / Respondents

–4–

Falsely Declaring to be International Banker Collecting on debt of the Bankruptcy of 1933 or a

debt / letter of Credit as definition of credit, "in the Federal consumer Credit Protection Act,

Truth in Lending Act (Title 15 U.S.C.) As set forth in Regulation Z (12 CFR 226): Credit means

the right granted by a creditor to a debtor to defer payment of debt or to incur debt and defer its

payment.

California Private Attorney General William Carter and Catherine Carter aka Catherine Pope.

is further informed that it is the responsibility of the lender (creditor) the CEO

COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK,

PACIFIC MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND

HOUSEHOLD BANK , BANK OF NEW YORK, AS TRUSTEE FOR THE

CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58

MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58, to give full disclosure of

contract and delegated authority of right or executive order by Legislature to defer payment, and

give a letter of credit/ check book entries/ and no loan, no lawful money according to Article 1,

Section 10, clause 1 of the Federal Constitution mentions; "no state shall enter into any treaty,

alliance, or confederation, grant letter of marque and reprisal, coin money, emit bills of credit..."

And it further mentions the only lawful tender is gold and silver coin, Am Jur 2d 81.

The Affirmative fact is that the Respondents the CEO COUNTRYWIDE HOME

LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK, PACIFIC MONARCH

RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND HOUSEHOLD BANK ,

BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC

ALTERNATIVE LOAN TRUST 2005-58 MORTGAGE PASS-THROUGH CERTIFICATES

SERIES 2005-58 , SELECT PORTFOLIO SERVICE, OCWEN LOAN SERVICE, AND NEW

CENTURY MORTGAGE FIRST FEDERAL BANK PF CALIFORNIA, DEUTSCHE, NATIONAL

TRUST AND ASSOCIATE, and cohorts, also failed to disclose that the original loan was created

by a check book entry, which may be sold in the open market (as a promissory note) for 80-90

cents on the dollar with no consideration to the plaintiff. The defendant further failed to disclose

the loan was pre-paid and the plaintiff would be converted into a joint tenant for 30 years. It also

was not disclosed to the plaintiff that all monthly payments of Federal Reserve Notes , tender for

debt. ("Federal Reserve Notes are valueless" see Internal Revenue Code at Section 1. 1001-1

(4657) C.C.H.


See Jerome Daly v. First National Bank of Montgomery, Minn., Justice Martin v.

Mahoney Credit River Township, December 7-9 1968. Ruled that Federal Reserve Notes were

fiat money and not legal tender after jury deliberation and return a unanimous verdict for

defendant after bank president admitted it was standard banking procedure in that he created the

"money" he loaned to the defendant as a book entry on December 7th at the conclusion of trial,

the mortgage was canceled.


California Private Attorney General William Carter  and Catherine Carter aka Catherine

Pope, further has reason to believe this operation under the Color of Authority by

COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK,

PACIFIC MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND

HOUSEHOLD BANK , BANK OF NEW YORK, AS TRUSTEE FOR THE

CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58

MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58, is a direct violation of the

Constitution for the United States of America, also the U.S. Federal Constitution, which

prohibits Bill of credit, and authenticates securities of the United States and defer payment with

the people and the general public at large.  The Secured Party, Stephanie Ashley, in her own

stead, rescinded the loan contract due to constructive fraud and usury, and also due to unethical

business practice, and furthermore demands a special grand jury investigation of the RICO

allegation/ criminal elements.


## STATEMENT OF FACTS

### " True Bill"

The Affirmative Fact **William Carter  and Catherine Carter aka Catherine Pope**.

gives Caveat Notice of Recuse for Cause David L . Skelton U.S.  Bankruptcy Trustee / Termination

of His Acting As a Fiduciary Indenture Servant due to Conflict of Interest Under the Color of

Officer and state law , Unethical and Outrageous Business Practice and Failure to Properly Aid the

General Public at Large who in Jeopardy, due to Malfeasants listed in below Impersonate a

International Banker to Collect on  the Emergency Bankruptcy of 1933,  Title 15 1666 (a) – (e)

Fortifiture of Creditors who failure to provide a cure , and US Trustee David L . Skelton Know or

should have know , the General Public can not pay off their debts , due to the Rescission of the Gold

