WILLIAM H CARTER
PLAINTIFF/PETITIONER/MOVANT'S NAME

_____
PRISON NUMBER

_____
PLACE OF CONFINEMENT

1224 WEAVER ST. SAN DIEGO
ADDRESS                CA. 92114

FILED
07 DEC 13 PM 2:22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# United States District Court
## Southern District Of California

WILLIAM H. CARTER
Plaintiff/Petitioner/Movant

v.

Countrywide Home Loan
Defendant/Respondent

Civil No. '07 CV 2334 WQH WMc
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, WILLIAM H. CARTER, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☐ Yes ☒ No   (If "No" go to question 2)
    If "Yes," state the place of your incarceration _____
    Are you employed at the institution?          ☐ Yes ☒ No
    Do you receive any payment from the institution? ☐ Yes ☒ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)                                              H:\CIV-67.wpd

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _____
   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. JUNE 2003 SAN DIEGO UNIFIED SCHOOL DISTRICT
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☒ Yes ☐ No
   d. Disability or workers compensation               ☒ Yes ☐ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. $1400 SAN DIEGO CITY OF SAN DIEGO FIRE DEPT + SAN DIEGO UNIFIED SCHOOL DISTRICT $250.00

4. Do you have any checking account(s)? ☒ Yes ☐ No
   a. Name(s) and address(es) of bank(s): 409-368676-2
   b. Present balance in account(s): $200.00

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☒ Yes ☐ No
   a. Name(s) and address(es) of bank(s): WASHINGTON MUTUAL
   b. Present balance in account(s): $100.00

6. Do you own an automobile or other motor vehicle? ☒ Yes ☐ No
   a. Make: LEXUS   Year: 1992   Model: 300
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed? 0

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes  ☒ No
If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _WILLIAM CARTER, KRISTEN CARTER (ALL)_

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): ~~ABB~~
_SHOOL LOAN $25,000 OC_
_CR CARD $18,000_

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _NONE_

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses. _____

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

_12-12-07_                                _William H. Carter_
DATE                                       SIGNATURE OF APPLICANT