STEVEN N. RICHMAN, State Bar No. 101267
H. MARK MADNICK, State Bar No. 228126
**EPPORT, RICHMAN & ROBBINS, LLP**
1875 Century Park East, Suite 800
Los Angeles, California 90067-2512
Telephone:    (310) 785-0885
Facsimile:    (310) 785-0787
E-Mail:    *srichman@erlaw.com*
            *hmmadnick@erlaw.com*

Attorneys for Defendant
FIRST FEDERAL BANK

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 · FACSIMILE (310) 785-0787

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CARTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTRYWIDE HOMES LOANS; EMC MORTGAGE CORPORATION; INDYMAC BANK; PACIFIC MONARCH RESORTS, INC.; FIRST FEDERAL BANK; GE MONEYBANK; HOUSEHOLD BANK; BANK OF NEW YORK; DAVID L. SKELTON, Bankruptcy Trustee; JOHN J. KRALIK; SUPERIOR COURT CHIEF CLERK C. SCLINSKY; PRESIDING ADMINISTRATIVE JUDICIAL OFFICE; COMMISSIONERS/LEVY OFFICERS; DOES 1-45,<br><br>　　　　　Defendants. | CASE NO. 07-CV-02334-WQH (WMC)<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT FIRST FEDERAL BANK OF CALIFORNIA:**<br><br>**(1)    TO DISMISS ALL CLAIMS FOR RELIEF ACTION AGAINST FIRST FEDERAL BANK OF CALIFORNIA [F.R.C.P. (8) & 12(b)(6)];**<br><br>**OR, IN THE ALTERNATIVE,**<br>**(2)    FOR A MORE DEFINITE STATEMENT [F.R.C.P. 12(e)]**<br><br>Date:    January __, 2008<br>Time:<br>Crtrm.: 4<br>Judge:  Hon. William Q. Hayes<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

**TO THE HONORABLE WILLIAM Q. HAYES:**

NOTICE IS HEREBY GIVEN THAT on _____, 2008, or as soon thereafter as the matter may be heard in Courtroom 4 of the United States District Court for the Southern District of California, located at 880 Front Street, San Diego, California, Defendant First Federal Bank of California ( "First Federal") will, and hereby does, move

the Court to dismiss Plaintiff's entire Complaint as to First Federal.[1]  This Motion is made

pursuant to Rules 8 and 12(b)(6) of the Federal Rules of Civil Procedure on the grounds

that the Complaint does not contain a short and plain statement of the claim showing that

Plaintiff William Carter ("Carter") is entitled to relief.

NOTICE IS FURTHER GIVEN THAT, in the alternative, should the Court decide

not to dismiss the Complaint as to First Federal at this time, First Federal requests that the

Court order Plaintiff Carter to provide a more definite statement regarding the basis of his

claims against First Federal.  This alternative Motion is made pursuant to Rule 12(e) of the

Federal Rules of Civil Procedure on the grounds that the Complaint is so vague and

ambiguous that First Federal cannot reasonably be required to frame a responsive pleading.

This Motion shall be based upon this Notice of Motion and Motion; the

Memorandum of Points and Authorities and the Request for Judicial Notice filed

concurrently herewith; Plaintiff's Complaint, and, any other pleadings or documents of

which the Court may take judicial notice; and the oral argument, if any, permitted by the

Court.

DATED: December 31, 2007          EPPORT, RICHMAN & ROBBINS, LLP


By: /S/ _____
H. MARK MADNICK
Attorneys for Defendant
FIRST FEDERAL BANK

---

[1] First Federal brings this Motion on its own behalf because the Complaint is ambiguous as to the identities of the parties named, and First Federal believes that the Plaintiff is suing it as an entity.  However, First Federal respectfully requests the Court to consider this Motion to have been brought on behalf of First Federal and any of its officers the Court considers properly named in the Complaint.

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0886 · FACSIMILE (310) 785-0787

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 800, Los Angeles, California 90067-2512.

On December 31, 2007, I served true copies of the following document(s) described as **NOTICE OF MOTION AND MOTION OF DEFENDANT FIRST FEDERAL BANK OF CALIFORNIA (1)  TO DISMISS ALL CAUSES OF ACTION AGAINST FIRST FEDERAL BANK OF CALIFORNIA [F.R.C.P. (8) & 12(b)(6)];OR, IN THE ALTERNATIVE, (2)FOR A MORE DEFINITE STATEMENT [F.R.C.P. 12(e)]** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Epport, Richman & Robbins, LLP's practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing as set forth in this Proof of Service.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction this service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 31, 2007, at Los Angeles, California.

/S/_____
Darice Pequignot

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

1

**SERVICE LIST**
**WILLAM CARTER v. COUNTRYWIDE HOME LOANS, et al.**
**Case No. 07-CV-02334-WQH (WMC)**

2

3  | William Carter                                In Pro Se
4  | 5778 Midwick Street
   | San Diego, California 93065

5  | Attorney General                             Attorney for Defendant
6  | State of California                          Superior Court Chief Clerk C. Sclinsky
   | Office of the Attorney General
7  | 110 West A Street, Suite 1100
   | San Diego, California 92101-5266

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 · FACSIMILE (310) 785-0787

8483_Notice of Motion to Dismiss.doc

07-CV-02334-WQH (WMC)

*NOTICE OF MOTION AND MOTION OF FIRST FEDERAL BANK OF CALIFORNIA TO DISMISS*