 & Silver Certificate has been Rescinded , U. S. Bankruptcy Trustee David L . Skelton / officer of

the Court knew or should have know both Foreign state National and U S. Federal Citizen can Used

**House Joint Resolution -192 The United States Insurance Policy to Discharge of the Debts /**

**Transmit of Utilities to the Secretary of the Treasury in behalf of the American Citizen who reside**

**outside of the Extra- Territory of the UNITED STATES/DISRICT OF COLUMBIA, and to aid**

**Insult to Injury David L . Skelton Trustee officer of the Court Also Know or should have Known**

**California state Commissioner never Issue License to Malfeasants** John J. Kralik/ Michael B.

Wilson/ Sanford Shatz/ Keenan E. Mc Clenanhan/ Steven N. Richman and Christopher Nelson

Allege / Insolvent Attorney At Law (Felons who Refuse to Swear under the Penalty of perjury

and Under their Full Commercial Liability/ Hazard Bonds Number and Address, etc. ) Who has

No Standing in a Article 3 Court , None Legislative Court Proceeding , and these Malfeasants

Attorney should be Subjected to the Alien Tort Claim Act , for legal Malpractice pursuant to the

Uniform Bonding Code, and due the Affirmative Fact U.S. Bankruptcy Trustee David L . Skelton

Refuse to Work with the NAACP  to Bring to Justice the CEO  of the Fictitious Corporations

who  Abandon the Battlefield  by Hiding Behind Malfeasant Attorney who can't display the

Burden of Proof  of  Hazard Bond/Standing /License from the California state Commissioner

,these Parties Behind the  Fictitious Corporation in a Contempt of Court Proceeding against the

People / General public at Large  Real Living Being/  Who has been **FOR DISCRIMNATION OF**

**HOME OWNER WHO ARE MINORITIES THAT WERE TARGETED FOR PREDATORY**

**LOANS, ( Domestic Terrorist on the General Public) The Affirmative fact  David L . Skelton also**

**knew or should California state Constitution was Repeal in 1879 and Never Ratified and California**

**Constitution Never Delegated Executive Order to the Sheriff  / Marshall  Superior Court  Chief**

**Clerk of the Court , and Presiding Administrative Judge / Commissioner  DOES 1-45  Knew or**

**should have Know that Malfeasant Allege Attorney at Law 1) John J. Kralik/ Michael B.**

**Wilson/ Sanford Shatz/ Keenan E. Mc Clenanhan/ Steven N. Richman and Christopher**

**Nelson Allege Attorney At Law  Has No Standing to Filed a Unlawful Detainer without  First Being Awarded a Quiet Title Judgment in the Federal United States District Court 2# California State Commissioner Never issue a License to Practice Law  as a Attorney at Law in behalf of a Fictitious Plaintiff  in a Contempt of Court Proceeding against a Real Party, in the state of California , nor in the 50 states ,etc**

I William Carter  and Catherine Carter aka Catherine Pope., Lien Claimant an Individual Acting Private Attorney General / foreign state National attests and Declare All CEO/ Defendant's willfully, Knowingly, failure to give full Disclosure of **(Identified  themselves as International Banker )**Pursuant to **Freedom of Information Act** the **Right to Challenge The Creditor Give a Caveat Public Actual And Constructive Notice** to come out of Hiding and **Gives Full Disclosure Pursuant to the Freedom of Information Act, What is  Public Policy** and how did the CEO OF COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK, PACIFIC MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND HOUSEHOLD BANK , BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58 **Under What Executive Order How did you become Creditor's aka Known as International Banker,** and Can further Produce Document's, wherefore Personal Debt is Established a loan (deed of Trust/Mortgage) Whereby showing the **foreign State National** William Carter  and Catherine Carter aka Catherine Pope.

**, Knowingly, willing and Voluntarily Promise to pay any U.S.  Corporate Bankruptcy obligation made in the 1930.**

Special-Choice-of-Law-Rule, which is the International Protocol and Domicile Rule, Universal Declaration of Human Rights, International Bill of Rights, and the United Nations Convention on International Bills of Exchange and International Promissory Notes.  If there is any

Administrative Court proceeding that has invaded U.S. Code and the 9[th]Circuit Ruling in Yamamoto v. Bank of New York, 329 F3d 1167 (9TH Cir 20030 Regulation Z Mandated to all state / federal agency cannot make any Judicial discretion but is further mandated to Grant Relief within 21 days).
Further definition of credit, "in the Federal consumer Credit Protection Act, Truth in Lending

Act (Title 15 U.S.C.) As set forth in Regulation Z (12 CFR 226): Credit means the right granted

by a creditor to a debtor to defer payment of debt or to incur debt and defer its payment.   The

William Carter  and Catherine Carter aka Catherine Pope.  Foreign State National/ Non- Federal

Employee is further informed that it is the responsibility of the lender (creditor) CEO OF

COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK,

PACIFIC MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND

HOUSEHOLD BANK , BANK OF NEW YORK, AS TRUSTEE FOR THE

CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58

MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58 to give full disclosure of

contract pursuant to the Freedom of Information Act and delegated authority of right or executive

order by Legislature to defer payment, and give a letter of credit/ check book entries/ and no loan,

no lawful money according to Article 1, Section 10, clause 1 of the Federal Constitution

mentions; **"no state shall enter into any treaty, alliance, or confederation, grant letter of**

**marquees and reprisal, coin money, emit bills of credit..." And it further mentions the only**

**lawful tender is gold and silver coin, Am Jur 2d 81.**

**CAVEAT notice to :** Jerome Daly v. First National Bank of Montgomery, Minn., Justice Martin v. Mahoney Credit River Township, December 7-9 1968.  Ruled that Federal Reserve Notes were fiat money and not legal tender after jury deliberation and return a unanimous verdict for defendant after bank president admitted it was

standard banking procedure in that he created the "money" he loaned to the defendant as a book entry on December 7th at the conclusion of trial, the mortgage was canceled.

California Private Attorney General William Carter and Catherine Carter aka Catherine Pope,,

further has reason to believe this operation under the color of authority by the CEO OF

COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK,

PACIFIC MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND

HOUSEHOLD BANK , BANK OF NEW YORK, AS TRUSTEE FOR THE

CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58

MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58 .is in direct violation of the

Constitution for the united States of America, also the International Protocol (United Nations

Convention on International Bills of Exchange and International Promissory Notes, and the U.S.

Federal Constitution, which prohibits Bills of credit, and authenticates securities of the United

States and further defer payment with the people and the general public at large. The Secured

Party, William Carter and Catherine Carter aka Catherine Pope.

,/ Non-Joint tenant, in her own stead, rescinded the loan contract due to constructive fraud and usury, and also due to unethical business practice, and furthermore demands a **special well informed grand jury of the rules of the Common Law/ Article III Court Proceeding/ International Protocol/ treaties of the United Nations Convention on International Bills of Exchange and International Promissory Notes. Further investigation of Violation of the Securities and Exchange Commission Act of 1933 and 1934 the RICO allegation/ criminal elements**.

### CAVEAT Judicial Notice of How a Claim of Relief Can be Granted
The Secured Party William Carter and Catherine Carter aka Catherine Pope., gives **Judicial**

**Notice to the United States District Court that relief can only be granted under her bond**

–11–

and Article III Court Proceeding under the rules of the Common Law, all rights reserved, waiver none ever to an Article II Maritime Court Extra territory proceeding. **Further relief can be granted? A) Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933. B) My bond UCC-1 financial Statement/ Transmitting Utilities Under Public Policy HJR-192, the Bankruptcy Reform Act of 1978/ Emergency Bankruptcy Act and adjustment of my pre-paid account with the Secretary of State and the Secretary of the Treasury in exchange with my exemption, and release of all property/ proceeds to the Secured Party in Accordance with the Uniform Commercial Code.**

**C) Under the Settlement agreement and the stipulations between the parties, Stephanie Ashley, and the** CEO OF COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK, PACIFIC MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND HOUSEHOLD BANK , BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58 **and Third Parties Interference.**

Concerning Loan of Controversy, The Fictitious Corporations Entities Listed in the above as "respondents" failed to give full disclosure according to the Truth in Lending Act, and due to the fact that William Carter and Catherine Carter aka Catherine Pope has registered her UCC 1 with the Secretary of State and transmitted utilities to the Secretary of the Treasury in Washington D.C. and tendered a secondary discharge of the loan with a Bill of Exchange for 1.5 Billion Dollars, the named respondents have been threatening with continuing foreclosure and invading Regulation Z and House Joint Resolution -192 and Emergency Bankruptcy of 1933. The Respondents knew or should have known that President Roosevelt cancelled the Gold and Silver Certificates, meaning there is no lawful means to tender

a debt. The Respondents should have further known, pursuant to HJR-192, that the U.S. and its citizens come under protection of HJR-192, the U.S. insurance policy. Furthermore, under the color of state law and office, and due to unethical business practice and outrageous conduct, these malfeasant corporations listed above refused to sign 1) a proof of claim/ conditional acceptance for value, 2) a notice of fault and opportunity to cure, 3) Certificate of Non-response, and 4) a notice of default. Therefore the Respondents agree that there is no longer any existing debt.   On or around March , 2006 payment was made to COUNTRYWIDE HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK, PACIFIC MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND HOUSEHOLD BANK , BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58, and due to William Carter and Catherine Carter aka Catherine Pope  exercising their rights to accept the debt for value and exchange her exemption for settlement and closure of the matter/ payment in full, and serve all parties, the three entities decided to go forward with threats of foreclosure of said property. The three respondents  went forward also due to the fact that Carter/Pope registered a UCC-1 financing statement with the Secretary of the State and transmitting of  utilities to the Secretary of the Treasury and notified all parties of his status. The Secured Party/ California Private Attorney General William Carter  and Catherine Carter aka Catherine Pope, spokesperson for the non-debtor corporation William Carter  and Catherine Carter aka Catherine Pope., with UCC-1 Financial Statement with the Secretary of State, gave 72 hour notice to all parties of interest, of transmitting utilities (UCC-3) and through means of Bill of Exchange, "acceptance for value" and notice of rescission, due to failure to give full disclosure, for said amount of

$1,000,000,000.00 (ONE BILLION DOLLARS) PER DAY lawful money, which  was sent to

the Secretary of the Treasury for adjustment of my prepaid account under Public Policy HJR-192,

Emergency Bankruptcy Act of 1978, which was transmitted by the Chief Justice of the Supreme

court to Congress, wherefore the Secured Party Reserves Right by Judicial Notice to all of that

which is mentioned in the above of how a claim of relief can be granted.  Please take Judicial

Notice to the Ninth Circuit Ruling: Yanamoto V. Bank of New York, 329 f3d 1167; In 2003 the

Judge mandated to Grant Relief and a Judge does not have any jurisdiction or discretion over

anything that has to deal with Regulation Z.

The respondent failed to respond within the 21 days as requested or cancel the transaction and

return the property back (Rescission and Replevine).  This information is for the California Attorney

General and the Attorney General and if they feel that this information is not of any great importance

please pass this information on to the United States Attorney for secondary opinion and the ultimate fact

that Ashley has a list of over 20 people that wish to file a class action lawsuit against COUNTRYWIDE

HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK, PACIFIC

MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND

HOUSEHOLD BANK , BANK OF NEW YORK, AS TRUSTEE FOR THE

CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58

MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58  We, William Carter  and

Catherine Carter aka Catherine Pope.


California Private Attorney General William Carter  and Catherine Carter aka Catherine Pope,

have further reason to believe that my equal protection and due process of law was violated by all

malfeasant agents and I have exhausted all administrative and judicial remedies.  Any judicial remedies or controversies over 20 dollars should be governed under the rules of the Common Law/ Emergency Bankruptcy of 1933, Bankruptcy Reform Act of 1978, and Title 11 Adversary proceeding.  I William Carter  and Catherine Carter aka Catherine Pope. Gives Caveat How a Claim of Relief can be Granted under The Law of the Nations: International Protocols Remedies of United Nation Convention on International Bill of Exchange / Promissory Note, and Subjecting All Malfeasants to Alien Tort Claim Act and , submit this in request for a U.S. Grand Jury investigation/ indictment.

Domestic Mixed War- a mixed war is one which is made on one side of public authority, and the other by mere private person, (Black's Law Dictionary 5th Ed. Page 1420).  War does not exist merely because of an armed attack by Military forces of another nation until it is a condition recognized or accepted by political authority of Government, which is attacked either through an actual declaration of war or other acts demonstrating such, criminally under Title 18, Section 4, civilly under Title 42, Section 1983, 1985, 1986, position emphasis added: (Suaser V. Sun Life Assure Co. Of Canada, D.C. 57 F Supp. 620, 621)

Mixed war is the disintegration of peace: Webster's states: "A State of hostility, conflict, or antagonism, a struggle between opposing forces," not necessarily open, violent, armed confrontations, although a continued state of disrupted peace by any forced lead to open armed conflict.

Treason-

Treason is defined as the assault against the authority to which one owes allegiance.  It is one of three specific crimes named in the United States Constitution.  It requires that one commit an act of war against the Constitution or giving aid and comfort to an enemy, such clearly, action by government officer and such private officer who have privileged authority in Commerce by the Constitution, in specific connection to the above violation.  Malfeasance of office along with violating their oath of office and in the

–15–

related connected activities here in as listed below is nothing short of Treason.

Fraud-

      Permitting shown and demonstrated acts of fraud and actively participating in a scheming

conspiracy of untruths and misrepresentation to deceive those who entrusted themselves in dealing in good

faith, while specifically acting in deliberate bad faith with such fraud was shown (Cal. Penal Code sec. 532

18 USC 1001).

Conspiracy-

A confederation of two or more individuals who may not know each other but by their joint effort, commit

some unlawful or criminal act.(Black's Law Dictionary).  Multiple officials, agents, and other persons

named properly noticed by the attached commercial affidavit and  the COUNTRYWIDE HOME

LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK, PACIFIC MONARCH

RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND HOUSEHOLD BANK ,

BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC

ALTERNATIVE LOAN TRUST 2005-58 MORTGAGE PASS-THROUGH CERTIFICATES

SERIES 2005-58) who under a color of official right and appearance and color of law, continued to

perform such acts to continue to raise revenue by fraud and extortion, theft of exemption of  William

Carter  and Catherine Carter aka Catherine Pope.

     and the general public at large.  (California Racketeering Act 18 USC 1961 et. Seq.)

**Racketeering**

      Is the combination of the above identified crimes.  Title 18 United States Codes Section 1961

(RICO) defines it as involving a host of patterned criminal actions that includes but is not limited to an act

or threat of murder, kid napping, gambling, arson, and as in the instant case, robbery, bribery, extortion,

Fraud, slavery, misrepresentation, etc..

The explanation of crimes above stem from other hidden crimes being forced upon the general

public at large/ the People of this California Republic and the International Communities. Such Crimes

and this Affidavit of Information, is registered in the overall context of the Bankruptcy of the United States

the, District of Columbia) as per Jurisdiction set for In the U.S. Constitution Article 1, section 8, clause 17,

and 18 and Article 4, Section 3, clause 2) the United States Bankruptcy is a direct result of the Federal

Reserve act of Dec. 22, 1913, in which the delegated authority of Congress to be Responsible for the

Nation's currency was unconstitutional and was clearly reiterated on march 17, 1993 on the floor of the

House of Representatives by James Traficant, Jr. (Ohio) addressing the House, it is recorded in the United

States Congressional Record, Wednesday, March 17, 1993, vol. 33 page HI303:

"Mr. Speaker, we are here now in chapter 11, member of congress are official trustees presiding over the

greatest reorganization of any bankrupt entity in world history. The U.S. Government," he further

mentioned, "the U.S. attorney general the "permanent member" to the Secretariat of the Interpol operation

and the Secretary of the Treasury , the "alternate permanent member" under article 30 of the constitution ,

and regulation of Interpol 22 USC 263 (a), the agents are required to renounce their allegiance to their

respective countries and expatriate consequently, all "public servant" official, Congressmen, politician,

Judges, attorney, law enforcement personnel, the states and their various agencies are express agents of the

foreign principal. Private Municipal Corporation in behalf of the United States

A) A Federal Corporation title 28 U.S.C. Section 300(5) chapter 176 mentions in the United States is a

Corporation 534 federal supplement 724.

This RICO enterprise should be subject to 28 USC sec 4 of the commission of crimes cognizable

by a court of the United States. Title 18 USC sec 513 mentions: "Whoever makes, utters, or possesses a

counterfeited security of a State or political subdivision thereof or of an organization, or whoever makes,

utters, or possesses a forged security of a state or political subdivision thereof, or organization with intent

to deceive another person, organization, or government shall be fined not more than $250,000 or

imprisoned not more than ten (10) years or both." Among securities defined at 18 USC sec 2311 is

included: "evidence" of indebtedness, which in a broad sense may mean anything that is due and owing,

which would include a duty, obligation , or right of action.


**Waiver of Contractual Right**

The failure of either party to enforce one or more provisions of this agreement shall not be construed as a

waiver or limitation of that Party's right agreement. The William Carter and Catherine Carter aka

Catherine Pope., shall not be deemed to have waived right under this agreement unless such waiver is

given in writing and signed by the Petitioner. No delay or omission on the part of the Petitioner in

exercising a right shall operate as waiver of such right or any other right. A waiver by the Petitioner of a

provision of this agreement shall not prejudice or constitute a waiver of the Secured Party's right otherwise

to demand strict compliance with that provision or any other provision of this agreement. No prior waiver

by William Carter and Catherine Carter aka Catherine Pope. nor any course of dealing between

William Carter and Catherine Carter aka Catherine Pope., and the Debtor COUNTRYWIDE

HOME LOANS, EMC MORTGAGE CORPORATION , INDYMAC BANK, PACIFIC

MONARCH RESORT,INC, FIRST FEDERAL BANK, GE MONEYBANK AND

HOUSEHOLD BANK , BANK OF NEW YORK, AS TRUSTEE FOR THE

CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE LOAN TRUST 2005-58

MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58, shall constitute a waiver of

the Secured Party's rights or of Debtor obligations under this agreement as to future Transactions,

whenever the consent of is required under this Agreement, the granting of such consent by the Petitioner in

one instance shall not constitute consent over the whole.

UCC 3-103 fraud, misrepresentation, duress, Estoppel, Bankruptcy, principal and agent law of contract.

UCC 3-103. Duty to act in good faith Requires honesty not dishonest/ reasonable Commercial Standard of fair Dealing.

UCC 403. Filing Public Record or upon Acceptance by Filing offer.

UCC 1-201 (11) offer/ consideration/ Acceptance

UCC 1-105 Territorial, Application of the act, practice, Power to choose, Application Law, choose law, conflict of Law.

**Payment of one Billion dollars lawful money per day, U.S. $1,000,000,000.00**

| Nature of Crime | Damage Penalty | Authority of Damage |
|---|---|---|
| Fraud | $10,000.00 | $ 18USC 1001 |
| 13 counts theft of exemption | $5,000.00 | $ 18 USC 872 |
| from count 13 (felony) (18USC 2112) no | $250,000.00 | $18USC 3571, 3623 |
| Conspiracy | $10,000.00 | $18USC, 241 |
| Racketeering (Criminal) | $25,000.00 | $18USC, 1963 |
| Grand theft Larceny | $250,000.00 per day | $18 USC 872 |

See attachment: Bill of Exchange upon default

Subtotal amount, see attachment (A)

Racketeering (Civil Value) Whatever the actual damages are, that can be proven, multiplied by 3, triple the damages.

$10,000.00 x 3 = $ 18 USC, 1964

100 Constitutional Violations

(Human Rights violation)                    $1,000,000,000.00

from count 6                                $ see attachment

partial table total

Racketeering civil penalties                $ upon default, see exhibit of Bill of Exchange for said

                                            amount of One Billion Dollar.

## Verification

We, William Carter and Catherine Carter aka Catherine Pope , Attest and Affirm that the above

information mentioned in this affidavit of truth is True and correct to the best of my knowledge and belief.

of the Respondents Outrageous Unethical Behavior in Business Practice  who Falsely Declared

to be International Creditors, and without a Judgment from the United States District Court to

Cover up the Racial Discriminations Target  of  Minority Home Owner, and the Outrageous and

Unethical Business Practice of a Insolvent Financial Institutions / Respondents Falsely Declaring

to be International  Banker Collecting on debt of the Bankruptcy of 1933 **and further  CAVEAT**

**Notice of Request  of the California Attorney General or the United States Attorney General to Set**

**and Schedule within 30 day and Grand Juries Investigation within 30 days of filing of this**

**Information's/ Alien Tort Claim Act, A Special  Grand Juries Investigation , Criminal Compliant**

**on state court judge/ Commissioner**  / David L Skelton Bankruptcy Trustee, 3) John J. Kralik/

Michael B. Wilson/ Sanford Shatz/ Keenan E. Mc Clenanhan/ Steven N. Richman and

Christopher Nelson Allege Attorney At Law  4) Superior Court Chief Clerks C. Selinsky /

Presiding Administrative Judicial office/ AND SUPERIOR COURT CHIEF CLERK OF THE

COURT, **wherefore the Subpoena of 1)** THE CEO COUNTRYWIDE HOME LOANS, EMC

MORTGAGE CORPORATION , INDYMAC BANK, PACIFIC MONARCH RESORT,INC,

FIRST FEDERAL BANK, GE MONEYBANK AND HOUSEHOLD BANK , BANK OF NEW

YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC ALTERNATIVE

LOAN TRUST 2005-58 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-58

After Become Liable for the face Amount of the Instrument , see Section No.**2145 of the Bank Officer**

**Handbook** , Uniform Commercial Code, United Nation Convention on International Bill of Exchange and

International Promissory Note , See Section for Commercials & Protest By Notary Public of Insolvents

Banks / Financial Corporations **Shall be subject to Alien Tort Claim Act FOR DISCRIMNATION**

**OF HOME OWNER WHO ARE MINORITIES THAT WERE TARGETED FOR PREDATORY**

**LOANS, ( Quiet War and Domestic Terrorist on the General Public) also the California state**

**Commissioner never Issue License to Malfeasants** John J. Kralik/ Michael B. Wilson/ Sanford

Shatz/ Keenan E. Mc Clenanhan/ Steven N. Richman and Christopher Nelson Allege / Insolvent

Attorney At Law (**Felons** who **Refuse to Swear under the Penalty of perjury and Under**

**their Full Commercial Liability/ Hazard Bonds Number** and Address

Henceforth Submitted

Dated: _12-12-07_

_William H. Center_

Private Attorney General

–21–

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

William Carter )
)
)
**Plaintiff** )
)
**vs.** )
)
Countrywide )
Home Loan )
)
_____ **Defendant** _____ )

NO._____

**DECLARATION OF SERVICE**

Person served:

Countrywide

Date served:

12/13/07

I, The undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

_____ Criminal Complaint to US Attorney _____

In the following manner:  (check one below)

1) ___  By personally delivering copies to the person served.

2) ___  By leaving, during usual office hours, copies in the office of the person served with the who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) ___  By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) _X_  By placing a copy in a separate envelope, with postage fully prepaid, for **each address named below** and depositing each in the U.S. Mails at San Diego, Ca on _____.
   400 Countrywide Way 9463
   Simi Valley, CA 93061
   _____

Executed on ___12/13_____, 2007 at San Diego, California

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
William Carter
5778 Midwick St.
San Diego, Ca 93065

**DEFENDANTS**
Country Wide Mortgage
400 Countrywide way SV-63
Simi Valley, Ca 93065

FILED
07 DEC 13 PM 2:22

(b) County of Residence of First Listed Plaintiff  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

Same

County of Residence of First Listed Defendant  Simi Valley
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

DEPUTY

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)  '07 Same

'07 CV 2334 WQH WMc

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws |  | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 530 General | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 535 Death Penalty |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other |  |  |
|  |  | ☐ 550 Civil Rights |  |  |
|  |  | ☐ 555 Prison Condition |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
18 USC Title 5 USC Sec. 1635a

Brief description of cause:
RICO

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE

DOCKET NUMBER

DATE  12-12-07

SIGNATURE OF ATTORNEY OF RECORD  William H. Carter

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

