1  STEVEN N. RICHMAN, State Bar No. 101267
   H. MARK MADNICK, State Bar No. 228126
2  **EPPORT, RICHMAN & ROBBINS, LLP**
   1875 Century Park East, Suite 800
3  Los Angeles, California 90067-2512
   Telephone:    (310) 785-0885
4  Facsimile:    (310) 785-0787
   E-Mail:       *srichman@erlaw.com*
5                *Hmmadnick@erlaw.com*

6  Attorneys for Defendant
   FIRST FEDERAL BANK

7

8

9                    **UNITED STATES DISTRICT COURT**

10                 **SOUTHERN DISTRICT OF CALIFORNIA**

11

   WILLIAM CARTER,                        CASE NO. 07-CV-02334-WQH (WMC)
12
            Plaintiff,                     **REQUEST FOR JUDICIAL NOTICE**
13                                         **IN SUPPORT OF MOTION OF**
        v.                                 **DEFENDANT FIRST FEDERAL**
14                                         **BANK OF CALIFORNIA:**
   COUNTRYWIDE HOMES LOANS;
15 EMC MORTGAGE CORPORATION;              **(1)    TO DISMISS ALL CLAIMS**
   INDYMAC BANK; PACIFIC                  **       FOR RELIEF ACTION**
16 MONARCH RESORTS, INC.; FIRST           **       AGAINST FIRST FEDERAL**
   FEDERAL BANK; GE MONEYBANK;            **       BANK OF CALIFORNIA**
17 HOUSEHOLD BANK; BANK OF NEW            **       [F.R.C.P. (8) & 12(b)(6)];**
   YORK; DAVID L. SKELTON,
18 Bankruptcy Trustee; JOHN J. KRALIK;    **OR, IN THE ALTERNATIVE,**
   SUPERIOR COURT CHIEF CLERK C.          **(2)    FOR A MORE DEFINITE**
19 SCLINSKY; PRESIDING                    **       STATEMENT [F.R.C.P. 12(e)]**
   ADMINISTRATIVE JUDICIAL OFFICE;
20 COMMISSIONERS/LEVY OFFICERS;           Date:    January__, 2008
   DOES 1-45,                             Time:    _____ a.m.
21                                        Crtrm.: 4
            Defendants.                    Judge: Hon. William Q. Hayes
22
                                          **NO ORAL ARGUMENT UNLESS**
23                                        **REQUESTED BY THE COURT**

24                                        Complaint Filed: December 13, 2007

25  **TO THE HONORABLE WILLIAM Q. HAYES:**

26      Defendant First Federal Bank of California ("First Federal") hereby requests that the

27  Court take judicial notice of the following documents:

28  A.    The Complaint of Catherine Pope in <u>Pope v. Countrywide Home Loans, et al.,</u>

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

1  Case No. 07 CV 925 (the "Pope Complaint"), filed on May 22, 2007 in the

2  Southern District of California;

3  B.  Deed of Trust between First Federal and Catherine Pope ("Pope"), dated May

4  31, 2005 and recorded in San Diego County as Instrument No. 2050483106;

5  C.  Notice of Default and Election to Sell the real property known as 1224

6  Weaver Street, San Diego, California (the "Property") recorded February 8,

7  2007, in San Diego County as Instrument No. 20070088137;

8  D.  The Trustee's Deed Upon Sale conveying the Property to First Federal,

9  recorded in San Diego County as Recorder Document No. 2007-0401580;

10  E.  The Complaint of Charlette Sneed in Sneed v. Chase Home Finance LLC, et

11  al., Case No. 07 CV 729 (the "Sneed Complaint"), filed on April 23, 2007 in

12  the Southern District of California;

13  F.  The Complaint of Rodney Belle in Belle v. Chase Home Finance LLC, et al.,

14  06 CV 2454 (the "Belle Complaint"), filed on November 7, 2006 in the

15  Southern District of California;

16  G.  The Complaint of Benjamin Ashley in Ashley v. First Federal Bank of

17  California, et al., 07 CV 2123 (the "Ashley Complaint"), filed on November

18  6, 2007 in the Southern District of California;

19  H.  The Order dismissing First Federal from Sneed v. Chase Home Finance LLC,

20  et al., Case No. 07 CV 729 (the "Sneed Order"), dated June 26, 2007;

21  I.  The Order dismissing First Federal from Pope v. Countrywide Home Loans,

22  et al., 07 CV 925 (the "Pope Order"), dated October 3, 2007;

23  J.  The Order dismissing Belle v. Chase Home Finance LLC, et al., 06 CV 2454

24  (the "Belle Order"), dated October 31, 2007;

25

26  True and correct copies of the Sneed Complaint, Trustee's Deed Upon Sale, Pope

27  Complaint, Belle Complaint, Sneed Order, Pope Order, and Belle Order are attached

28  hereto as Exhibits "A,"  "B," "C," "D," "E," "F," "G," "H," "I," and "J" respectively, and

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 · FACSIMILE (310) 785-0787

1   are incorporated herein by this reference.

2          These documents are public records and Court records, and are pertinent to the

3   consideration of the pending Motion of Defendant First Federal Bank of California: (1) To

4   Dismiss All Causes of Action Against First Federal Bank of California [F.R.C.P. (8) &

5   12(b)(6)]; or, in the Alternative, (2) For a More Definite Statement [F.R.C.P. 12(e)].  This

6   Request for Judicial Notice is made pursuant to Federal Rule of Evidence 201(d).

7

8

9   DATED: December 31, 2007          EPPORT, RICHMAN & ROBBINS, LLP

10

11

12                                    By:  /S/ _____
                                           H. MARK MADNICK

13                                    Attorneys for Defendant
                                      FIRST FEDERAL BANK

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

1  Catherine Pope
2  1224 Weaver St.
   San Diego, CA 92114

FILED

07 MAY 22 PM 2:29

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES DISTRICT COURT  BY  ___  DEPUTY

SOUTHERN DISTRICT OF CALIFORNIA

8  CATHERINE POPE,              )  Case No.: '07 CV 925 JM  (AJB)
9                               )
10     Plaintiff,               )  Complaint to Action of Quiet Title/
                                )  Lis Penden
11     vs.                      )
                                )  1) Violation of Regulation Z of the
12  COUNTRYWIDE HOME LOANS,     )     Truth in Lending Act, pursuant to
    EMC MORTGAGE CORPORATION,   )     Title 5 U.S.C. section 1635(a) and
13  INDYMAC BANK,               )     Title 12 CFR 226.23 (d)(i).
    PACIFIC MONARCH RESORT, INC.,)  2) Violation/ invasion of Title 15,
14  FIRST FEDERAL BANK,         )     Chapter 41, subchapter I, part D,
    GE MONEYBANK, and           )     1666a thru (e)
15  HOUSEHOLD BANK              )  3) First National Bank of Montgomery
                                )     vs. Jerome Daily/ Am Jur 2d 81
16     Defendant                )  4) Security Exchange Act of 1933/
                                      National Bank Act of 1863
17  _____

18

19  "Here comes Catherine Pope, bringing this complaint/ Action to Quiet Title/ Lis Penden. This

20  controversy is over Four Hundred Thousand Dollars and it also involves real properties; located

21  at 1) **5950 Barbosa Drive 8, North Las Vegas, NV 89031** with associated loan no.

22  **121809640 and 121810000-4** from COUNTRYWIDE HOME LOANS , 2) **5774-5776**

23  **Midwick St., San Diego, CA 92139** with associated loan no. **114683126 and**

24  **114683190** from COUNTRYWIDE HOME LOANS, 3) **5945 Palmilla St., Las Vegas,**

25  **NV** with associated loan no. **122113997 and 121819793** from COUNTRYWIDE HOME

26  LOANS, 4) **3705 TIGER RIDGE LN, NORTH LAS VEGAS, NV 89084** with associated

27  loan no. **14543201 and 1006700916** from EMC MORTGAGE CORPORATION, 5)

28  **Timeshare  Act. 15100499** with associated loan no. **15100499** from PACIFIC

Complaint to Action of Quiet Title Lis Penden - 1

EXHIBIT __A__

PAGE __4__

1  MONARCH RESORT, 6) **1224 WEAVER STREET, SAN DIEGO, CA 92114** with

2  associated loan no. **49803128** from **FIRST FEDERAL BANK**, and 7) 4774 Wabash,

3  San Diego, CA 92105.

4

5  **Jurisdiction of the Court**

6       The original jurisdiction was granted to the United States District Court Common Law

7  Jurisdiction by Article III, section 2; Judicial power of the United States shall be vested in the

8  Supreme Court by the Constitution for the United States of America. The Amendments 1-10,

9  absolutely, and without qualification petition relief upon the Constitution, which has not been

10  abolished and repealed by Congress.

11

12       The jurisdiction of this subject matter involves real property, constructive fraud,

13  misinformation, failure to give full disclosure of contract, counterfeiting securities, conspiracy,

14  and violation of Regulation Z of the Truth and Lending Act/ and GAAP/ the Federal Reserve

15  Board Regulation. In further notice of jurisdiction and judicial notice, Catherine Pope, reserves

16  all rights, waiver none ever, displaying of Bonds (Financial Statement) from the Secretary of

17  State. A claim of relief can only be granted under the Bankruptcy Reform Act of 1978

18  (Bankruptcy Emergency Act), House Joint Resolution-192 Public Policy, and the Uniform

19  Commercial Code (UCC) at UCC 3-601 and UCC 3-603, a certificate of protest of dishonor, and

20  a Reorganization Chapter 11 in the United States Bankruptcy Court (341 Meeting).

21

22       Additional jurisdiction pursuant to the Federal Tort Claim Act, which grants jurisdiction

23  over subject matter/ Title 18 is enforcement of criminal elements, and furthermore, the United

24  States District Court has original jurisdiction pursuant to 28 U.S.C., Cal 251, scope and extent of

25  jurisdiction of Federal Court/ and thus grounds, which governs jurisdiction and remedies under

26  Title 42, 1983 and 1984 is operational under the color of State Law and offices.

27

28

Complaint to Action of Quiet Title Lis Penden - 2

EXHIBIT ___A___

PAGE ___5___

**Parties of Interest**

Plaintiff at all times mentioned is Catherine Pope a foreign State National.

Defendant at all times Mentioned as:

1) COUNTRYWIDE HOME LOANS, located at **P. O. Box 10287, Van Nuys, CA 91410-0287, P.O Box 10219, Van Nuys, CA 91410-0219, and P. O. Box 10222, Van Nuys, CA 91410-0222**

2) EMC MORTGAGE CORPORATION located at **P.O. Box 660530, Dallas, TX 75266-0530**

3) INDYMAC BANK located at **P. O. Box 78826, PHOENIX, AZ 85062-8826**

4) PACIFIC MONARCH RESORT, INC. located at **23091 MILL CREEK DRIVE, LAGUNA HILLS, CA 92653-1258**

5) FIRST FEDERAL BANK located at **401 WILSHIRE BLVD, SANTA MONICA, CA 90401**

**Fact**

The affirmative fact is that the grantor, Catherine Pope, has exercised her right pursuant to Title 15, subsection 1666 (a) thru (e), and in good faith, gave notice of error and request for investigation/ full reconveyance of the deed of trust, etc. An agreement was made between the Defendants and the Grantor, Catherine Pope. The Grantor, Catherine Pope has **honored/ tendered in full with good faith funds the said amount of each property listed above** by commercial instrument Nos.3226, 3225, 3233, 3234, 3227, 3228, 3231, 3230, 3229, 3223 to each of the Companies listed above. Catherine Pope was then waiting for the notice of full Reconveyance of the Deed of Trust of said property by the President or Vice President of said lenders. The Grantor, Catherine Pope, **in good faith, honored** and sent, by certified mail, a payment in full of the full amount of the property. The affirmative fact, due to the Dishonor mentioned in the above waiver of rights pursuant to the our settlement agreement and stipulations, that any dishonor/ arguments the grantor can regain his rights and the original Deed of Trust was rescinded in good faith due to the following reasons:

EXHIBIT ___A___
PAGE ___6___

A)  the President/ Vice President of said lenders listed in the above, **dishonored/failed** to give full disclosure pursuant to Regulation Z of the Truth-in-Lending Act, that lawful money was loaned out (Defendants **Dishonored** by silence, Catherine Pope's Request to have a professional accountant to check the credit and debit of the account.

B)  Defendants refused to sign under there **full commercial liability under the penalty of perjury by sworn Affidavit/ Jurat** that pursuant to article 1 section 10 of the Constitution for the United States of America, lawful money was loaned out to the Plaintiff Catherine Pope, and the Plaintiff Catherine Pope does not qualify pursuant to the personal belief of the President and Vice President of Defendants who feel that Catherine Pope Doesn't qualify under the United States insurance policy, which is **House Joint Resolution-192 and its responsibility to discharge all public and private debts, pursuant the Emergency Bankruptcy/ Executive order of President Roosevelt in 1933.**

C)  The ultimate fact due to the dishonor/ unethical and outrageous business practice of the Defendants listed above, Catherine Pope, in her own stead, gave notice of rescission of the Deed of Trust under the statutes of fraud and also due to breach of agreement/ dishonor of the administrative process, in which Catherine Pope **honored/ regained her power to hire a notary to do a certificate of protest of the dishonor to the Secretary of the Treasury and the Insurance Commissioner and the Comptroller of the Currency.** Due to dishonor/ continued arguments and outrageous and unethical business practices of each Defendant under the color of office and State Law.

The affirmative fact, that I, Catherine Pope, further have reason to believe that the general public and the public at large are in jeopardy due to these unethical business practices and the President and Vice President of each Defendant's willful refusal to give full disclosure pursuant to Regulation Z of the Truth in Lending Act and am expecting Relief under said act. This is the reason I, Catherine Pope honor the defendant's mutual administrative settlement agreement and stipulations to have filed, a Quiet title Lis Penden, under the rules of the common law, to test the Validity and let the Jury make the Determination whether there is a Breach of

Complaint to Action of Quiet Title Lis Penden - 4

EXHIBIT___A___

PAGE___7___

1  Contract between the Grantor and the Grantee, who is the lawful owner of the property. The

2  Quiet title is also to test the validity to whether there was a breach of agreement or a breach of

3  duty of the Defendants to give full Reconveyance of the property. To Further Test the Validity

4  of whether the President/ Vice President of each Defendant has the right to enforce an

5  acceleration clause that is on the deed of trust, when a payment in full was dishonored by the

6  Defendants, and when there is evidence that the defendants never loaned anything of substance

7  to Catherine Pope and, does each Defendant qualify for the security/ estate to foreclose on the

8  security.

9       Catherine Pope has reason to believe that the President/ Vice President of each Defendant

10  is in want of Jurisdiction/ acceleration clause after the dishonor the checks, for which each

11  Defendant apologized for any inconvenience in an unsigned cover letter by President/ Vice

12  President. Also due to the affirmative fact that Catherine Pope registered a UCC-1 financing

13  statement with the Secretary of the State and transmitted utilities to the Secretary of the Treasury

14  and notified all parties of his status. Catherine Pope, gave 72 hour notice to all parties of

15  interest, of transmitting utilities (UCC-3) and through means of bill of exchange, "acceptance for

16  value" and notice of rescission, due to failure to give full disclosure, for said amount of Five

17  Hundred Million Dollars and zero cents lawful money, which  was sent to the Secretary of the

18  Treasury for adjustment of my prepaid account under Public Policy HJR-192, Emergency

19  Bankruptcy Act of 1978, which was transmitted by the Chief Justice of the Supreme court to

20  Congress, wherefore Catherine Pope Reserves Right by Judicial Notice to all of that which is

21  mentioned in the above of how a claim of relief can be granted. Please take Judicial Notice to

22  the Ninth Circuit Ruling: Yanamoto V. Bank of New York, 329 f3d 1167; In 2003 the Judge

23  mandated to Grant Relief and a Judge does not have any jurisdiction or discretion over anything

24  that has to deal with Regulation Z.

25       The respondent failed to respond within the 20 days as requested or cancel the transaction

26  and return the property back (Rescission and Replevine).

27

28

Complaint to Action of Quiet Title Lis Penden - 5

EXHIBIT  A

PAGE  8

**Security Exchange Act of 1933/ National Bank Act of 1863**

**(Counterfeiting Securities of the United States)**

Catherine Pope declares and is informed that the Named Defendants willfully failed to give full disclosure, according to Regulation Z and the Truth and Lending Act, of check book credit/ credit debit, a.k.a. letter of credit (bill of credit) and they declined to have an independent, certified accountant to review the lawful money that was originally loaned to see if there was clean hands in the above matter.

Catherine Pope further affirms and is informed that the president/ vice president of each named Defendant further declined to sign the affidavit under the penalty of perjury, and also further declined in setting a public conference and invitation of the press/ media in front of the place of business of each Defendant to answer one hundred and fifty questions/ schedule within a specified time, which was also declined by the defendants, who continue to this day to refuse to give full disclosure that check book entries/ debit credit was created, and no lawful money was lent to the Plaintiff. For this reason, Catherine Pope has reason to believe that all of that mentioned in the above qualifies as counterfeiting securities of the United States.

Article 1, section 8, clause 6 in the U.S. Constitution provides that, "the Congress shall have power to provide for the punishment of counterfeiting the securities and current coin of the United States.

Pursuant to Title 28 U.S.C., section 4 of the Commission of Crimes Cognizable by a Court of the United States under Title 18 U.S.C. section 513 to wit 513(a), whoever makes utters or possesses a counterfeited security in a private capacity of a state or a political subdivision thereof, or of an organization, or government shall be fined not more than $250,000.00 or imprisoned not more than ten years or both. See also section 2311, 2314, and 2320 for additional fines and sanctions. Among the securities defined at 18 U.S.C. 2311-15 included evidence of

EXHIBIT A

PAGE 9

1  indebtedness, which, in a broad sense may mean anything that is due or owing, which would

2  include a duty, obligation, or right of action. The negotiable instrument that was deposited in the

3  above mentioned account, qualifies as counterfeited securities.

4

5  **Failure to give full disclosure of contract according to the Truth and Lending Act and Regulation Z/ Violation/ invastion of Title 15, Chapter 41, subchapter I, part D, 1666a thru (e)**

6

7

8  Catherine Pope reserves all rights and remedy under the Uniform Commercial Code and

9  the Emergency Bankruptcy Act/ Bankruptcy reform act of 1978, wherefore the Chief Justice

10  transmitted to Congress that all courts of the United States are subject to the Bankruptcy Court

11  and the Bankruptcy code is the Supreme Law of the Land. For the affirmative fact that Catherine

12  Pope, pursuant to Public Policy HJR-192, Bill of Exchange for Four Hundred Thousand Dollars

13  and Zero Cents, Catherine Pope transmitted Utilities to the Secretary of State and the Secretary

14  of the Treasury, instructing all parties to make adjustment of account, wherefore the defendant

15  and all parties of interest have currently been served.

16

17  **Statement of Cause**

18

19  The affirmative fact is that the grantor, Catherine Pope, has exercised her right pursuant

20  to Title 15, subsection 1666 (a) thru (e), and in good faith, gave notice of error and request for

21  investigation/ full reconveyance of the deed of trust, etc. An agreement was made between the

22  Defendants and the Grantor, Catherine Pope. The Grantor, Catherine Pope has **honored/**

23  **tendered in full with good faith funds the said amount of each property listed above** by

24  commercial instrument Nos.3226, 3225, 3233, 3234, 3227, 3228, 3231, 3230, 3229, 3223 to each

25  of the Companies listed above. Catherine Pope was then waiting for the notice of full

26  Reconveyance of the Deed of Trust of said property by the President or Vice President of said

27  lenders. The Grantor, Catherine Pope, **in good faith, honored** and sent, by certified mail, a

28  payment in full of the full amount of the property. The affirmative fact, due to the Dishonor

Complaint to Action of Quiet Title Lis Penden - 7

EXHIBIT_____A____

PAGE_____10____

mentioned in the above waiver of rights pursuant to the our settlement agreement and stipulations, that any dishonor/ arguments the grantor can regain his rights and the original Deed of Trust was rescinded in good faith Catherine Pope further attests and is informed of the definition of credit, "in the Federal consumer Credit Protection Act, Truth in Lending Act (Title 15 U.S.C.) As set forth in Regulation Z (12 CFR 226): Credit means the right granted by a creditor to a debtor to defer payment of debt or to incur debt and defer its payment.

Catherine Pope is further informed that it is the responsibility of the lender (creditor) / Defendants, to give full disclosure of contract and delegated authority of right or executive order by Legislature to defer payment, and give a letter of credit/ check book entries/ and no loan, no lawful money according to Article 1, Section 10, clause 1 of the Federal Constitution mentions; "no state shall enter into any treaty, alliance, or confederation, grant letter of marquees and reprisal, coin money, emit bills of credit..." And it further mentions the only lawful tender is gold and silver coin, Am Jur 2d 81.

The affirmative fact is that the President/ Vice President of, each named Defendant and cohorts, also failed to disclose that the original loan was created by a check book entry, which may be sold in the open market (as a promissory note) for 80-90 cents on the dollar with no consideration to the plaintiff. The defendant further failed to disclose the loan was pre-paid and the plaintiff would be converted into a joint tenant for 30 years. It also was not disclosed to the plaintiff that all monthly payments of Federal Reserve Notes, tender for debt. ("Federal Reserve Notes are valueless" see Internal Revenue Code at Section 1. 1001-1 (4657) C.C.H.

See Jerome Daly v. First National Bank of Montgomery, Minn., Justice Martin v. Mahoney Credit River Township, December 7-9 1968. Ruled that Federal Reserve Notes were fiat money and not legal tender after jury deliberation and return a unanimous verdict for defendant after bank president admitted it was standard banking procedure in that he created the "money" he loaned to the defendant as a book entry on December 7th at the conclusion of trial, the mortgage was canceled.

EXHIBIT_____

PAGE_____

Catherine Pope, further has reason to believe this operation under the color of authority by President/ Vice President of each named Defendant is in direct violation of the Constitution for the United States of America, also the U.S. Federal Constitution, which prohibits Bills of credit, and authenticates securities of the United States and further defer payment with the people and the general public at large. Catherine Pope, in her own stead, rescinded the loan contract due to constructive fraud and usury, and also due to unethical business practice, and furthermore demands a special grand jury investigation of the RICO allegation/ criminal elements.

## Judicial Notice of How a Claim of Relief Can be Granted

Catherine Pope gives **Judicial Notice to the United States District Court that relief can only be granted  A)  Under the Emergency Bankruptcy of 1933/ House Joint Resolution-192, which is the United States Insurance Policy B) Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192. C) My bond UCC-1 financial Statement/ Transmitting Utilities Under Public Policy HJR-192, the Bankruptcy Reform Act of 1978/ Emergency Bankruptcy Act and adjustment of my pre-paid account with the Secretary of State and the Secretary of the Treasury in exchange with my exemption, and release of all property/ proceeds to the Secured Party in Accordance with the Uniform Commercial Code.
D) Further Relief can be granted under the Settlement agreement (notice of Acceptance of Contract) and the stipulations between the parties, Catherine Pope and the President/ Vice President of each named Defendant.**

EXHIBIT  A

PAGE  12

1

2      In further Judicial Notice, the plaintiff/, Catherine Pope, honored any and all  political

3  arguments (or corporate politics) and anticipates dishonor of the President/ Vice President of

4  each named Defendant and its attorneys, to continue to dishonor/ harassment of Catherine Pope

5  by threatening of non-judicial foreclosure in state court, by silent partner or newly appointed

6  trustee, after Catherine Pope's notice of rescission/termination of the trust/ deed of trust and the

7  former trustee, who under the color of office and state law, due to unethical business practice,

8  refused to give full reconveyance of the deed of trust, nor pursuant to the notice of error/ request

9  for investigation.  Defendant's failed to set a remedy and a cure pursuant to Title 15 subsection

10  1666 (a) thru (e).

11

12

13                              **Conclusion**

14

15      Catherine Pope, **honored** and further anticipates that the President/ Vice President of

16  each named Defendant/ invasion of administrative settlement agreement between the parties, in a

17  spurious attempt to cover up the RICO and unclean hands, request an order for dismissal due to

18  plaintiff's failure to post bond or state how a claim of relief can be granted, when the affirmative

19  fact shows the Acceptance for value by Catherine Pope, see exhibit of bond, a.k.a. financial

20  statement/ transmit of utilities and adjustment of account has been taken care of under Public

21  Policy HJR-192/ Emergency Bankruptcy Act, which the plaintiff gives Judicial Notice of the

22  settlement agreement and stipulations and this is how a claim of relief can be granted and all of

23  the mentioned in the above.

24

25                              **Prayer**

26  1) I, Catherine Pope, a foreign State National, declare and attest that the only form of relief can

27  be granted through the Article III Court The original jurisdiction was granted to the United States

28  District Court Common Law Jurisdiction by Article III, section 2; Judicial power of the United

Complaint to Action of Quiet Title Lis Penden - 10

EXHIBIT____A____

PAGE____13____

1  States shall be vested in the Supreme Court by the Constitution for the United States of America.
2  The Amendments 1-10, absolutely, and without qualification petition relief upon the
3  Constitution, which has not been abolished and repealed by Congress, and further relief under
4  appointment of Article III Court Judges, Special-Choice- of- Law, under International Protocol
5  (Universal Declaration of Human Rights, International Bill of Rights/ United Nations
6  Convention on International Bills of Exchange and International Promissory Notes/ UPU
7  (Universal Postal Union), Criminal Code of Canada (when an institution refuses to surrender its
8  bonds to be abandoned when demanded/ Alien Tort Claim Act against all third party
9  interferences of malfeasant/ esquires practicing without bonds for professional performance
10  issued by the California State commissioner.  Further request for the district Court of the United
11  States that the President/ Vice President of each named Defendant to honor the terms and
12  conditions of the settlement agreement between the parties to Stay of all dishonor/ non-judicial
13  foreclosure proceeding, stay of harassment of the defendant and its silent partner.

14

15  2) Additional Request to the Court that the President/ Vice President of each named Defendant
16  honor the terms and conditions of the settlement agreement between the parties and further **relief**
17  **can only be granted by Regulation Z of the Truth in Lending Act Title 5 USC Section 1635**
18  **(A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New**
19  **York, 329 F3d 1167. per Regulation Z Action for rescission and Replevin is further**
20  **Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933.**

21

22  3)  Additional Request to the Court that the President/ Vice President of each named Defendant
23  honor the terms and conditions of the settlement agreement between the parties the President/
24  Vice President of each named Defendant, cease and desist all commercial **dishonor/failed** to
25  give full disclosure pursuant to Regulation Z of the Truth-in-Lending Act, that lawful money was
26  loaned out (Each Defendant **Dishonored** by silence, Catherine Pope's Request to have a
27  professional accountant to check the credit and debit of the account Request that this court accept
28  my bond UCC-1 financial statement by the secretary of state as an acceptance merit evidence

EXHIBIT ____A____
PAGE ____14____

1  that a claim of relief has been mentioned according to HJR-192 Public Policy and the

2  Bankruptcy Emergency Act/ Uniform Commercial Code.

3

4  4)  Additional Request to the Court that the President/ Vice President of each named Defendant

5  honor the terms and conditions of the settlement agreement between the parties Special Request

6  that this controversy is governed only according to the rule of the Common Law Article III

7  proceeding, waiver of Rights none ever to special Maritime Territory and Jurisdictional

8  proceeding of legislative none ever, unless signed by a notary public.

9

10  5) Additional Request to the Court that the President/ Vice President of each named Defendant

11  honor the terms and conditions of the settlement agreement between the parties request for three

12  times the above and the amount of the Bill of Exchange, which will be presented at trial.

13

14  6) Additional Request to the Court that the President/ Vice President of each named Defendant

15  honor the terms and conditions of the settlement agreement between the parties to have the

16  President and Vice President of each named Defendant before they hire any attorney dishonor/

17  protest Catherine Pope's honor draft (Quiet Title Lis Penden) that they first swear under their full

18  commercial liability under the penalty of perjury and sign a jurat or record a full Reconveyance

19  on the Deed of Trust in the County Recorder and do whatever the Dis-trict Court of the United

20  States article III court deem to be just and proper.

21

22  **Verification**

23  　　I, Catherine Pope, declare and attest that I have honored all of the President/ Vice

24  President of each named Defendant, mentioned in the above, notice/ letter of dishonor.  The

25  Defendants have failed to give full disclosure of Contract pursuant to Regulation Z of the Truth

26  in Lending Act/ the Security Exchange Act of 1933, which requires these individuals to post it in

27  place noted in the Federal Register.  All named Defendants refused to adjust the Account of

28  Catherine Pope pursuant to Public Policy/ United States Insurance Policy House Joint Resolution

EXHIBIT A

PAGE 15

192, and the Emergency Bankruptcy of 1933. Any mention that judicial notice of relief can only be granted under Public Policy HJR-192 and the Emergency Bankruptcy Reform Act of 1978, 45 Am Jur 2d 81 and the President/ Vice President of each named Defendant dishonoring the administrative settlement agreement between the parties by non judicial foreclosure/ invasion of Title 15, 1666 (a) thru (e), which states that **"If a creditor receives a further written notice from and obligor that and amount is still in dispute within the time allowed for payment under subsection (a) of this section, a creditor may not report to any third party that the amount of the obligor is delinquent because the obligor has failed to pay an amount which he has indicated under section 1666 (a)(2) of this title, unless the creditor also reports that the amount is in dispute and, at the same time, notifies the obligor of the name and address of each party to whom the creditor is reporting information concerning the delinquency."** shall be viewed as a breach of agreement between the parties shall also be viewed as true and correct.  In further dishonor by the President/ Vice President of each named Defendant's refusal to sign under their full commercial liability under the penalty of perjury and give disclosure pursuant to the Truth and Lending Act/ Regulation Z by signed jurat before a notary public that all loans are lawful money and are backed by gold and silver and the plaintiff, Catherine Pope qualifies under the House Joint Resolution-192, the United States insurance policy, (and according to Catherine Pope's home insurance policy) to have the public debt discharged.


Henceforth Submitted

*Catherine Pope*

Catherine Pope

EXHIBIT___A___

PAGE___16___

DO. # 2005-0483106

WHEN RECORDED MAIL TO:

**FIRST FEDERAL BANK OF CALIFORNIA**
401 Wilshire Boulevard / LOAN SERVICE
Santa Monica, California 90401

Loan No. 49803128
Title Order No. DMV-1873228 (03)

*F1/*
*10P*
*2W*

Recording requested by
*First American Title*

520

JUN 09, 2005    8:00 AM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:       43.00    WAYS:    2
PAGES:      10                DA:    1

Space above |

2005-0483106

☐ CONSTRUCTION  ☒ NON-CONSTRUCTION
**Deed of Trust and Assignment of Rents**
**ADJUSTABLE INTEREST RATE LOAN**

**THE NOTE SECURED BY THIS DEED OF TRUST PROVIDES FOR CHANGES IN THE INTEREST RATE AND MONTHLY PAYMENTS AND MAY PROVIDE FOR THE ADDITION OF UNPAID INTEREST TO PRINCIPAL (NEGATIVE AMORTIZATION). SEE THE NOTE DESCRIBED BELOW FOR FULL DESCRIPTION OF LOAN TERMS.**

THIS DEED OF TRUST IS MADE ON       **May 31, 2005**                    The trustor is

**Catherine G. Pope, a married woman as her sole and separate property**

("Borrower"). The trustee is SEASIDE FINANCIAL CORPORATION ("Trustee"). The beneficiary is FIRST FEDERAL BANK OF CALIFORNIA, a federally chartered savings bank and whose address is 401 Wilshire Boulevard, Santa Monica, California 90401 ("Lender", "Note Holder" or "Beneficiary").

Borrower owes Lender the principal sum of
**FOUR HUNDRED THIRTY-ONE THOUSAND AND 00/100**

**Dollars (U.S. $ 431,000.00).**

This debt is evidenced by Borrower's note dated the same date as this Deed of Trust ("Note") which provides for monthly payments, with the full debt, if not paid earlier, due and payable on **07/01/2045**. This Deed of Trust secures to Lender: (a) the repayment of the debt evidenced by the Note with interest and all renewals, extensions and modifications; (b) the payment of all other sums, with interest, advanced under paragraph 6 to protect the security of this Deed of Trust; (c) the performance of Borrower's covenants and agreements under this Deed of Trust and the Note; (d) the performance, if the loan secured by this Deed of Trust is a construction loan, of Borrower's covenants and agreements contained in a construction or building loan or similar agreement; (e) the performance, if the security property is subject to a lease, of the terms and conditions of any such lease; (f) compliance with the terms of any Declaration of Covenants, Conditions and Restrictions or similar instruments pertaining to the security property; (g) the performance of any agreement of Borrower to pay fees and charges to Lender whether or not set forth in this Deed of Trust; and (h) the payment of charges allowed by law for any statement regarding the obligation secured by this Deed of Trust.
For this purpose and otherwise for valuable consideration, Borrower irrevocably grants, transfers, assigns and conveys to Trustee, in trust with power of sale, in the case of a lease, the leasehold estate in and to the property described below, and the following described property located in **San Diego** County, California:

REAL PROPERTY IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS: LOT 18 OF EMPIRE ADDITION TO ENCANTO HEIGHTS, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIWGO, STATE OF CALIFORNIA, ACCORDING TO THE MAP THEREOF NO. 1254, FILED IN THE OFFICE OF THE COUNTY RECORDER APRIL 15, 1910.

543-071-14-00

Which has the address of    **1224 Weaver Street, San Diego, CA 92114**

("Property Address")

**FUTURE TAX STATEMENTS MAY BE MAILED TO BORROWER AT THE ADDRESS SHOWN ABOVE**

FUN 20101 (2004-02-18) (OS 016)

EXHIBIT  B

PAGE  17

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Deed of Trust and in any rider(s) executed by Borrower and recorded with it.

**BORROWER(S):**                                                    **527**

Catherine G. Pope

EXHIBIT B.
PAGE 18

528

# ACKNOWLEDGMENT

STATE OF _California_ )
) SS.
COUNTY OF _San Diego_ )

On _6/2/2005_ , before me, _Joyce M. Furphy_

personally appeared _Catherine G. Pope_

~~personally known to me~~ (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/~~are~~ subscribed to the within instrument and acknowledged to me that he/she/~~they~~ executed the same in ~~his/her/their~~ authorized capacity(ies), and that by ~~his/her/their~~ signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

_Joyce M. Furphy_ (Seal)

JOYCE M. FURPHY
Commission # 1403284
Notary Public - California
San Diego County
My Comm. Expires Mar 2, 2007

This Certificate must be attached to:

Title or type of Document: _Deed of Trust_

Number of pages: _9_

Date of document: _May 31st 2005_

Signer(s) other than named above: _NONE_

ACKNOW (2003-10-24)

EXHIBIT _B_

PAGE _19_

Order Number:  DMV-1873228  (03)
Page Number:  5

**529**

## LEGAL DESCRIPTION

Real property in the City of San Diego, County of San Diego, State of California, described as follows:

LOT 18 OF EMPIRE ADDITION TO ENCANTO HEIGHTS, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO THE MAP THEREOF NO. 1254, FILED IN THE OFFICE OF THE COUNTY RECORDER APRIL 26, 1910.

APN: 543-071-14-00

*First American Title*

EXHIBIT B
PAGE 20

DOC # 2007-0088137

**SERVICELINK, IRVINE**
RECORDING REQUESTED BY

T.D. SERVICE COMPANY

and when recorded mail to

T.D. SERVICE COMPANY
1820 E. FIRST ST., SUITE 210
P.O. BOX 11988
SANTA ANA, CA 92711-1988

FEB 08, 2007     8:00 AM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:          12.00
PAGES:          2          DA:     1

2007-0088137

27051576     SPACE ABOVE THIS LINE FOR RECORDERS USE _____

NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

## "IMPORTANT NOTICE"

T.S. No: A340801 CA     Unit Code: A     Loan No: 49803128/POPE
Property Address: 1224 WEAVER STREET, SAN DIEGO, CA 92114

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property.  No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is $7,912.94, As of February 12, 2007

and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage.  If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing.  In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay.  You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made.  However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the end of the three-month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise;  or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

EXHIBIT _____C_____

PAGE _____21_____

Page 2

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

T.S. No: A340801 CA        Unit Code: A        Loan No: 49803128/POPE

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

Foreclosure Department
First Federal Bank of
California
401 Wilshire Blvd.
Santa Monica, CA  90401
(310) 319-6089

If you have any questions, you should contact a lawyer or the government agency which may have insured your loan.  Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.  Remember, **YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION**

NOTICE IS HEREBY GIVEN THAT: SEASIDE FINANCIAL CORPORATION is duly appointed Trustee under the following described Deed of Trust:

**Trustor:**  CATHERINE G. POPE

Recorded June 9, 2005  as Instr. No.  2005-0483106 in Book --- Page --- of Official Records in the office of the Recorder of SAN DIEGO County; CALIFORNIA

Said Deed of Trust secures certain obligations including one Note for the sum of **$431,000.00**

That the Beneficial interest under such Deed of Trust and the obligations secured thereby are presently held by the Beneficiary; That a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:
**THE INSTALLMENT OF PRINCIPAL AND INTEREST WHICH BECAME DUE DECEMBER 1, 2006 AND ALL SUBSEQUENT INSTALLMENTS OF PRINCIPAL AND INTEREST.  PLUS LATE CHARGE(S).**

That by reason thereof, the present Beneficiary under such Deed of Trust has executed and delivered to said duly appointed Trustee, a written Declaration of Default and Demand for Sale, and has deposited with said duly appointed Trustee, such Deed of Trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.
DATED 02/05/07

SEASIDE FINANCIAL CORPORATION, BY T.D. SERVICE COMPANY, AS AGENT FOR THE TRUSTEE

BY _____    BY _____
    FRANCES DEPALMA
    ASSISTANT SECRETARY

We are assisting the Beneficiary to collect a debt and any information we obtain will be used for that purpose whether received orally or in writing.

EXHIBIT   C

PAGE   22

**148**

SERVICELINK, IRVINE

RECORDING REQUESTED BY

~~T.D. SERVICE COMPANY~~

And when recorded mail to

First Federal Bank of
California
RE: Loan # 49803128/POPE
401 Wilshire Blvd.
Santa Monica, CA  90401

DOC #    2007-0401580



JUN 14, 2007        8:00 AM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:        10.00
OC:          NA
PAGES:        2

**2007-0401580**

27051576̲4̲       Space above this line for recorder's use

Accommodation **TRUSTEE'S DEED UPON SALE**

The undersigned declares under penalty of perjury that the following declaration is true and correct:

1) The Grantee herein was the foreclosing Beneficiary.
2) The amount of the unpaid debt together with costs was - - - - - - - - - - - - - - - - - -     $495,865.94
3) The amount paid by the Grantee at the Trustee's Sale was - - - - - - - - - - - - - - -     $370,000.00
4) The documentary transfer tax is - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -     $.00
5) The city transfer tax is - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -     $.00
6) The monument preservation tax is - - - - - - - - - - - - - - - - - - - - - - - - - - - - -     $.00
7) Said property is in **San Diego**, County of  **San Diego**

T.D. SERVICE COMPANY

Dated: 06/11/07                    By_____

Frances DePalma, Trustee's Sale Officer

T.S. No: A340801 CA      Unit Code: A      Loan No: 49803128/POPE
AP #1: 543-071-14
Property Address:  1224 WEAVER STREET, SAN DIEGO, CA  92114

SEASIDE FINANCIAL CORPORATION
(herein called Trustee)

does hereby GRANT AND CONVEY, without any covenant or warranty, express or implied to

FIRST FEDERAL BANK OF CALIFORNIA
(herein called Grantee), such interest as Trustee has in that certain property described as follows:

LOT 18 OF EMPIRE ADDITION TO ENCANTO HEIGHTS, IN THE CITY OF SAN DIEGO, COUNTY OF
SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 1254, FILED IN THE
OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, APRIL 15, 1910

This conveyance is made pursuant to the authority vested in said Trustee, as Trustee or as duly appointed Trustee
by the Deed of Trust described as follows:

MAIL TAX STATEMENTS TO ADDRESS SHOWN ABOVE

EXHIBIT  D
PAGE  23

Page 2
T.S. No: A340801 CA      Unit Code: A      Loan No: 49803128/POPE

Trustor:  CATHERINE G. POPE

Recorded June 9, 2005  as Instr. No. 2005-0483106 in Book --- Page --- of Official Records in the office of
the Recorder of SAN DIEGO County; CALIFORNIA , Whereas, the holder of the note secured by said Deed of
Trust delivered to Trustee a written Declaration of Default and, pursuant thereto, a Notice of Default was
recorded February 8, 2007 as Instr. No. 2007-0088137 in Book --- Page --- of Official Records in the office of
the Recorder of SAN DIEGO  County; CALIFORNIA.

Whereas, Trustee complied with all applicable statutory provisions of California Civil Code Sections 2924 et seq.
and of the described Deed of Trust including the mailing, publication, personal delivery, and posting of the
Notice of Default and Notice of Sale, as respectively appropriate.

Said Notice of Trustee's Sale stated the time and place that Trustee would sell its interest in the described
property at public auction. On June 11, 2007, the date set forth in the Notice of Trustee's Sale or the properly
postponed sale date, Trustee sold the described property to Grantee, the highest qualified bidder present, for the
sum of $370,000.00 **Pro-tanto**.

In Witness Whereof, the undersigned caused its corporate name and seal (if applicable) to be hereunto affixed.

Dated  June 13, 2007

SEASIDE FINANCIAL CORPORATION
By T.D. Service Company, As Agent for the Trustee

BY _____          BY _____
   Frances Depalma, Assistant Secretary          Kimberly Coonradt, Assistant Secretary


STATE OF CALIFORNIA                )
COUNTY OF ORANGE                  )SS

On  06/13/07  before me, KAY HENDRICKS, a Notary Public, personally appeared  FRANCES DEPALMA,
ASSISTANT SECRETARY, KIMBERLY COONRADT, ASSISTANT SECRETARY personally known to me
(or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of
which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature _____  (Seal)

KAY HENDRICKS
Commission # 1530718
Notary Public - California
Orange County
My Comm. Expires Dec 27, 2008

EXHIBIT ___

PAGE ___

1   Charlette Sneed
    640 Pyramid Street
2   San Diego, CA 92114

3                                           FILED

4                                       07 APR 20 PM 4:12

                                    CLERK, US. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA

                THE UNITED STATES DISTRICT COURT
5
              SOUTHERN DISTRICT OF CALIFORNIA          DEPUTY
6
    Charlette Sneed,                    ) Case No. '07 CV 0729 LAB (AJB)
7
              Plaintiff,                ) Complaint to Action of Quiet
8                                       ) Title/Lis Penden
                                        )
              vs.                       ) 1) Violation of Regulation Z of
9                                       )    the Truth in Lending Act,
    CHASE HOME FINANCE LLC,             )    pursuant to Title 5 U.S.C.
10  FRIST FEDERAL BANK OF CALIFORNIA,   )    section 1635(a) and Title 12
    HOMEQ SERVICING, COUNTRYWIDE,       )    CFR 226.23 (d)(i).
11  GMAC/SILVERSTATE),                  ) 2) Invasion of Title 5 USC
                                        )    Section 1635 (A) and  title
12            Defendant                 )    CFR 226.23 Title 11, U.S.
                                        )    Code 9th Circuit Ruling in
13                                      )    Yamamoto v.Bank of New York,
                                        )    329 F3d  1167 (9TH Cir 20030
14                                      )    Regulation Z Mandated to all
                                        )    state / federal agency to
15                                      )    Grant Relief.
                                        ) 3) Invasion of International
16                                      )    Protocol of the United
                                        )    Nations Convention on
17                                      )    International Bills of
                                        )    Exchange and International
18                                      )    Promissory Notes/House Joint
                                        )    Resolution- 192 (the United
19                                      )    States insurance policy),and
                                        )    the Emergency Bankruptcy of
20                                      )    1933, Am Jur 2d 81.

21

22

23  "Here comes the Secured Party, Charlette Sneed/ Non-Joint

24  tenant, spokesperson in behalf of the unincorporated corporation

25  (CHARLETTE SNEED) Creditor/ Non-Joint Tenant, Has Exhausted All

26  Administrative Process under Notary Protest to the Comptroller

27  of the Currency bringing this Article III Court Claim/ Action to

28  Quiet Title/ Lis Penden/ **International Protocol of the United**

                    Quiet Title Lis Penden/ Honor Draft - 1

1  Nations Convention on International Bills of Exchange and
2  International Promissory Notes.  This controversy is over One
3  Hundred Thousand to over Five Hundred Thousand Dollars and it
4  also involves real properties; located at 2402 W. Cullivan
5  Street, Inglewood, CA  90303 (loan no. 49963660 of First Federal
6  Bank of California), 10513 Crenshaw Blvd., Inglewood, CA 90303
7  (loan no. 142714640 of Countrywide Home Loans), 620 E. 135th
8  Street, Los Angeles, CA 90059 (loan no. 111862464 of Countrywide
9  Home Loans), 9300 W. Kramer Lane, Arizona city, AZ 85223 (loan
10 no.0281910600 & 0292107506 of GMAC MORTGAGE), 148 Coral Tree
11 Drive, Rialto, CA 92377 (loan no. 22523740 & 22523757 of Chase
12 Home Finance, LLC), and 9510 W. Santa Cruz Blvd., Arizona City,
13 AZ 85223 (loan no. 23266901 &23266919 of Chase Home Finance)
14
15                        Jurisdiction of the Court
16     The original jurisdiction was granted to the United States
17 District Court Common Law Jurisdiction by Article III, section
18 2; Judicial power of the United States shall be vested in the
19 Supreme Court by the Constitution for the United States of
20 America.  The Amendments 1-10, absolutely, and without
21 qualification petition relief upon the Constitution, which has
22 not been abolished and repealed by Congress.
23
24     The jurisdiction of this subject matter involves real
25 property, constructive fraud, misinformation, failure to give
26 full disclosure of contract, counterfeiting securities,
27 conspiracy, and violation of Regulation Z of the Truth in
28 Lending Act/ and GAAP/ the Federal Reserve Board Regulation.  In

Quiet Title Lis Penden/ Honor Draft - 2

EXHIBIT___E___
PAGE___26___

1  further notice of jurisdiction and judicial notice the Secured

2  Party, Charlette Sneed/ Non-Joint tenant, reserves all rights,

3  waiver none ever, displaying of Bonds (Financial Statement) from

4  the Secretary of State.  A claim of relief can only be granted

5  under the Bankruptcy Reform Act of 1978 (Bankruptcy Emergency

6  Act), House Joint Resolution-192 Public Policy, and the Uniform

7  Commercial Code (UCC) at UCC 3-601 and UCC 3-603, a certificate

8  of protest of dishonor of International Bill of Exchange

9  Pursuant to the International Protocol of United Nations

10  pursuant to the International Protocol of the United Nations, to

11  the Comptroller of the Currency by notary public.

12

13      Additional jurisdiction pursuant to the Federal Tort Claim

14  Act, which grants jurisdiction over subject matter/ Title 18 is

15  enforcement of criminal elements, and furthermore, the United

16  States District Court has original jurisdiction pursuant to 28

17  U.S.C., Cal 251, scope and extent of jurisdiction of Federal

18  Court/ and thus grounds, which governs jurisdiction and remedies

19  under Title 42, 1983 and 1984 is operational under the color of

20  State Law and offices.

21

22

23                  **Parties of Interest**

24      Plaintiff at all times mentions Secured Party, Charlette

25  Sneed/ Non-Joint tenant.

26      Defendant at all times Mentioned is: 1) CHASE HOME FINANCE

27  LLC, 2) FIRST FEDERAL BANK OF CALIFORNIA, 3) HOMEQ SERVICING

28  4) COUNTRYWIDE HOME LOANS, 5) GMAC MORTGAGE/(SILVERSTATE)

EXHIBIT  E

PAGE  27

1

2                                    **Fact**

3            On or around JANUARY 22, 2007 an agreement was made between

4    CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ

5    SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE

6
     MORTGAGE,  and the Grantor, Charlette Sneed/ Non-Joint tenant.
7

8    The Grantor, Charlette Sneed/ Non-Joint tenant has **honored/**

9    **tendered in full with good faith funds the said amount of the**

10   **property ($150,000.00 to over $500,000.00)** by commercial

11   instrument No. 201540739 from Citibank Checking Account / Bill

12
     of Exchange.  Charlette Sneed/ Non-Joint tenant was then waiting
13

14   for the notice of full Reconveyance of the Deed of Trust of said

15   property by the President or Vice President of CHASE HOME

16   FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING,

17   COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE.  The

18
     Grantor, Charlette Sneed/ Non-Joint tenant, **in good faith,**
19

20   **honored** and sent, by independent courier, a payment in full of

21   the full amount of the property.  The affirmative fact, due to

22   the Dishonor mentioned in the above waiver of rights pursuant to

23   our settlement agreement and stipulations, that any dishonor/

24
     arguments the grantor can regain his rights and the original
25

26   Deed of Trust was rescinded in good faith due to the following

27   reasons:

28

                  Quiet Title Lis Penden/ Honor Draft - 4

EXHIBIT E

PAGE 28

A) the President/Vice President of CHASE HOME FINANCE LLC,
FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING,
COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE,
**dishonored/failed** to give full disclosure pursuant to
Regulation Z of the Truth-in-Lending Act pursuant to the
Freedom of Information Act, that lawful money was loaned
out (CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF
CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND
GMAC/SILVERSTATE MORTGAGE **Dishonored** by silence, Charlette
Sneed's Request to all the Corporations listed in the above
to have a professional accountant to check the credit and
debit of the account.

B) CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA,
HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND
GMAC/SILVERSTATE MORTGAGE refused to sign under their **full
commercial liability under the penalty of perjury by sworn
Affidavit/ Jurat** that pursuant to article 1 section 10 of
the Constitution for the United States of America, lawful
money was loaned out to the Plaintiff Charlette Sneed/ Non-
Joint tenant, and the Plaintiff Charlette Sneed/ Non-Joint
tenant does not qualify pursuant to the personal belief of
the President and Vice President of CHASE HOME FINANCE LLC,
FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING,
COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE
who feel that Charlette Sneed/ Non-Joint tenant Doesn't
qualify under the United States insurance policy, which is
**House Joint Resolution-192 and its responsibility to
discharge all public and private debts, pursuant to the**

Quiet Title Lis Penden/ Honor Draft - 5

1   **Emergency Bankruptcy/ Executive order of President**

2   **Roosevelt in 1933.**

3   C) The ultimate fact due to the dishonor/ unethical and

4   outrageous business practice of the Defendant CHASE HOME

5   FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING,

6   COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE

7   Charlette Sneed/ Non-Joint tenant, in her own stead, gave

8   notice of rescission of the Deed of Trust under the

9   statutes of fraud and also due to breach of agreement/

10  dishonor of the administrative process, in which Charlette

11  Sneed/ Non-Joint tenant **honored/ regained his power to hire**

12  **a notary to do a certificate of protest of the dishonor to**

13  **the Secretary of the Treasury and the Insurance**

14  **Commissioner and the Comptroller of the Currency.** Due to

15  dishonor/ continued arguments and outrageous and unethical

16  business practices of the, CHASE HOME FINANCE LLC, FIRST

17  FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE

18  HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE under the color

19  of office and State Law.

20  The affirmative fact, that I, Charlette Sneed/ Non-Joint

21  tenant, further have reason to believe that the general

22  public and the public at large are in jeopardy due to these

23  unethical business practices and the President and Vice

24  President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF

25  CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND

26  GMAC/SILVERSTATE MORTGAGE, willful refusal to give full

27  disclosure pursuant to Regulation Z of the Truth in Lending

28  Act and am expecting Relief under said act.  This is the

Quiet Title Lis Penden/ Honor Draft - 6

1  reason I, Charlette Sneed/ Non-Joint tenant honor the

2  defendant's mutual administrative settlement agreement and

3  stipulations to have filed, a Quiet title Lis Penden, under

4  the rules of the common law, to test the Validity and let

5  the Jury make the Determination whether there is a Breach

6  of Contract between the Grantor and the Grantee, who is the

7  lawful owner of the property.  The Quiet title is also to

8  test the validity as to whether there was a breach of

9  agreement or a breach of duty of CHASE HOME FINANCE LLC,

10  FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING,

11  COUNTRYWIDE HOME LOANS, AND GMAC MORTGAGE/(SILVERSTATE) to

12  give full Reconveyance of the property.

13  To Further Test the Validity of whether the President/ Vice

14  President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF

15  CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND

16  GMAC/SILVERSTATE MORTGAGE  has the right to enforce an

17  acceleration clause that is on the deed of trust, when a

18  payment in full was dishonored by the CHASE HOME FINANCE

19  LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING,

20  COUNTRYWIDE HOME LOANS, AND GMAC MORTGAGE/(SILVERSTATE)and

21  when there is evidence that the defendant CHASE HOME

22  FINANCE LLC,  FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ

23  SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC MORTGAGE

24  /(SILVERSTATE)never loaned anything of substance to

25  Charlette Sneed/ Non-Joint tenant and, does CHASE HOME

26  FINANCE LLC,FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ

27  SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC MORTGAGE

28

EXHIBIT  E

PAGE  31

1  /SILVERSTATE qualify for the security/ estate to foreclose

2  on the security.

3  Charlette Sneed/ Non-Joint tenant has reason to believe

4  that the President/ Vice President of CHASE HOME FINANCE

5  FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING,

6  COUNTRYWIDE HOME LOANS, AND GMAC MORTGAGE/ (SILVERSTATE)

7  are in want of Jurisdiction/ acceleration clause after the

8  dishonor of $150,000.00 - over $500,000.00.  Also due to

9  the affirmative fact that Charlette Sneed/ Non-Joint tenant

10  registered a UCC-1 financing statement with the Secretary

11  of the State and transmitted utilities to the Secretary of

12  the Treasury and notified all parties of her status.  The

13  Secured Party, Charlette Sneed/ Non-Joint tenant,

14  spokesperson for the non-debtor corporation CHARLETTE

15  SNEED/ NON-JOINT TENANT, with UCC-1 Financial Statement

16  with the Secretary of State, gave 72 hour notice to all

17  parties of interest, of transmitting utilities (UCC-3) and

18  through means of Bill of Exchange Pursuant to the

19  International Protocol of United Nations, "acceptance for

20  value" and notice of rescission, due to failure to give

21  full disclosure, for said amount of Two Million Two Hundred

22  Eighty Eight Thousand Dollars and zero cents lawful money,

23  which was sent to the Secretary of the Treasury for

24  adjustment of my prepaid account under Public Policy HJR-

25  192, Emergency Bankruptcy Act of 1978, which was

26  transmitted by the Chief Justice of the Supreme court to

27  Congress, wherefore the Secured Party Reserves Rights by

28  Judicial Notice to all of that which is mentioned in the

Quiet Title Lis Penden/ Honor Draft - 8



EXHIBIT  E

PAGE  32

1   above of how a claim of relief can be granted.  Please take
2   Judicial Notice to the Ninth Circuit Ruling: Yanamoto V.
3   Bank of New York, 329 f3d 1167; In 2003 the Judge mandated
4   to Grant Relief and a Judge does not have any jurisdiction
5   or discretion over anything that has to deal with
6   Regulation Z.
7   The respondent failed to respond within the 15 days as
8   requested or cancel the transaction and return the property
9   back (Rescission and Replevine).

10

11   **Judicial Notice of International Protocol of the United Nations**
12   **Convention on International Bills of Exchange and International**
13   **Promissory Notes/ Counterfeiting Securities of the United States**

14

15   The Secured Party, Charlette Sneed/ Non-Joint tenant,
16   spokesperson for the non-debtor corporation (CHARLETTE
17   SNEED) declares and is informed that CHASE HOME FINANCE
18   LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING,
19   COUNTRYWIDE HOME LOANS, AND GMAC/SILVERSTATE MORTGAGE
20   willfully failed to give full disclosure, according to
21   Regulation Z and the Truth and Lending Act, of check book
22   credit/ credit debit, a.k.a. letter of credit (bill of
23   credit) and they declined to have an independent, certified
24   accountant to review the lawful money that was originally
25   loaned to see if there was clean hands in the above matter.

26

27   The Secured Party, Charlette Sneed/ Non-Joint tenant
28   further affirms and is informed that the president/ vice

Quiet Title Lis Penden/ Honor Draft - 9

1   president of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF
2   CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, AND
3   GMAC MORTGAGE/(SILVERSTATE) further declined to sign the
4   affidavit under the penalty of perjury, and also further
5   declined in setting a public conference and invitation of
6   the press/ media in front of the place of business of CHASE
7   HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ
8   SERVICING, COUNTRYWIDE HOME LOANS, AND GMAC
9   MORTGAGE/(SILVERSTATE) to answer one hundred and fifty
10  questions/ schedule within a specified time, which was also
11  declined by the defendant CHASE HOME FINANCE LLC, FIRST
12  FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE
13  HOME LOANS, AND GMAC MORTGAGE/(SILVERSTATE) who continue to
14  this day to refuse to give full disclosure that check book
15  entries/ debit credit was created, and no lawful money was
16  lent to the Plaintiff.  For this reason, the Secured Party
17  has reason to believe that all of that mentioned in the
18  above qualifies as counterfeiting securities of the United
19  States, which is a violation of the Securities and Exchange
20  Commission Act of 1933 and 1934.
21  **International Protocol/ Treaty with the United States**
22  **United Nations Convention on International Bills of Exchange and**
23  **International Promissory Notes**
24      **Security Exchange Commission Act of 1933 and 1934**
25      Article 1, section 8, clause 6 in the Constitution for the
26  united States of America provides that, "the Congress shall have
27  power to provide for the punishment of counterfeiting the
28  securities and current coin of the United States.

Quiet Title Lis Penden/ Honor Draft - 10

EXHIBIT E
PAGE 34

1
2     Pursuant to Title 28 U.S.C., section 4 of the Commission of
3   Crimes Cognizable by a Court of the United States under Title 18
4   U.S.C. section 513 to wit 513(a), whoever makes utters or
5   possesses a counterfeited security in a private capacity of a
6   state or a political subdivision thereof, or of an organization,
7   or government shall be fined not more than $250,000.00 or
8   imprisoned not more than ten years or both. See also section
9   2311, 2314, and 2320 for additional fines and sanctions. Among
10  the securities defined at 18 U.S.C. 2311-15 included evidence of
11  indebtedness, which, in a broad sense may mean anything that is
12  due or owing, which would include a duty, obligation, or right
13  of action.  The negotiable instrument that was deposited in the
14  above mentioned account, qualifies as counterfeited securities.

15
16      **Failure to give full disclosure of contract according to the**
17      **Truth In Lending Act and Regulation Z**

18
19      The Secured Party, Charlette Sneed/ Non-Joint tenant,
20  spokesperson for the non-debtor corporation, reserve all rights
21  and remedy under the Uniform Commercial Code and the Emergency
22  Bankruptcy Act/ Bankruptcy reform act of 1978, wherefore the
23  Chief Justice transmitted to Congress that all courts of the
24  United States are subject to the Bankruptcy Court and the
25  Bankruptcy code is the Supreme Law of the Land.  For the
26  affirmative fact the Secured Party, pursuant to Public Policy
27  HJR-192, Bill of Exchange Pursuant to the International Protocol
28  of United Nations for Two Million Two Hundred Eighty Eight

EXHIBIT E

PAGE 35

1  Thousand Dollars and zero cents, the Secured Party transmitted

2  Utilities to the Secretary of State and the Secretary of the

3  Treasury, instructing all parties to make adjustment of account,

4  wherefore the defendant and all parties of interest have

5  currently been served.

6

7                          **Statement of Cause**

8

9      The Secured Party Charlette Sneed/ Non-Joint tenant,

10  attests and is informed that all rights are reserved under the

11  Special-Choice-of-Law-Rule, which is the International Protocol

12  and Domicile Rule, Universal Declaration of Human Rights,

13  International Bill of Rights, and the United Nations Convention

14  on International Bills of Exchange and International Promissory

15  Notes.  If there is any Administrative Court proceeding that has

16  invaded U.S. Code and the 9th Circuit Ruling in Yamamoto v. Bank

17  of New York, 329 F3d  1167 (9TH Cir 20030 Regulation Z Mandated

18  to all state / federal agency cannot make any Judicial

19  discretion but is further mandated to Grant Relief within 21

20  days).

21      Further definition of credit, "in the Federal consumer

22  Credit Protection Act, Truth in Lending Act (Title 15 U.S.C.) As

23  set forth in Regulation Z (12 CFR 226): Credit means the right

24  granted by a creditor to a debtor to defer payment of debt or to

25  incur debt and defer its payment.

26

27

28

EXHIBIT E

PAGE 36

1    The Secured Party, Charlette Sneed/ Foreign African

2   National Non-Joint tenant is further informed that it is the

3   responsibility of the lender (creditor) CHASE HOME FINANCE LLC,

4   FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE

5   HOME LOANS, and GMAC MORTGAGE/(SILVERSTATE MORTGAGE) to give

6   full disclosure of contract pursuant to the **Freedom of**

7   **Information Act** and delegated authority of right or executive

8   order by Legislature to defer payment, and give a letter of

9   credit/ check book entries/ and no loan, no lawful money

10  according to Article 1, Section 10, clause 1 of the Federal

11  Constitution mentions; **"no state shall enter into any treaty,**

12  **alliance, or confederation, grant letter of marquees and**

13  **reprisal, coin money, emit bills of credit..." And it further**

14  **mentions the only lawful tender is gold and silver coin, Am Jur**

15  **2d 81.**

16    The affirmative fact is that the President/ Vice President

17  of, CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA,

18  HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE

19  MORTGAGE and cohorts, also dishonored/ failed to disclose that

20  the original loan was created by a check book entry, which may

21  be sold in the open market (as a promissory note) for 80-90

22  cents on the dollar with no consideration to the plaintiff.  The

23  defendant further failed to disclose the loan was pre-paid and

24  the plaintiff would be converted into a joint tenant for 30

25  years.  It also was not disclosed to the plaintiff that he was a

26  Joint Tenant/ Mortgage was a lien and all monthly payments of

27  Federal Reserve Notes, tender for debt.  ("Federal Reserve Notes

28

EXHIBIT _E_____
PAGE _37_

1  are valueless" see Internal Revenue Code at Section 1. 1001-1

2  (4657) C.C.H.

3

4      See **Jerome Daly v. First National Bank of Montgomery,**

5  **Minn., Justice Martin v. Mahoney Credit River Township, December**

6  **7-9 1968. Ruled that Federal Reserve Notes were fiat money and**

7  **not legal tender after jury deliberation and return a unanimous**

8  **verdict for defendant after bank president admitted it was**

9  **standard banking procedure in that he created the "money" he**

10  **loaned to the defendant as a book entry on December 7th at the**

11  **conclusion of trial, the mortgage was canceled.**

12

13      The Secured Party, Charlette Sneed/ Non-Joint tenant,

14  further has reason to believe this operation under the color of

15  authority by President/ Vice President of CHASE HOME FINANCE

16  LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING,

17  COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE is in direct

18  violation of the Constitution for the united States of America,

19  also the International Protocol (United Nations Convention on

20  International Bills of Exchange and International Promissory

21  Notes, and the U.S. Federal Constitution, which prohibits Bills

22  of credit, and authenticates securities of the United States and

23  further defer payment with the people and the general public at

24  large.

25      The Secured Party, Charlette Sneed/ Non-Joint tenant, in

26  her own stead, rescinded the loan contract due to constructive

27  fraud and usury, and also due to unethical business practice,

28  and furthermore demands a **special well informed grand jury of**

Quiet Title Lis Penden/ Honor Draft - 14

EXHIBIT  E

PAGE  38

1  the rules of the Common Law/ Article III Court Proceeding/

2  International Protocol/ treaties of the United Nations

3  Convention on International Bills of Exchange and International

4  Promissory Notes. Further investigation of Violation of the

5  Securities and Exchange Commission Act of 1933 and 1934 the RICO

6  allegation/ criminal elements.

7

8

9      **Judicial Notice of How a Claim of Relief Can be Granted**

10

11     The Secured Party, Charlette Sneed/ Non-Joint tenant gives

12  Judicial Notice to the United States District Court that relief

13  can only be granted under his bond/ UCC-1 Financing Statement/

14  Article III Court Proceeding under the rules of the Common Law,

15  all rights reserved, waiver none ever to an Article II Maritime

16  Court proceeding.  Further relief can be granted? A) Regulation

17  Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and

18  the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v.

19  Bank of New York, 329 F3d 1167. per Regulation Z Action for

20  rescission and Replevin is further Authorized Per House Joint

21  Resolution-192/ the Emergency Bankruptcy of 1933.  B) My bond

22  UCC-1 financial Statement/ Transmitting Utilities Under Public

23  Policy HJR-192, the Bankruptcy Reform Act of 1978/ Emergency

24  Bankruptcy Act and adjustment of my pre-paid account with the

25  Secretary of State and the Secretary of the Treasury in exchange

26  with my exemption, and release of all property/ proceeds to the

27  Secured Party in Accordance with the Uniform Commercial Code.

28

Quiet Title Lis Penden/ Honor Draft - 15



EXHIBIT E

PAGE 39

1  **C) Under the Settlement agreement and the stipulations**

2  **between the parties, Charlette Sneed/ Non-Joint tenant and**

3  **the President/ Vice President of CHASE HOME FINANCE LLC,**

4  **FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING,**

5  **COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE.**

6  In further Judicial Notice, the plaintiff/ Secured Party,

7  Charlette Sneed/ Non-Joint tenant, spokesperson for the none

8  debtor Corporation, CHARLETTE SNEED, honor any and all arguments

9  and anticipate dishonor of the President/ Vice President of

10  CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ

11  SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE, and its

12  attorneys, to continue to **Dishonor/ harassment of the Secured**

13  **Party by threatening of non-judicial foreclosure in state court,**

14  **by interference of a third party/ silent partner or newly**

15  **appointed trustee,** after secured party notice of

16  rescission/termination of the former trustee and demand

17  according to the Secured Party's mortgage insurance Company

18  policy to pay off the balance, which was also refused pursuant

19  to the United States insurance Policy, which is House Joint

20  Resolution-192.

21

22

23                              **Conclusion**

24

25      The Secured Party, Charlette Sneed/ Non-Joint tenant,

26  **honors** and further anticipates that the President/ Vice

27  President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF

28  CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and

Quiet Title Lis Penden/ Honor Draft - 16

EXHIBIT E
PAGE 40

1  GMAC/SILVERSTATE Dishonor by invasion of administrative
2  settlement agreement between the parties, by **political arguments**
3  **and debates on Points and Authority contrary to the principles**
4  **of the National Banking Association Act of 1863** in a spurious
5  attempt to cover up the RICO and unclean hands, request an order
6  for dismissal due to plaintiff's failure to post bond or state
7  how a claim of relief can be granted, when the affirmative fact
8  shows the Acceptance for value by the Secured Party, see exhibit
9  of bond, a.k.a. financial statement/ transmit of utilities and
10 adjustment of account has been taken care of under Public Policy
11 HJR-192/ Emergency Bankruptcy Act of 1933, which the plaintiff
12 gives Judicial Notice of the settlement agreement and
13 stipulations and this is how a claim of relief can be granted
14 under my bond/ Financing Statement Registered with the Secretary
15 of State and all of the mentioned in the above.

16

17                          **Prayer**

18

19 1) Request to the Court that the President/ Vice President of
20 CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ
21 SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE
22 **Honor** the terms and conditions of the settlement agreement
23 between the parties to Stay of all dishonor/ non-judicial
24 foreclosure proceeding, stay of harassment of the defendant and
25 its silent partner.

26

27 2) Request to the Court that the President/ Vice President of
28 CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ

EXHIBIT E
PAGE 41

1    SERVICING, COUNTRYWIDE HOME LOANS, and GMAC MORTGAGE /
2    (SILVERSTATE) honor the terms and conditions of the settlement
3    agreement between the parties request for three times the above
4    and the amount of the Bill of Exchange Pursuant to the
5    International Protocol of United Nations, which will be
6    presented at trial.

7

8    3) Request to the Court that the President/ Vice President of
9    CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ
10   SERVICING, COUNTRYWIDE HOME LOANS, and GMAC MORTGAGE /
11   (SILVERSTATE) **Honor** the terms and conditions of the settlement
12   agreement between the parties, the President/ Vice President of
13   CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ
14   SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE cease
15   and desist all commercial **dishonor/failed** to give full
16   disclosure pursuant to Regulation Z of the Truth-in-Lending Act,
17   that lawful money was loaned out. CHASE HOME FINANCE LLC, FIRST
18   FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME
19   LOANS, and GMAC/SILVERSTATE **Dishonored** by silence Charlette
20   Sneed's Request to have a professional accountant to check the
21   credit and debit of the account Request that this court accept
22   my bond UCC-1 financial statement by the Secretary of State and
23   give further Judicial Notice of Full Acceptance of the
24   Defendant's Dishonor and accept it for value and exchange in
25   behalf of her exemption and further release the property to her
26   before the end of business hours, which will conclude any and
27   all commercial transaction, which includes but is not limited to
28   the Defense's spurious claims of defective service to authorized

Quiet Title Lis Penden/ Honor Draft - 18

EXHIBIT  E
PAGE  42

1   agent/ other political arguments and debates that are contrary

2   to Regulation Z of the Truth-in-Lending-Act/ the Security

3   Exchange Commission of 1933 and 1934/ House Joint Resolution-

4   192, which is the United States Insurance Policy.

5        This also includes in the acceptance and merit evidence

6   that a claim of relief has been mentioned according to HJR-192

7   Public Policy and the Bankruptcy Reform Act of 1978/ Uniform

8   Commercial Code.

9

10  4) Request to the Court that the President/ Vice President of

11  CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ

12  SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE honor

13  the terms and conditions of the settlement agreement between the

14  parties Special Request that this controversy is governed only

15  according to the rule of the Common Law Article III proceeding,

16  waiver of Rights none ever to special Maritime Territory and

17  Jurisdictional proceeding of legislative none ever, unless

18  signed by a notary public...

19

20  5) Request to the Court that the President/ Vice President of

21  CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ

22  SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE honor

23  the terms and conditions of the settlement agreement between the

24  parties and further **relief can only be granted by Regulation Z**

25  **of the Truth in Lending Act Title 5 USC Section 1635 (A) and the**

26  **Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v.**

27  **Bank of New York, 329 F3d 1167. per Regulation Z Action for**

28

Quiet Title Lis Penden/ Honor Draft - 19

1  rescission and Replevin is further Authorized Per House Joint

2  Resolution-192/ the Emergency Bankruptcy of 1933.

3

4  6) Request to the Court that the President/ Vice President of

5  CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ

6  SERVICING, COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE **Honor**

7  the terms and conditions of the settlement agreement between the

8  parties to have the President and Vice President of CHASE HOME

9  FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING,

10  COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE before they hire

11  any attorney dishonor/ protest Charlette Sneed's **Honor Draft**

12  (Quiet Title Lis Penden) that they first swear under their full

13  commercial liability under the penalty of perjury and a signed

14  jurat or record a full Reconveyance on the Deed of Trust in the

15  County Recorder and do

16

17  7) **Judicial Notice of Request for a well informed Grand Jury**

18  **review, who understands the rules of the Common Law in an**

19  **Article III Court proceeding only.**  By the Plaintiff, Charlette

20  Sneed, being a Foreign African National she makes reservation

21

22  under the Special-Choice-of-Law-Rule, which is the International

23  Protocol and Domicile Rule, Universal Declaration of Human

24  Rights, International Bill of Rights, and the United Nations

25  Convention on International Bills of Exchange and International

26  Promissory Notes.  If there is any Administrative Court

27  proceeding that has invaded U.S. Code and the 9th Circuit Ruling

28

EXHIBIT E
PAGE 44

1  in Yamamoto v. Bank of New York, 329 F3d 1167 (9TH Cir 20030

2  Regulation Z Mandated to all state / federal agency cannot make

3  any Judicial discretion but is further mandated to Grant Relief

4  within 21 days) (see further reference: Am Jur 2d 81).

5

6

7  whatever the District Court of the United States Article III

8  Court deem to be just and proper.

9

10

11

12

13                          **Verification**

14

15

16

17      The Secured Party, Charlette Sneed/ Non-Joint tenant,

18  declares and attests that he has **Honored** all of the President/

19  Vice President of CHASE HOME FINANCE LLC, FIRST FEDERAL BANK OF

20  CALIFORNIA, HOMEQ SERVICING, COUNTRYWIDE HOME LOANS, and

21  GMAC/SILVERSTATE notice/ letter of dishonor of the $150,000.00

22  to over $500,000.00.  In further dishonor by **Invasion of**

23  **International Protocol of United Nations International Bill of**

24  **Exchange Pursuant to the International Protocol of United**

25  **Nations**/ by the President/ Vice President of CHASE HOME FINANCE

26  LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING,

27  COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE refusal to sign

28  under their full commercial liability under the penalty of

    perjury and give disclosure pursuant to the Truth in Lending



EXHIBIT _E_

PAGE _45_

1   Act/ Regulation Z by signed jurat before a notary public that

2   all loans are lawful money and are backed by gold and silver and

3   the plaintiff, Charlette Sneed/ Non-Joint tenant qualifies under

4   the House Joint Resolution-192, the United States insurance

5   policy, (and according to Charlette Sneed's home insurance

6   policy) to have the public debt discharged.  Any mention that

7   judicial notice of relief can only be granted under Public

8   Policy HJR-192 and the Emergency Bankruptcy Reform Act of 1978,

9   45 Am Jur 2d 81 and the President/ Vice President of CHASE HOME

10  FINANCE LLC, FIRST FEDERAL BANK OF CALIFORNIA, HOMEQ SERVICING,

11  COUNTRYWIDE HOME LOANS, and GMAC/SILVERSTATE dishonoring the

12  administrative settlement agreement between the parties by non

13  judicial foreclosure/ counter claims/ motion for dismissal shall

14  be viewed as a breach of agreement between the parties, and

15  shall also be viewed as true and correct.

16

17

18                          Henceforth Submitted

19

20  _Charlette Sneed_

21                          Secured Party, Charlette Sneed/

22                          Non-Joint tenant, spokesperson for

23                          the unincorporated corporation/

24                          vessel, (CHARLETTE SNEED)

25

26

27

28

EXHIBIT E
PÁGE 46

1  Rodney L. Belle
   640 Pyramid Street
2  San Diego, CA 92114

**FILED**

06 NOV -7 AM 10: 34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

3

4

5           **THE UNITED STATES DISTRICT COURT**

6              **SOUTHERN DISTRICT OF CALIFORNIA**

7  Rodney L. Belle,                    ) Case No. **06 CV  2454 WQH  (LSP)**
                                       )
8              Plaintiff,              ) **Complaint to Action of Quiet**
                                       ) **Title/Lis Penden**
9          vs.                         )
                                       ) 1) **Violation of Regulation Z of**
10 CHASE HOME FINANCE LLC,             )    **the Truth in Lending Act,**
   LOANSTAR MORTGAGE SERVICES, LLC,    )    **pursuant to Title 5 U.S.C.**
11 MARRIOTT VACATION CLUB INTERNATIONAL,)   **section 1635(a) and Title 12**
   and NOVASTAR MORTGAGE, INC.         )    **CFR 226.23 (d)(i).**
12                                     ) 2) **Invasion of Title 5 USC**
              Defendant                )    **Section 1635 (A) and  title**
13                                     )    **CFR 226.23 Title 11, U.S.**
                                       )    **Code 9th Circuit Ruling in**
14                                     )    **Yamamoto v.Bank of New York,**
                                       )    **329 F3d  1167 (9TH Cir 20030**
15                                     )    **Regulation Z Mandated to all**
                                       )    **state / federal agency to**
16                                     )    **Grant Relief.**
                                       ) 3) **Invasion of International**
17                                     )    **Protocol of the United**
                                       )    **Nations Convention on**
18                                     )    **International Bills of**
                                       )    **Exchange and International**
19                                     )    **Promissory Notes/ House Joint**
                                       )    **Resolution- 192 (the United**
20                                     )    **States insurance policy),and**
                                       )    **the Emergency Bankruptcy of**
                                       )    **1933, Am Jur 2d 81.**
21

22

23 "Here comes the Secured Party, Rodney L. Belle/ Non-Joint

24 tenant, spokesperson in behalf of the unincorporated corporation

25 (RODNEY L. BELLE) Creditor/ Non-Joint Tenant, Has Exhausted All

26 Administrative Process under Notary Protest to the Comptroller

27 of the Currency bringing this Article III Court Claim/ Action to

28 Quiet Title/ Lis Penden/ **International Protocol of the United**

Quiet Title Lis Penden/ Honor Draft - 1

EXHIBIT F

PAGE 47

1  **Nations Convention on International Bills of Exchange and**

2  **International Promissory Notes.**  This controversy is over Four

3  Hundred Thousand to over Six Hundred Thousand Dollars and it

4  also involves real properties; located at 640 Pyramid St. San

5  Diego, CA 92114 (**loan no.20929816 of Chase Home Finance, LLC and**

6  **Loanstar Mortgage Service, LLC/ Loan No 2013993 Nova Star**

7  **Mortgage Inc./Loan No.0014405549.**

8

9                          **Jurisdiction of the Court**

10      The original jurisdiction was granted to the United States

11  District Court Common Law Jurisdiction by Article III, section

12  2; Judicial power of the United States shall be vested in the

13  Supreme Court by the Constitution for the United States of

14  America.  The Amendments 1-10, absolutely, and without

15  qualification petition relief upon the Constitution, which has

16  not been abolished and repealed by Congress.

17

18      The jurisdiction of this subject matter involves real

19  property, constructive fraud, misinformation, failure to give

20  full disclosure of contract, counterfeiting securities,

21  conspiracy, and violation of Regulation Z of the Truth and

22  Lending Act/ and GAAP/ the Federal Reserve Board Regulation.  In

23  further notice of jurisdiction and judicial notice the Secured

24  Party, Rodney L. Belle/ Non-Joint tenant, reserves all rights,

25  waiver none ever, displaying of Bonds (Financial Statement) from

26  the Secretary of State.  A claim of relief can only be granted

27  under the Bankruptcy Reform Act of 1978 (Bankruptcy Emergency

28  Act), House Joint Resolution-192 Public Policy, and the Uniform

Quiet Title Lis Penden/ Honor Draft - 2

1  Commercial Code (UCC) at UCC 3-601 and UCC 3-603, a certificate
2  of protest of dishonor of International Bill of Exchange
3  Pursuant to the International Protocol of United Nations
4  pursuant to the International Protocol of the United Nations, to
5  the Comptroller of the Currency by notary public.

6

7      Additional jurisdiction pursuant to the Federal Tort Claim
8  Act, which grants jurisdiction over subject matter/ Title 18 is
9  enforcement of criminal elements, and furthermore, the United
10  States District Court has original jurisdiction pursuant to 28
11  U.S.C., Cal 251, scope and extent of jurisdiction of Federal
12  Court/ and thus grounds, which governs jurisdiction and remedies
13  under Title 42, 1983 and 1984 is operational under the color of
14  State Law and offices.

15

16

17                    **Parties of Interest**
18      Plaintiff at all times mentions Secured Party, Rodney L.
19  Belle/ Non-Joint tenant.
20      Defendant at all times Mentioned is: 1) CHASE HOME FINANCE
21  LLC, 2) LOANSTAR MORTGAGE SERVICES, LLC, 3) MARRIOTT VACATION
22  CLUB INTERNATIONAL, 4) NOVASTAR MORTGAGE, INC.
23

24                         **Fact**
25      On or around July, 2006 an agreement was made between CHASE
26  HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT
27  VACATION CLUB INTERNATIONAL, NOVASTAR MORTGAGE, INC., and the
28

Quiet Title Lis Penden/ Honor Draft - 3

EXHIBIT F
PAGE 49

1  Grantor, Rodney L. Belle/ Non-Joint tenant.  The Grantor, Rodney

2  L. Belle/ Non-Joint tenant has **honored/ tendered in full with**

3  **good faith funds the said amount of the property ($400,000.00 to**

4  **over $600,000.00)** by commercial instrument No. 4443800530 from

5  Washington Mutual Check No. 263/ Bill of Exchange.  Rodney L.

6  Belle/ Non-Joint tenant was then waiting for the notice of full

7  Reconveyance of the Deed of Trust of said property by the

8  President or Vice President of CHASE HOME FINANCE LLC, LOANSTAR

9  MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL and

10  NOVASTAR MORTGAGE, INC.  The Grantor, Rodney L. Belle/ Non-Joint

11  tenant, **in good faith, honored** and sent, by independent courier,

12  a payment in full of the full amount of the property.  The

13  affirmative fact, due to the Dishonor mentioned in the above

14  waiver of rights pursuant to the our settlement agreement and

15  stipulations, that any dishonor/ arguments the grantor can

16  regain his rights and the original Deed of Trust was rescinded

17  in good faith due to the following reasons:

18  A) the President/ Vice President of CHASE HOME FINANCE LLC,

19       LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB

20       INTERNATIONAL, and NOVASTAR MORTGAGE, INC **dishonored/failed**

21       to give full disclosure pursuant to Regulation Z of the

22       Truth-in-Lending Act pursuant to the Freedom of Information

23       Act, that lawful money was loaned out (CHASE HOME FINANCE

24       LLC, LOANSTAR MORTGAGE SERVICES, LLC,  MARRIOTT VACATION

25       CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC **Dishonored**

Quiet Title Lis Penden/ Honor Draft – 4



1    by silence, Rodney Belle's Request to all the Corporations
2    listed in the above to have a professional accountant to
3    check the credit and debit of the account.
4  **B)** CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC,
5    MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR
6    MORTGAGE, INC refused to sign under there **full commercial**
7    **liability under the penalty of perjury by sworn Affidavit/**
8    **Jurat** that pursuant to article 1 section 10 of the
9    Constitution for the United States of America, lawful money
10   was loaned out to the Plaintiff Rodney L. Belle/ Non-Joint
11   tenant, and the Plaintiff Rodney L. Belle/ Non-Joint tenant
12   does not qualify pursuant to the personal belief of the
13   President and Vice President of CHASE HOME FINANCE LLC,
14   LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB
15   INTERNATIONAL, AND NOVASTAR MORTGAGE , INC who feel that
16   Rodney L. Belle/ Non-Joint tenant Doesn't qualify under the
17   United States insurance policy, which is **House Joint**
18   **Resolution-192 and its responsibility to discharge all**
19   **public and private debts, pursuant the Emergency**
20   **Bankruptcy/ Executive order of President Roosevelt in 1933.**
21 C) The ultimate fact due to the dishonor/ unethical and
22   outrageous business practice of the Defendant CHASE HOME
23   FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT
24   VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC.
25   Rodney L. Belle/ Non-Joint tenant, in his own stead, gave
26   notice of rescission of the Deed of Trust under the
27   statutes of fraud and also due to breach of agreement/
28   dishonor of the administrative process, in which Rodney L.

Quiet Title Lis Penden/ Honor Draft - 5

1  Belle/ Non-Joint tenant honored/ regained his power to hire
2  a notary to do a certificate of protest of the dishonor to
3  the Secretary of the Treasury and the Insurance
4  Commissioner and the Comptroller of the Currency. Due to
5  dishonor/ continued arguments and outrageous and unethical
6  business practices of the, CHASE HOME FINANCE LLC, LOANSTAR
7  MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB
8  INTERNATIONAL, and NOVASTAR MORTGAGE, INC under the color
9  of office and State Law.

10  The affirmative fact, that I, Rodney L. Belle/ Non-Joint
11  tenant, further have reason to believe that the general public
12  and the public at large are in jeopardy due to these unethical
13  business practices and the President and Vice President of CHASE
14  HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT
15  VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC's
16  willful refusal to give full disclosure pursuant to Regulation Z
17  of the Truth in Lending Act and am expecting Relief under said
18  act. This is the reason I, Rodney L. Belle/ Non-Joint tenant
19  honor the defendant's mutual administrative settlement agreement
20  and stipulations to have filed, a Quiet title Lis Penden, under
21  the rules of the common law, to test the Validity and let the
22  Jury make the Determination whether there is a Breach of
23  Contract between the Grantor and the Grantee, who is the lawful
24  owner of the property. The Quiet title is also to test the
25  validity to whether there was a breach of agreement or a breach
26  of duty of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES,
27  LLC, MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR
28  MORTGAGE, INC to give full Reconveyance of the property. To

Quiet Title Lis Penden/ Honor Draft — 6

EXHIBIT F
PAGE 52

1  Further Test the Validity of whether the President/ Vice

2  President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES,

3  LLC,  MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR

4  MORTGAGE , INC has the right to enforce an acceleration clause

5  that is on the deed of trust, when a payment in full was

6  dishonored by the CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE

7  SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and

8  NOVASTAR MORTGAGE, INC and when there is evidence that the

9  defendant CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES,

10 LLC,  MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR

11 MORTGAGE , INC never loaned anything of substance to Rodney L.

12 Belle/ Non-Joint tenant and, does CHASE HOME FINANCE LLC,

13 LOANSTAR MORTGAGE SERVICES, LLC,  MARRIOTT VACATION CLUB

14 INTERNATIONAL, AND NOVASTAR MORTGAGE , INC qualify for the

15 security/ estate to foreclose on the security.

16      Rodney L. Belle/ Non-Joint tenant has reason to believe

17 that the President/ Vice President of CHASE HOME FINANCE LLC,

18 LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB

19 INTERNATIONAL, and NOVASTAR MORTGAGE, INC in want of

20 Jurisdiction/ acceleration clause after the dishonor the

21 $400,000.00, for which CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE

22 SERVICES, LLC,  MARRIOTT VACATION CLUB INTERNATIONAL, AND

23 NOVASTAR MORTGAGE , INC apologized for any inconvenience in an

24 unsigned cover letter by President/ Vice President of CHASE HOME

25 FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC,  MARRIOTT VACATION

26 CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE , INC (see

27 attachments). Also due to the affirmative fact that Rodney L.

28 Belle/ Non-Joint tenant registered a UCC-1 financing statement



1 | with the Secretary of the State and transmitted utilities to the
2 | Secretary of the Treasury and notified all parties of his
3 | status.   The Secured Party, Rodney L. Belle/ Non-Joint tenant,
4 | spokesperson for the non-debtor corporation RODNEY L. BELLE/
5 | NON-JOINT TENANT, with UCC-1 Financial Statement with the
6 | Secretary of State, gave 72 hour notice to all parties of
7 | interest, of transmitting utilities (UCC-3) and through means of
8 | Bill of Exchange Pursuant to the International Protocol of
9 | United Nations, "acceptance for value" and notice of rescission,
10 | due to failure to give full disclosure, for said amount of One
11 | Million Eight Hundred Thousand Dollars and zero cents lawful
12 | money, which  was sent to the Secretary of the Treasury for
13 | adjustment of my prepaid account under Public Policy HJR-192,
14 | Emergency Bankruptcy Act of 1978, which was transmitted by the
15 | Chief Justice of the Supreme court to Congress, wherefore the
16 | Secured Party Reserves Right by Judicial Notice to all of that
17 | which is mentioned in the above of how a claim of relief can be
18 | granted.   Please take Judicial Notice to the Ninth Circuit
19 | Ruling: Yanamoto V. Bank of New York, 329 f3d 1167; In 2003 the
20 | Judge mandated to Grant Relief and a Judge does not have any
21 | jurisdiction or discretion over anything that has to deal with
22 | Regulation Z.

23 |      The respondent failed to respond within the 20 days as
24 | requested or cancel the transaction and return the property back
25 | (Rescission and Replevine).

26

27

28

Quiet Title Lis Penden/ Honor Draft - 8

EXHIBIT E
PAGE 54

**Judicial Notice of International Protocol of the United Nations
Convention on International Bills of Exchange and International
Promissory Notes/ Counterfeiting Securities of the United States**

1
2
3
4

5    The Secured Party, Rodney L. Belle/ Non-Joint tenant,
6  spokesperson for the non-debtor corporation (RODNEY L. BELLE)
7  declares and is informed that CHASE HOME FINANCE LLC, LOANSTAR
8  MORTGAGE SERVICES, LLC,  MARRIOTT VACATION CLUB INTERNATIONAL,
9  AND NOVASTAR MORTGAGE , INC willfully failed to give full
10 disclosure, according to Regulation Z and the Truth and Lending
11 Act, of check book credit/ credit debit, a.k.a. letter of credit
12 (bill of credit) and they declined to have an independent,
13 certified accountant to review the lawful money that was
14 originally loaned to see if there was clean hands in the above
15 matter.

16

17    The Secured Party, Rodney L. Belle/ Non-Joint tenant
18 further affirms and is informed that the president/ vice
19 president of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES,
20 LLC,  MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR
21 MORTGAGE , INC further declined to sign the affidavit under the
22 penalty of perjury, and also further declined in setting a
23 public conference and invitation of the press/ media in front of
24 the place of business of CHASE HOME FINANCE LLC, LOANSTAR
25 MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL,
26 and NOVASTAR MORTGAGE, INC. to answer one hundred and fifty
27 questions/ schedule within a specified time, which was also
28 declined by the defendant CHASE HOME FINANCE LLC, LOANSTAR

EXHIBIT F
PAGE 55

1  MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL,
2  and NOVASTAR MORTGAGE, INC., who continue to this day to refuse
3  to give full disclosure that check book entries/ debit credit
4  was created, and no lawful money was lent to the Plaintiff.   For
5  this reason, the Secured Party has reason to believe that all of
6  that mentioned in the above qualifies as counterfeiting
7  securities of the United States, which is a violation of the
8  Securities and Exchange Commission Act of 1933 and 1934.
9  **International Protocol/ Treaty with the United States**
10
11  **United Nations Convention on International Bills of Exchange and**
12  **International Promissory Notes**
13       **Security Exchange Commission Act of 1933 and 1934**
14       Article 1, section 8, clause 6 in the Constitution for the
15  united States of America provides that, "the Congress shall have
16  power to provide for the punishment of counterfeiting the
17  securities and current coin of the United States.
18
19       Pursuant to Title 28 U.S.C., section 4 of the Commission of
20  Crimes Cognizable by a Court of the United States under Title 18
21  U.S.C. section 513 to wit 513(a), whoever makes utters or
22  possesses a counterfeited security in a private capacity of a
23  state or a political subdivision thereof, or of an organization,
24  or government shall be fined not more than $250,000.00 or
25  imprisoned not more than ten years or both. See also section
26  2311, 2314, and 2320 for additional fines and sanctions. Among
27  the securities defined at 18 U.S.C. 2311-15 included evidence of
28  indebtedness, which, in a broad sense may mean anything that is

EXHIBIT F
PAGE 56

1  due or owing, which would include a duty, obligation, or right

2  of action.  The negotiable instrument that was deposited in the

3  above mentioned account, qualifies as counterfeited securities.

4

5  **Failure to give full disclosure of contract according to the**

6  **Truth and Lending Act and Regulation Z**

7

8  The Secured Party, Rodney L. Belle/ Non-Joint tenant,

9  spokesperson for the non-debtor corporation, reserve all rights

10  and remedy under the Uniform Commercial Code and the Emergency

11  Bankruptcy Act/ Bankruptcy reform act of 1978, wherefore the

12  Chief Justice transmitted to Congress that all courts of the

13  United States are subject to the Bankruptcy Court and the

14  Bankruptcy code is the Supreme Law of the Land.  For the

15  affirmative fact the Secured Party, pursuant to Public Policy

16  HJR-192, Bill of Exchange Pursuant to the International Protocol

17  of United Nations for Four Hundred Thousand Dollars and Zero

18  Cents, the Secured Party transmitted Utilities to the Secretary

19  of State and the Secretary of the Treasury, instructing all

20  parties to make adjustment of account, wherefore the defendant

21  and all parties of interest have currently been served.

22

23  **Statement of Cause**

24

25  The Secured Party Rodney L. Belle/ Non-Joint tenant,

26  attests and is informed that all rights are reserved under the

27  **Special-Choice-of-Law-Rule, which is the International Protocol**

28  **and Domicile Rule, Universal Declaration of Human Rights,**

Quiet Title Lis Penden/ Honor Draft - 11

EXHIBIT F
PAGE 57

International Bill of Rights, and the United Nations Convention on International Bills of Exchange and International Promissory Notes. If there is any Administrative Court proceeding that has invaded U.S. Code and the 9th Circuit Ruling in Yamamoto v. Bank of New York, 329 F3d 1167 (9TH Cir 20030 Regulation Z Mandated to all state / federal agency cannot make any Judicial discretion but is further mandated to Grant Relief within 21 days).

Further definition of credit, "in the Federal consumer Credit Protection Act, Truth in Lending Act (Title 15 U.S.C.) As set forth in Regulation Z (12 CFR 226): Credit means the right granted by a creditor to a debtor to defer payment of debt or to incur debt and defer its payment.

The Secured Party, Rodney L. Belle/ Foreign African National Non-Joint tenant is further informed that it is the responsibility of the lender (creditor) CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC to give full disclosure of contract pursuant to the **Freedom of Information Act** and delegated authority of right or executive order by Legislature to defer payment, and give a letter of credit/ check book entries/ and no loan, no lawful money according to Article 1, Section 10, clause 1 of the Federal Constitution mentions; "**no state shall enter into any treaty, alliance, or confederation, grant letter of marquees and reprisal, coin**

Quiet Title Lis Penden/ Honor Draft - 12

EXHIBIT F

PAGE 58

1  money, emit bills of credit..."  And it further mentions the

2  only lawful tender is gold and silver coin, Am Jur 2d 81.

3      The affirmative fact is that the President/ Vice President

4  of, CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC,

5  MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE ,

6  INC and cohorts, also dishonored/ failed to disclose that the

7  original loan was created by a check book entry, which may be

8  sold in the open market (as a promissory note) for 80-90 cents

9  on the dollar with no consideration to the plaintiff.  The

10  defendant further failed to disclose the loan was pre-paid and

11  the plaintiff would be converted into a joint tenant for 30

12  years.  It also was not disclosed to the plaintiff that he was a

13  Joint Tenant/ Mortgage was a lien and all monthly payments of

14  Federal Reserve Notes, tender for debt.  ("Federal Reserve Notes

15  are valueless" see Internal Revenue Code at Section 1. 1001-1

16  (4657) C.C.H.

17

18      See **Jerome Daly v. First National Bank of Montgomery,**

19  **Minn., Justice Martin v. Mahoney Credit River Township, December**

20  **7-9 1968.  Ruled that Federal Reserve Notes were. fiat money and**

21  **not legal tender after jury deliberation and return a unanimous**

22  **verdict for defendant after bank president admitted it was**

23  **standard banking procedure in that he created the "money" he**

24  **loaned to the defendant as a book entry on December 7th at the**

25  **conclusion of trial, the mortgage was canceled.**

26

27      The Secured Party, Rodney L. Belle/ Non-Joint tenant,

28  further has reason to believe this operation under the color of

EXHIBIT E

PAGE 59

1   authority by President/ Vice President of CHASE HOME FINANCE
2   LLC, LOANSTAR MORTGAGE SERVICES, LLC,  MARRIOTT VACATION CLUB
3   INTERNATIONAL, AND NOVASTAR MORTGAGE , INC is in direct
4   violation of the Constitution for the united States of America,
5   also the International Protocol (United Nations Convention on
6   International Bills of Exchange and International Promissory
7   Notes, and the U.S. Federal Constitution, which prohibits Bills
8   of credit, and authenticates securities of the United States and
9   further defer payment with the people and the general public at
10  large.  The Secured Party, Rodney L. Belle/ Non-Joint tenant, in
11  his own stead, rescinded the loan contract due to constructive
12  fraud and usury, and also due to unethical business practice,
13  and furthermore demands a **special well informed grand jury of**
14  **the rules of the Common Law/ Article III Court Proceeding/**
15  **International Protocol/ treaties of the United Nations**
16  **Convention on International Bills of Exchange and International**
17  **Promissory Notes. Further investigation of Violation of the**
18  **Securities and Exchange Commission Act of 1933 and 1934 the RICO**
19  **allegation/ criminal elements.**
20
21
22              **Judicial Notice of How a Claim of Relief Can be Granted**
23
24      The Secured Party, Rodney L. Belle/ Non-Joint tenant gives
25  **Judicial Notice to the United States District Court that relief**
26  **can only be granted under his bond/ UCC-1 Financing Statement/**
27  **Article III Court Proceeding under the rules of the Common Law,**
28  **all rights reserved, waiver none ever to an Article II Maritime**

EXHIBIT F
PAGE 60

1    Court proceeding.  Further relief can be granted? A) Regulation

2    Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and

3    the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v.

4    Bank of New York, 329 F3d 1167. per Regulation Z Action for

5    rescission and Replevin is further Authorized Per House Joint

6    Resolution-192/ the Emergency Bankruptcy of 1933.  B) My bond

7    UCC-1 financial Statement/ Transmitting Utilities Under Public

8    Policy HJR-192, the Bankruptcy Reform Act of 1978/ Emergency

9    Bankruptcy Act and adjustment of my pre-paid account with the

10    Secretary of State and the Secretary of the Treasury in exchange

11    with my exemption, and release of all property/ proceeds to the

12    Secured Party in Accordance with the Uniform Commercial Code.

13    C) Under the Settlement agreement and the stipulations between

14    the parties, Rodney L. Belle/ Non-Joint tenant and the

15    President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR

16    MORTGAGE SERVICES, LLC, MARRIOTT VACATION CLUB INTERNATIONAL,

17    and NOVASTAR MORTGAGE, INC.

18

19      In further Judicial Notice, the plaintiff/ Secured Party,

20    Rodney L. Belle/ Non-Joint tenant, spokesperson for the none

21    debtor Corporation; RODNEY L. BELLE, honor any and all arguments

22    and anticipate dishonor of the President/ Vice President of

23    CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC,

24    MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE ,

25    INC and its attorneys, to continue to Dishonor/ harassment of

26    the Secured Party by threatening of non-judicial foreclosure in

27    state court, by interference of a third party/ silent partner or

28    newly appointed trustee, after secured party notice of

EXHIBIT F

PAGE 61

1  rescission/termination of the former trustee and demand

2  according to the Secured Party's mortgage insurance Company

3  policy to pay off the balance, which was also refused pursuant

4  to the United States insurance Policy, which is House Joint

5  Resolution-192.

6

7

8

9

10                    **Conclusion**

11

12    The Secured Party, Rodney L. Belle/ Non-Joint tenant,

13  **honors** and further anticipates that the President/ Vice

14  President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES,

15  LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR

16  MORTGAGE, INC/ Dishonor by invasion of administrative settlement

17  agreement between the parties, by **political arguments and**

18  **debates on Points and Authority contrary to the principles of**

19  **the National Banking Association Act of 1863** in a spurious

20  attempt to cover up the RICO and unclean hands, request an order

21  for dismissal due to plaintiff's failure to post bond or state

22  how a claim of relief can be granted, when the affirmative fact

23  shows the Acceptance for value by the Secured Party, see exhibit

24  of bond, a.k.a. financial statement/ transmit of utilities and

25  adjustment of account has been taken care of under Public Policy

26  HJR-192/ Emergency Bankruptcy Act of 1933, which the plaintiff

27  gives Judicial Notice of the settlement agreement and

28  stipulations and this is how a claim of relief can be granted

Quiet Title Lis Penden/ Honor Draft – 16

1  under my bond/ Financing Statement Registered with the Secretary

2  of State and all of the mentioned in the above.

3

4                                **Prayer**

5

6  1) Request to the Court that the President/ Vice President of

7  CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC,

8  MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE ,

9  INC **Honor** the terms and conditions of the settlement agreement

10  between the parties to Stay of all dishonor/ non-judicial

11  foreclosure proceeding, stay of harassment of the defendant and

12  its silent partner.

13

14  2) Request to the Court that the President/ Vice President of

15  CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC,

16  MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE ,

17  INC honor the terms and conditions of the settlement agreement

18  between the parties request for three times the above and the

19  amount of the Bill of Exchange Pursuant to the International

20  Protocol of United Nations, which will be presented at trial.

21

22  3) Request to the Court that the President/ Vice President of

23  CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC,

24  MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE ,

25  INC **Honor** the terms and conditions of the settlement agreement

26  between the parties the President/ Vice President of CHASE HOME

27  FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC, MARRIOTT VACATION

28  CLUB INTERNATIONAL, and NOVASTAR MORTGAGE, INC, cease and desist

EXHIBIT   F

PAGE   63

1  all commercial **dishonor/failed** to give full disclosure pursuant
2  to Regulation Z of the Truth-in-Lending Act, that lawful money
3  was loaned out (CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE
4  SERVICES, LLC,  MARRIOTT VACATION CLUB INTERNATIONAL, AND
5  NOVASTAR MORTGAGE , INC **Dishonored** by silence, Rodney Belle's
6  Request to have a professional accountant to check the credit
7  and debit of the account Request that this court accept my bond
8  UCC-1 financial statement by the Secretary of State and give
9  further Judicial Notice of Full Acceptance of the Defendant's
10 Dishonor and accept it for value and exchange in behalf of his
11 exemption and further release the property to him before the end
12 of business hours, which will conclude any and all commercial
13 transaction, which includes but is not limited to the Defense's
14 spurious claims of defective service to authorized agent/ other
15 political arguments and debates that are contrary to Regulation
16 Z of the Truth-in-Lending-Act/ the Security Exchange Commission
17 of 1933 and 1934/ House Joint Resolution-192, which is the
18 United States Insurance Policy.  This is also includes in the
19 acceptance and merit evidence that a claim of relief has been
20 mentioned according to HJR-192 Public Policy and the Bankruptcy
21 Reform Act of 1978/ Uniform Commercial Code.
22
23 4) Request to the Court that the President/ Vice President of
24 CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC,
25 MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE ,
26 INC honor the terms and conditions of the settlement agreement
27 between the parties Special Request that this controversy is
28 governed only according to the rule of the Common Law Article

Quiet Title Lis Penden/ Honor Draft - 18

EXHIBIT F

PAGE 64

1  III proceeding, waiver of Rights none ever to special Maritime

2  Territory and Jurisdictional proceeding of legislative none

3  ever, unless signed by a notary public...

4

5  5) Request to the Court that the President/ Vice President of

6  CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC,

7  MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE ,

8  INC honor the terms and conditions of the settlement agreement

9  between the parties and further **relief can only be granted by**

10  **Regulation Z of the Truth in Lending Act Title 5 USC Section**

11  **1635 (A)** and the **Title 12 CFR 226.23 (d)(i)**, 9th **Circuit ruling**

12  **in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z**

13  **Action for rescission and Replevin is further Authorized Per**

14  **House Joint Resolution-192/ the Emergency Bankruptcy of 1933.**

15

16  6) Request to the Court that the President/ Vice President of

17  CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC,

18  MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE ,

19  INC **Honor** the terms and conditions of the settlement agreement

20  between the parties to have the President and Vice President of

21  CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES, LLC,

22  MARRIOTT VACATION CLUB INTERNATIONAL, AND NOVASTAR MORTGAGE ,

23  INC before they hire any attorney dishonor/ protest Rodney L.

24  Belle's **Honor Draft** (Quiet Title Lis Penden) that they first

25  swear under their full commercial liability under the penalty of

26  perjury and sign a jurat or record a full Reconveyance on the

27  Deed of Trust in the County Recorder and do

28

Quiet Title Lis Penden/ Honor Draft - 19

7) Judicial Notice of Request for a well informed Grand Jury review, who understands the rules of the Common Law in an Article III Court proceeding only.  By the Plaintiff, Rodney L. Belle, being a Foreign African National he makes reservation under the Special-Choice-of-Law-Rule, which is the International Protocol and Domicile Rule, Universal Declaration of Human Rights, International Bill of Rights, and the United Nations Convention on International Bills of Exchange and International Promissory Notes.  If there is any Administrative Court proceeding that has invaded U.S. Code and the 9th Circuit Ruling in Yamamoto v. Bank of New York, 329 F3d  1167 (9TH Cir 20030 Regulation Z Mandated to all state / federal agency cannot make any Judicial discretion but is further mandated to Grant Relief within 21 days) (see further reference: Am Jur 2d 81).


whatever the District Court of the United States Article III Court deem to be just and proper.

**Verification**

Quiet Title Lis Penden/ Honor Draft - 20

EXHIBIT  F

PAGE  66

1    The Secured Party, Rodney L. Belle/ Non-Joint tenant,

2  declares and attests that he has **Honored** all of the President/

3  Vice President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE

4  SERVICES, LLC, AND MARRIOTT VACATION CLUB INTERNATIONAL, and

5  NOVASTAR MORTGAGE, INC's notice/ letter of dishonor of the

6  $400,000.00 to over $600,000.00 letter bond by Nancy Marks and

7  Associates, LLC of Accounting who apologized for any

8  inconvenience of returning the $400,000.00 to over $600,000.00.

9  In further dishonor by **Invasion of International Protocol of**

10  **United Nations International Bill of Exchange Pursuant to the**

11  **International Protocol of United Nations**/ by the President/ Vice

12  President of CHASE HOME FINANCE LLC, LOANSTAR MORTGAGE SERVICES,

13  LLC, MARRIOTT VACATION CLUB INTERNATIONAL, and NOVASTAR

14  MORTGAGE, INC's refusal to sign under their full commercial

15  liability under the penalty of perjury and give disclosure

16  pursuant to the Truth and Lending Act/ Regulation Z by signed

17  jurat before a notary public that all loans are lawful money and

18  are backed by gold and silver and the plaintiff, Rodney L.

19  Belle/ Non-Joint tenant qualifies under the House Joint

20  Resolution-192, the United States insurance policy, (and

21  according to Rodney L. Belle's home insurance policy) to have

22  the public debt discharged.  Any mention that judicial notice of

23  relief can only be granted under Public Policy HJR-192 and the

24  Emergency Bankruptcy Reform Act of 1978, 45 Am Jur 2d 81 and the

25  President/ Vice President of CHASE HOME FINANCE LLC, LOANSTAR

26  MORTGAGE SERVICES, LLC,  MARRIOTT VACATION CLUB INTERNATIONAL,

27  AND NOVASTAR MORTGAGE , INC dishonoring the administrative

28  settlement agreement between the parties by non judicial

Quiet Title Lis Penden/ Honor Draft - 21

EXHIBIT F
PAGE 107

1  foreclosure/ counter claims/ motion for dismissal shall  be

2  viewed as a breach of agreement between the parties shall also

3  be viewed as true and correct.

4

5

6                              Henceforth Submitted

7

8                      *Rodney L. Belle*

9                      Secured Party, Rodney L. Belle/

10                     Non-Joint tenant, spokesperson for

11                     the unincorporated corporation/

12                     vessel, (RODNEY L. BELLE)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT F

PAGE 108

Recording Requested by

When Recorded Mail to:
Name: **Benjamin Ashley**
Address: 7107 Broadway Ave
ZIP: Lemon Grove Ca 91945

FILED

07 NOV -6 PM 2: 10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ____ P02 ____

DEPUTY

'07 CV    2123 BEN (NLS)

Space above this line for Recorder use only

To: United States Attorney
California Attorney General
880 Front St. Rm 6293
San Diego, CA 92101

**CRIMINAL COMPLAINT**
**Affidavit of information**
**Affidavit of Obligation/ Truth**
**"True Bill in Commerce" By the**
**Petitioner, Benjamin Ashley,**
Complaint
Felony, High Crimes and Racketeering Influenced and
Corrupt Organization
18 USC (RICO)
 Alien Tort Claim Act
A)Violation of Federal Civil Rights Act of 1871 and
Title 12, 1983, 1984, 1986 Equal protection and Due
process of Law, and Refusal to Make a Arrest on all
Parties for Criminal Trespass, etc.

B) Trespassing and Invasion of International Protocols,
the Law of the Nations, the Law of Merchants, Human
Rights Violations, also of the World Constitution and
Treaty of the United Nations, the Universal Declarations
of Human Rights, International Bill of Rights, etc.

**Demand for Grand Jury Investigation / Review of Finding**

THIS CRIMINAL COMPLAINT AND AFFIDAVIT OF INFORMATION/ TRUE BILL DOES NOT
ARISE FROM THE SUBJECT MATTER OF ANY PREVIOUS DISPUTES IN CLASS ACTION.

**Affidavit of Information/ Affidavit of Obligation (Affidavit of Truth) "True Bill in Commerce" in**
**support of a Criminal Complaint/ Alien Tort Claim Act.**

I, Benjamin Ashley, Attorney-in- Fact the Complainant/ Affiant in the instant matter, am

reporting, by affidavit of obligation, and am giving (Public Notice of Criminal Trespassing /Violations of

International Protocols and the law of the Nations/Law of Merchants/Human Rights Violations, of the



EXHIBIT __G__
PAGE __69__

General Public at Large are in Jeopardy due to the Unlawful unethical Business Practice , the President

and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray /

Deutsche Bank National Trust and Associates Insolvent Corporation Impersonating International Creditor

of Debts of 1930 -33 Reorganization of UNITED STATES BANKRUPTCY as Debt Collector's .) to this

office of the United States Attorney, and U.S. Attorney General believed to be the Competent authorities

to which knowledge of criminal action should be reported.  This "True Bill in Commerce" Affidavit of

Obligation is pursuant to 18 United States Code Section 4 (18 USC 4), the Federal Rules of Criminal

Procedure, Rule 3, Title 18 (18 USC) Section 4 States:

"Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United

States, conceals, and does not as soon as possible make known, the same to some Judge or other person in

civil or Military authority under the United States, shall be fined not more than $500.00 or imprisoned not

more than three years, or both."

Federal Rules of Criminal Procedure Rule 3 States:

"The complaint is a written statement of the essential fact constituting the offense charged.  It shall be

made upon oath, before a magistrate."

   In order for a crime to exist, four elements must exist.  First there must be a clearly defined crime

or criminal action.  Second, there must be a victim.  Third, that the victim must have been damaged or

injured, and fourth, the criminal intent must be established on the part of the accused.  Without proof of all

four elements, no action can be considered criminal.

   In this matter the complainant affiant is the victim, the Commercial Affidavit set the complained

issues and this criminal complaint defines the crimes, verifies the actual damages, and the intent was

established by proof that the accused  the President and Vice President of First Federal Bank and its

Partnership/silent Partner Rob Buchan aka Realtor & Patricia Murray  / Deutsche Bank National Trust,

Trustee for Insolvent New Century Mortgage Company/



EXHIBIT _G_____

PAGE___70____

## PARTIES OF INTEREST

Petitioner at all times mentioned is **Benjamin Ashley Attorney-in-Fact**.

Respondent at all times mentioned is 1) the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust and Associates, 2) Los Angeles Police Department

## STATEMENT OF FACTS

I Benjamin Ashley Declare and Attest this Controversy, of above Insolvent Mortgage Company Call New Century Mortgage, who no longer in Business or in a Reorganizations due to Outrageous and Unethical Business Practice of Impersonating and International Creditors , Pretending to Give a Loan to the General Public at Large ,and Refusal to Give Full Disclosure that Pursuant to Regulation Z and the Truth and Lending Act, all Mortgage is Not a Loan Only a Common Law Lien on Said Property, and also failure to Inform Pursuant to the National Bank Act of 1863 All Banks and Mortgage Company are Prohibits of Lending any Money, also not to mention Article 1 Section 10 of the Constitution for the united States of America which Prohibit , one from Emit Bill of Credit in the 50 Republic States, and only Gold & Silver is the Form of Legal Tender of Debts, under the Color of Office without the Grantor Consent the Insolvent Mortgage sold the loan to First Federal Bank , and the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust is Acting Trustee and Asset Back Pass Through Certificates and Fraudulent Loans of the General Public at Large. In Good Faith Mrs. Sneed wash her hand by Grant Deed Said Property Located at : 2402 Inglewood Ca 90303 and Surrender to Key to Logical Mortgage Banker, and Mrs. Sneed later filed for Bankruptcy / Quiet Title Action an she Move out of state, on or around Oct 24, 2007 am

-3-

Mrs. Patricia Murray and Associated Mrs. Lisa Fisher Attorney at Law ,come with the Municipal Police Sergeants Fernandez , I show the Grant Deed and etc. the office mention it's a civil Matter and he is prohibit of getting involved, the next day at 6pm I step out of the house for a couple of hour only to see that under the color of office and state law the lock has been change the second time without my permission and the Respondent mention in the above has Criminal Trespass, and on that follow sat 27,2007 the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray  / Deutsche Bank National Trust and Associates had some Mover and Municipal Police officer A Mayorgu ,appear and Refused to Arrest the Mover , after the Mover acknowledge  that I was calling the Sheriff Department and A Citizenship will be made , despite of Municipal Police officer Mayorgu Refusal to do his Job, the Worker all Fled the Locations and the Representatives of the Realtors Rob Buchan and Mortgage never appear at the Scene, and I Benjamin Ashley Has Reason to believe that as long as these Outrageous and Unethical Behavior of Persons who are Party of the Municipal Police Department, Acting Sheriff for the Republic of California, does not Serve and Protect the General Public, Rather act as a Spokespersons for the Mortgage Company , by Political Argument  and Debates of Moot Points, who First Second Position of Title Recorded in the County Recorder, does not exempt one from Criminal Trespass and Violation of the Law.

Domestic Mixed War- a mixed war is one which is made on one side of public authority, and the other by mere private Insolvents  Corporation Impersonating as International Creditor(the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray  / Deutsche Bank National Trust and Associates) and ( (Black's Law Dictionary 5th Ed. Page 1420).  War does not exist merely because of an armed attack by Military forces of another nation until it is a condition recognized or accepted by political authority of Government, which is attacked either through an actual declaration of war or other acts demonstrating such, criminally under Title 18, Section 4, civilly under Title 42, Section 1983, 1985, 1986, position emphasis added: (Suaser V. Sun Life Assure Co. Of Canada, D.C. 57 F Supp. 620, 621)

EXHIBIT ___
PAGE ___

Mixed war is the disintegration of peace: Webster's states: "A State of hostility, conflict, or antagonism, a struggle between opposing forces," not necessarily open, violent, armed confrontations, although a continued state of disrupted peace by any forced lead to open armed conflict.

Non Bonded agent/ the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust and Associates did act in the scope of office and in their private capacity are hereby accused of the following crime against, and violation of the rights of the people of this California Republic/ International Communities/ Universal Declaration of Human Rights or obligation are secured, preserved or defined by the Constitution, art.1 sec. 10, clause 1 and also Article 1 section 9 clause 3- Bill of Attainder to prevent such abused by government officials by their oath to support said Constitution; (67 CJS, Officers, Section 46, and Oaths) Sec (15 USC).

Malfeasance  A. Mayorgu/ Los Angeles  Police Department of office by such wrongful action, by Refusal to Make an Arrest upon all those who Criminal Trespass and these individuals have acted with malfeasance of office in  deliberate conspiracy with  knowingly and willfully acted under the color of state law and office by Refusal to Arrest All Parties for Criminal Trespass  and Change of the Locks on said Property Listed in above Refusal to Call After Sergeant Fernandez  and Confirm mention it's a civil Matter and he can't get involve  and they the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray  / Deutsche Bank National Trust and Associates are guilty of misconduct in office whether public or private.

Treason-

Treason is defined as the assault against the authority to which one owes allegiance.  It is one of three specific crimes named in the United States Constitution.  It requires that one commit an act of war against the Constitution or giving aid and comfort to an enemy, such clearly, action by government officer and such private officer who have privileged authority in Commerce by the Constitution, in specific

-5-

connection to the above violation. Malfeasance of office along with violating their oath of office and in the related connected activities here in as listed below is nothing short of Treason.

In addition to and along with the above cited crimes, the accuser's acting in concert with such so called government official or impersonation of the Sheriff (A. Mayorgu/ Los Angeles Police Department without professional performance Bonds) Pursuant to the California Government Code Section 110 Define only the Sheriff is Police of California Republic and the Deputize Marshall Complete such acts as listed as follows:

Obstructing enforcement (a) whoever holds, or returns any person to a condition of Restraint with the intent of placing him or returning him to a condition/ violation of civil/ human rights shall be fined under Title or Imprisoned not more than 10 years or both. (b) Whoever obstruct, or in any way interfere with, or prevent the enforcement of this section shall be liable to penalties prescribed in subsection (a) Source (June 25, 1948) ch. 645, 62 Stat. 772 Pub. 1-103-322, Title xxxiii sec 330016 (1) R) Sept. 13 1994 108 stat. 2147. Pub. 104-208 Div. Title 2 Sec 218 (a) Sept. 1996. 100 Stat. 3009 J 73.

Fraud-

Permitting shown and demonstrated acts of fraud and actively participating in a scheming conspiracy of untruths and misrepresentation to deceive those who entrusted themselves in dealing in good faith, while specifically acting in deliberate bad faith and such fraud was shown (Cal. Penal Code sec. 532 18 USC 1001).

Conspiracy-

A confederation of two or more individuals who may not know each other but by their joint effort, commit some unlawful or criminal act.(Black's Law Dictionary). Multiple officials, agents, and other persons named properly noticed by the attached commercial affidavit and the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust and Associates who under a color of official right and appearance and

color of law, continued to perform such acts to continue to raise revenue by fraud and extortion, theft of exemption of and the general public at large. (California Racketeering Act 18 USC 1961 et. Seq.)

Racketeering

Is the combination of the above identified crimes. Title 18 United States Codes Section 1961 (RICO) defines it as involving a host of patterned criminal actions that includes but is not limited to an act or threat of murder, kid napping, gambling, arson, and as in the instant case, robbery, bribery, extortion, Fraud, slavery, misrepresentation, etc..

The explanation of crimes above stem from other hidden crimes being forced upon the general public at large/ the People of this California Republic and the International Communities. Such Crimes and this Affidavit of Information, is registered in the overall context of the Bankruptcy of the United States the, District of Columbia) as per Jurisdiction set for In the U.S. Constitution Article 1, section 8, clause 17, and 18 and Article 4, Section 3, clause 2) the United States Bankruptcy is a direct result of the Federal Reserve act of Dec. 22, 1913, in which the delegated authority of Congress to be Responsible for the Nation's currency was unconstitutional and was clearly reiterated on march 17, 1993 on the floor of the House of Representatives by James Traficant, Jr. (Ohio) addressing the House, it is recorded in the United States Congressional Record, Wednesday, March 17, 1993, vol. 33 page HI303:

"Mr. Speaker, we are here now in chapter 11, member of congress are official trustees presiding over the greatest reorganization of any bankrupt entity in world history. The U.S. Government," he further mentioned, "the U.S. attorney general the "permanent member" to the Secretariat of the Interpol operation and the Secretary of the Treasury , the "alternate permanent member" under article 30 of the constitution , and regulation of Interpol 22 USC 263 (a), the agents are required to renounce their allegiance to their respective countries and expatriate consequently, all "public servant" official, Congressmen, politician, Judges, attorney, law enforcement personnel, the states and their various agencies are express agents of the foreign principal. Private Municipal Corporation in behalf of the United States

A) A Federal Corporation title 28 U.S.C. Section 300(5) chapter 176 mentions in the United States is a Corporation 534 federal supplement 724.

This RICO enterprise should be subject to 28 USC sec 4 of the commission of crimes cognizable by a court of the United States. Title 18 USC sec 513 mentions: "Whoever makes, utters, or possesses a counterfeited security of a State or political subdivision thereof or of an organization, or whoever makes, utters, or possesses a forged security of a state or political subdivision thereof, or organization with intent to deceive another person, organization, or government shall be fined not more than $250,000 or imprisoned not more than ten (10) years or both." Among securities defined at 18 USC sec 2311 is included: "evidence" of indebtedness, which in a broad sense may mean anything that is due and owing, which would include a duty, obligation , or right of action.

### Waiver of Contractual Right

The failure of either party to enforce one or more provisions of this agreement shall not be construed as a waiver or limitation of that Party's right agreement. **The Benjamin Ashley Acting. Attorney –in –Fact/** Private Attorney General, shall not be deemed to have waived right under this agreement unless such waiver is given in writing and signed by the Petitioner. No delay or omission on the part of the Petitioner in exercising a right shall operate as waiver of such right or any other right. A waiver by the Petitioner of a provision of this agreement shall not prejudice or constitute a waiver of the Secured Party's right otherwise to demand strict compliance with that provision or any other provision of this agreement. No prior waiver by Benjamin Ashley nor any course of dealing between Benjamin Ashley , and the President and Vice President of First Federal Bank and its Partnership Rob Buchan aka Realtor & Patricia Murray / Deutsche Bank National Trust and Associates and Associates A. Mayorgu/ Los Angeles Police Department shall constitute a waiver of the Secured Party's rights or of Debtor obligations under this agreement as to future Transactions, whenever the consent of is required under this

-8-

Agreement, the granting of such consent by the Petitioner in one instance shall not constitute consent over the whole.

UCC 3-103 fraud, misrepresentation, duress, Estoppel, Bankruptcy, principal and agent law of contract.

UCC 3-103. Duty to act in good faith Requires honesty not dishonest/ reasonable Commercial Standard of fair Dealing.

UCC 403. Filing Public Record or upon Acceptance by Filing offer.

UCC 1-201 (11) offer/ consideration/ Acceptance

UCC 1-105 Territorial, Application of the act, practice, Power to choose, Application Law, choose law, conflict of Law.

## Payment of One Billion Dollars, U.S. $1,000,000,000.00

| Nature of Crime | Damage Penalty | Authority of Damage |
|---|---|---|
| Fraud | $10,000.00 | $ 18USC 1001 |
| 3 counts theft of exemption | $5,000.00 | $ 18 USC 872 |
| from count 3 (felony) (18USC 2112) no | $250,000.00 | $18USC 3571, 3623 |
| Conspiracy | $10,000.00 | $18USC, 241 |
| Racketeering (Criminal) | $25,000.00 | $18USC, 1963 |
| Grand theft Larceny | $250,000.00 per day | $18 USC 872 |

See attachment: Bill of Exchange upon default

Subtotal amount, see attachment (A)



EXHIBIT G

PAGE 77

Racketeering (Civil Value) Whatever the actual damages are, that can be proven, multiplied by 3, triple

the damages.

$10,000.00 x 3 = $ 18 USC, 1964

100 Constitutional Violations

(150 Human Rights violation)         $100,000,000.00

from count 21                        $ see attachment

partial table total

Racketeering civil penalties         $ upon default, see exhibit of Bill of Exchange for said

                                     amount of One Billion Dollars.

I, Benjamin Ashley, Declared and Attest / affirm that the above Information mentioned in this Affidavit

of Truth, True Bill" is correct to the best of my knowledge and belief.  P.S. within 30 days Can you please

give me your legal Authority, if you choose not to prosecute, Nor Qualified for a Grand Jury Investigation

of Operations under the Color of Law and why each member doesn't fall in the realm of Investigation or

Review by a Grand Juries of Criminal Elements, and if evidence of Crime,  criminal prosecution for

violations mentioned in the above.

                        Henceforth Submitted

                        Benjamin Ashley Attorney-in -Fact

                            -10-

# UNITED STATES DISTRICT COURT
# SOUTHERN JUDICIAL DISTRICT

## DECLARATION OF SERVICE

I am over the age of 18 and I hereby attest and confirm that I personally served an Authorized Agent of

**USD COURT**

at their place of business known as 880 FRONT ST , San Diego, CA  92101, and that I served the  following documents:

### CRIMINAL COMPLAINT;Benjamin Ashley.

To Proof of Service,  I do hereby declare to be true and correct to the best of my knowledge and ability that I have served the party(s) named hereon with a true copy of the document within.

This 6TH Day Of  November 2007

_____ **Signature of Person Serving**

1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

11  CHARLETTE SNEED,                              CASE NO. 07CV0729-LAB (AJB)

12                            Plaintiff,          **ORDER OF DISMISSAL**

13        vs.

14  CHASE HOME FINANCE LLC, FIRST
    FEDERAL BANK OF CALIFORNIA,
15  HOMEQ SERVICING, COUNTRYWIDE,
    GMAC/SILVERSTATE,
16
                              Defendants.
17

18          On April 20, 2007, Plaintiff filed her complaint against all Defendants.  On May 11,

19  summonses were issued as to all Defendants.

20          On July 24, Defendant Chase Home Finance filed a motion to dismiss and motion for

21  a more definite statement.  Plaintiff did not oppose these motions, nor did she respond to

22  Defendant Chase Home Finance's reply noting that she had not responded.  The Court may

23  therefore grant Defendant Chase Home Finance's motion as unopposed.  *Ghazali v. Moran,*

24  46 F.3d 52, 53 (9th Cir. 1995); Civil Local Rule 7.1(f)(3)(c).

25          No proofs of service were ever filed; however, in addition to Defendant Chase Home

26  Finance, Defendants First Federal Bank of California and Countrywide Home Loans, Inc.

27  appeared and all claims against them have been dismissed. The two remaining Defendants,

28  HomEq Servicing and GMAC/Silverstate, have not appeared.  Pursuant to Fed. R. Civ. P.

- 1 -

07CV0729

1  4(l), proof of service must be provided to the Court. Pursuant to Fed. R. Civ. P. 4(m), service

2  of the summons and complaint must be made no later than 120 days after the filing of the

3  complaint. Noting that this time period had already passed, the Court ordered Plaintiff to file

4  proofs of service on the remaining Defendants (HomEq Servicing and GMAC/Silverstate) no

5  later than 14 calendar days from the date the order to show cause was entered. If Plaintiff

6  wished to show good cause for failure to serve within the time limit, she was directed to do

7  so by filing a memorandum of points and authorities, to be filed within the same time limit.

8      Plaintiff has not shown cause as ordered, nor has she attempted to do so, nor has

9  she sought relief from the Court's order. The last activity by Plaintiff in this case was an

10 attempt to file an amended complaint, which was rejected by the Court by discrepancy order

11 on August 1, 2007.

12     Defendant Chase Home Finance's motion to dismiss is therefore **GRANTED**. All

13 claims against Defendants HomEq Servicing and GMAC/Silverstate are likewise

14 **DISMISSED**. Because all claims against all Defendants have been dismissed without

15 prejudice, this action is therefore **DISMISSED WITHOUT PREJUDICE**.

16

17     **IT IS SO ORDERED**.

18 DATED: September 7, 2007

19

20     **HONORABLE LARRY ALAN BURNS**
       United States District Judge

21

22

23

24

25

26

27

28

07CV0729

EXHIBIT H

PAGE 81

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

8
9
10

11  CATHERINE POPE,

CASE NO. 07CV925 JLS (AJB)

12                              Plaintiff,

ORDER (1) ACKNOWLEDGING
VOLUNTARY DISMISSAL and (2)
DENYING MOTIONS AS MOOT

        vs.

13
14  COUNTRYWIDE HOME LOANS et al.,

(Doc. Nos. 13, 15, 17, 21, 24, 27)

                              Defendants.

15
16          Presently before the Court is plaintiff's "Judicial Notice of Dismissal."[1]  (Doc. No. 27.)

17  Where, as here, the notice of dismissal is filed "before service by the adverse party of an answer or

18  of a motion for summary judgment," dismissal does not require an Order of the Court.  Fed. R.

19  Civ. P. 41(a)(1)(ii).  Therefore, this action **HAS BEEN DISMISSED WITHOUT PREJUDICE.**

20  The Clerk **SHALL CLOSE** the case.  The Court **DENIES AS MOOT** plaintiff's motion for

21  summary judgment (Doc. No. 13) and defendants' motions to dismiss (Doc. Nos. 15, 17, 21, &

22  24.)

23  //

24  //

25  //

26

27  ─────────────────────

     [1] Plaintiff brings her notice pursuant to Federal Rule of Civil Procedure 41(b), which allows

28  a <u>defendant</u> to move for dismissal.  Therefore, the Court construes plaintiff's notice as a notice for
     voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).

- 1 -                                        07cv925

EXHIBIT _____ I

PAGE  82

1          IT IS SO ORDERED.

2

3     DATED:  October 3, 2007

4                                                    _Janis L. Sammartino_____
5                                                    Honorable Janis L. Sammartino
                                                     United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT ___E____                    07cv925

PAGE 83

1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

11   RODNEY L. BELLE,

12                                    Plaintiff,

13       vs.

CHASE HOME FINANCE LLC;
14   LOANSTAR MORTGAGE SERVICES,
LLC; and NOVASTAR MORTGAGE, INC.,

15                                    Defendants.

16

CASE NO. 06CV2454 WQH (LSP)

ORDER RE: DEFENDANT'S
MOTION TO DISMISS

17   HAYES, Judge:

18          Pending before the Court is the motion to dismiss filed by Defendant Chase Home Finance,

19   LLC and joined by Loanstar Mortgage Services, LLC. (Docs. # 39, 40). The court finds this matter

20   suitable for submission on the papers without oral argument pursuant to Local Civil Rule 7.1(d)(1).

21                              **PROCEDURAL BACKGROUND**

22          On November 7, 2006, Plaintiff Rodney L. Belle filed the Complaint in this matter, asserting

23   various claims against Defendants Chase Home Finance, LLC (Chase), Loanstar Mortgage Services,

24   LLC (Loanstar), Marriot Vacation Club International (Marriot), and Novastar Mortgage, Inc.

25   (Novastar). (Doc. # 1). On December 1, 2006, Defendant Chase moved to dismiss the Complaint for

26   failure to state a claim pursuant to FED R. CIV. P. 12(b)(6), and in the alternative, moved for a more

27   definite statement pursuant to FED R. CIV. P. 12(e). (Doc. # 3). On December 5, 2006, Defendant

28   Marriot moved to dismiss for lack of personal jurisdiction, insufficiency of service of process, and

EXHIBIT____J____
PAGE__84__

1  failure to state a claim pursuant to FED. R. CIV. P. 12(b)(2), (b)(5), and (b)(6). (Doc. # 4). On May 18,

2  2007, Loanstar joined Chase's motion to dismiss. (Doc. # 35). On May 22, 2007, the Court granted

3  the Defendants' motions to dismiss without prejudice. (Doc. # 37).

4  　　　　On June 21, 2007, Plaintiff Belle timely filed an amended complaint. (Doc. # 38). On July 9,

5  2007, Defendant Chase again moved to dismiss Plaintiff's Amended Complaint for failure to state a

6  claim pursuant to FED. R. CIV. P. 12(b)(6). (Doc. # 39). On July 12, 2007, Loanstar joined Chase's

7  motion to dismiss. (Doc. # 40). Plaintiff Belle did not file an opposition to Defendant Chase's motion

8  to dismiss.

9  　　　　　　　　**ALLEGATIONS OF THE AMENDED COMPLAINT**

10  　　　　In his Amended Complaint, Plaintiff Rodney Belle alleges that in or about July of 2006, he

11  entered into an agreement with Defendants Chase, Lonestar, and Novastar. *Amended Complaint* at

12  6. Though it is not entirely clear, the agreement appears to pertain to real properties located in San

13  Diego and San Bernardino. *Amend. Compl.* at 2. Plaintiff alleges that he "honored/ tendered in full

14  with good faith funds the said amount of the property ($400,000.00 to over $600,000.00) by

15  commercial instrument No. 4443800530 . . . ." *Amend. Compl.* at 7.

16  Plaintiff specifically alleges that

17  　　　　[t]his controversy involves real properties; located at 640 Pyramid St. San Diego, CA
       92114 (loan no. 20929816 of Chase Home Finance, LLC and Loanstar Mortgage

18  　　　　Service, LLC/ Loan No. 2013993 Nova Star Mortgage Inc. /Loan No. 0014405549 and
       Second Location 777 W. 27th , San Bernardino Ca.92405 and this said amount of the

19  　　　　controversy is under Nine Hundred Thousand dollars.

20  *Amend. Compl.* at  2.

21  　　　　Ostensibly related to the above agreement, or perhaps related to a "settlement agreement" or

22  other "stipulations," Plaintiff alleges that Defendants "dishonored/failed to give full disclosure

23  pursuant to regulation Z of the Truth-in-Lending Act pursuant to the Freedom of Information Act . .

24  . ." *Amend. Compl.* at 7. In addition, Plaintiff alleges that Defendants failed to "sign under there [sic]

25  full commercial liability under the penalty of perjury by sworn Affidavit/ Jurat that...lawful money

26  was loaned out . . . ."  *Amend. Compl.* at  8. Plaintiff alleges that Defendants have engaged in

27  "dishonor/ unethical and outrageous business practice" and that the  "general public and the public

28  at large are in jeopardy due to these unethical business practices . . . ." *Amend. Compl.* at 9.

06CV2454 WQH (LSP)

EXHIBIT ___J___

PAGE __85__

1    Plaintiff appears to allege that Defendants "counterfeited securities" in violation of the

2    Security and Exchange Commission Act of 1933 and 1934. *Amend. Compl.* at 11-13. Plaintiff also

3    alleges that Defendants violated the International Protocol of the United Nations Convention on

4    International Bills of Exchange and International Promissory Notes. *Amend. Compl.* at 11-12, 17.

5    Finally, Plaintiff briefly alleges a breach of contract (*Amend. Compl.* at 9), violation of the Racketeer

6    Influenced and Corrupt Organizations Act (*Amend. Compl.* at 17), a violation of the Uniform

7    Commercial Code (*Amend. Compl.* at 10) and a violation of the Federal Tort Claims Act (*Amend.*

8    *Compl.* at 5).

9        Although it is difficult to discern what relief Plaintiff is requesting, it appears Plaintiff would

10   like the Court to enforce the terms of an undisclosed "settlement agreement" and or order

11   reconveyance of a deed of trust. *Amend. Compl.* at 7, 21-22.

## STANDARD OF REVIEW

13       FED. R. CIV. P. 8 requires a complaint to contain "a short and plain statement of the claim

14   showing that the pleader is entitled to relief . . . ." FED. R. CIV. P. 8(a). "The Federal Rules adopt a

15   flexible pleading policy; however every complaint must, at a minimum, give fair notice and state the

16   elements of each claim against each defendant plainly and succinctly." *Rasidescu v. Midland Credit*

17   *Management, Inc.,* 435 F. Supp. 2d 1090, 1098-99 (S.D. Cal. 2006). When presented with a pro se

18   complainant, the pleadings must be construed liberally, and the plaintiff must be given the "benefit

19   of any doubt." *Abassi v. I.N.S.,* 305 F.3d 1028, 1032 (9th Cir. 2002) (citations omitted). However,

20   "even pro se plaintiffs must allege, with at least some degree of particularity, overt acts taken by [the]

21   defendant which support his claims." *Rasidescu,* 435 F. Supp. 2d at 1099.

22       A motion to dismiss under Rule 12(b)(6) tests the legal sufficiency of the pleadings. *De La*

23   *Cruz v. Tormey,* 582 F.2d 45, 48 (9th Cir. 1978). A complaint may be dismissed for failure to state

24   a claim under Rule 12(b)(6) where the factual allegations do not raise the "right to relief above the

25   speculative level." *Bell Atlantic v. Twombly,* 127 S. Ct. 1955, 1965 (2007). Conversely, a complaint

26   may not be dismissed for failure to state a claim where the allegations plausibly show "that the pleader

27   is entitled to relief." *Id., citing* FED R. CIV. P. 8(a)(2). In ruling on a motion pursuant to Rule

28   12(b)(6), a court must construe the pleadings in the light most favorable to the plaintiff, and further,

06CV2454 WQH (LSP)

EXHIBIT___J___

PAGE___80___

1  must accept as true all material allegations in the complaint, as well as any reasonable inferences to

2  be drawn therefrom. *See Broam v. Bogan*, 320 F.3d 1023, 1028 (9th Cir. 2003), *see also Chang v.*

3  *Chen*, 80 F.3d 1293 (9th Cir. 1996). In considering a Rule 12(b)(6) dismissal, a court may not look

4  beyond the complaint. *Moore v. Costa Mesa*, 886 F.2d 260, 262 (9th Cir. 1989).

5                                   **DISCUSSION**

6         Defendants Chase and Loanstar move to dismiss Plaintiff's Amended Complaint pursuant

7  to FED. R. CIV. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

8  Defendants contend that Plaintiff's Amended Complaint fails to cure any of the deficiencies

9  identified by the Court in the order granting Defendant's motion to dismiss Plaintiff's original

10  Complaint. Defendants further contend that the Amended Complaint does not comply with FED.

11  R. CIV. P. 8(a), and that the Amended Complaint contains insufficient allegations to support the

12  various claims. Defendants request that the Court dismiss Plaintiff's Amended Complaint with

13  prejudice because "further leave to amend would be futile." (Doc. # 39 at 3).

14  **A. Whether Plaintiff's Amended Complaint Complies with Rule 8(a)**

15         Defendants assert that Plaintiff's Amended Complaint is undecipherable, confusing, and

16  contains varied references to a number of laws without distinguishing among the various claims

17  being alleged. In addition, Defendants contend that the Complaint's factual allegations are

18  insufficient to support the claims.

19         FED. R. CIV. P. 8(a), requires that a complaint contain "a short and plain statement of the

20  claim showing that the pleader is entitled to relief." A complaint satisfies Rule 8 if it gives the

21  Defendant "fair notice of what the plaintiff's claim is and the grounds upon which it rests."

22  *Swierkiewicz v. Sorema N.A.*, 534 U.S. 506, 513 (2002), *citing Gibson*, 355 U.S. at 47. A

23  complaint fails to give fair notice when it is "so verbose, confused, and redundant that its true

24  substance, if any, is well disguised." *Corcoran v. Yorty*, 347 F.2d 222, 223 (9th Cir. 1956).

25         Plaintiff's Amended Complaint is twenty-five pages long, and it is titled "Amended

26  Complaint to Action to Quiet Title /Lis Penden." After reviewing the Amended Complaint, it is

27  still unclear whether Plaintiff is in fact seeking an action to quiet title. As in Plaintiff's previous

28  Complaint, the Amended Complaint is essentially devoid of references to "quiet title" outside of

06CV2454 WQH (LSP)

EXHIBIT ____J____

PAGE____87____

1   the case caption and page numbering. In its Order dated May 22, 2007, the Court directed Plaintiff

2   to support his quiet title claim with clear factual allegations including who owns the referenced

3   property, whether it is subject to adverse claims, and whether Defendants have an interest in the

4   property. (Doc. # 37 at 6). Plaintiff has failed to include any of these factual elements in his

5   Amended Complaint. (Doc. # 38). Instead, Plaintiff created further confusion by identifying a

6   second piece of property located in San Bernardino which apparently relates to his quiet title

7   claim. With respect to the second piece of property, Plaintiff has again failed to allege any of the

8   necessary elements to support an action to quiet title. *See also* CAL. CODE CIV. PROC. § 761.020.

9   Plaintiff has failed to include a legal description of the property, the basis on which he claims title

10  to the property, or an identification of any adverse claims by Defendants to Plaintiff's title. CAL.

11  CODE CIV. PROC. § 761.020. Without these necessary elements, Defendants are unable to frame an

12  appropriate response to Plaintiff's allegations. The Court concludes that Plaintiff has neither

13  stated a claim for, nor put the Defendants on fair notice of, a claim to quiet title.

14          Plaintiff also attempts to assert a claim for violation of the Truth-in-Lending Act, *see* 15

15  U.S.C. § 1601, specifically Regulation Z. *See* 15 C.F.R. § 226.1. Although Plaintiff refers to

16  Regulation Z repeatedly throughout the Amended Complaint, he never specifies which of its

17  provisions he contends Defendants violated. Regulation Z contains four sub-parts and appendices,

18  and each subpart relates to a different type of transaction and is governed by particular rules and

19  requirements, e.g. "Open-end credit," "closed-end credit," "oral disclosures," and "special rules for

20  mortgage transactions." *See* 15 C.F.R. § 226.1(d)(1-6). In its previous order the Court advised

21  Plaintiff to provide additional detail to his Regulation Z claim because the incoherent allegations

22  in the original complaint were not sufficient to allow Defendants to frame a responsive pleading.

23  The Amended Complaint, however, does not succeed in curing the defects previously enumerated

24  by the Court. Plaintiff again makes reference to Defendants' failure to disclose that "lawful money

25  was loaned out," but does not specify why this constitutes a violation of Regulation Z. *Amend.*

26  *Compl.* at 7. Plaintiff also alleges that Defendants violated Regulation Z by declining "to have an

27  independent, certified accountant to review the lawful money that was originally loaned to see if

28  there was unclean hands in the above matter." *Amend. Compl.* at 12. Yet Plaintiff does not

06CV2454 WQH (LSP)

EXHIBIT_____

PAGE_____

1    identify the provisions of Regulation Z that require such review. The Court concludes that these
2    allegations do not, standing alone, properly assert a claim for violation of Regulation Z given the
3    breadth, scope, and detail of the statute. In addition, Plaintiff again makes reference to *Yanamoto*
4    *v. Bank of New York*, 329 F.3d 1167 (9th Cir. 2003), but does not explain how that case is relevant
5    to the circumstances alleged here. In *Yanamoto*, the court held that a mortgagee seeking rescission
6    of a mortgage based on a violation of the Truth and Lending Act can be required to provide
7    evidence that they can tender the proceeds of the loan before the court reaches the merits of the
8    alleged violation. *Id.* at 1173. The only thing that the Court can glean based on the *Yanamoto*
9    reference is that Plaintiff may have tried to rescind an agreement. However, due to the lack of
10   supporting allegations, it is not clear exactly what agreement Plaintiff may have attempted to
11   rescind. The Court concludes that the Amended Complaint does not allege facts which establish
12   the applicability of Regulation Z. *See* 15 C.F.R. § 226.1(c)).
13            In his original complaint, Plaintiff alleges that Defendants have counterfeited securities in
14   "violation of the Securities and Exchange Commission Act of 1933 and 1934." *Amend. Compl.* at
15   12. However, Plaintiff again fails to provide any details or factual allegations to support his
16   securities counterfeiting claim. Plaintiff appears to contend that Defendants violated the Act
17   because Defendants "declined in setting a public conference and invitation of the press/ media...to
18   answer one hundred and fifty questions" and "refuse to give full disclosure that check book
19   entries/ debit credit was created, and no lawful money was lent to Plaintiff." *Amend. Compl.* at 12.
20   Though the Amended Complaint does identify specific code sections from the Act, it does not
21   explain how Defendants' conduct constitutes a violation of those sections. Plaintiff does not
22   specify what security Defendants allegedly counterfeited. The Court concludes that Plaintiff has
23   neither stated a claim for, nor put the Defendants on fair notice of, a securities counterfeiting
24   claim.
25            The Amended Complaint alleges that Defendants violated the "International Protocol/
26   Treaty with the United States United Nations Convention on International Bills of Exchange and
27   International Promissory Notes." *Amend. Compl.* at 12-13, 17. The United Nations Convention
28   on International Bills of Exchange and International Promissory Notes (UN Convention) applies to

06CV2454 WQH (LSP)

EXHIBIT

PAGE 89

1   international bills of exchange and promissory notes. It is difficult, however, for the Court to

2   determine how Defendants violated the UN Convention.  There is nothing on the face of the

3   Amended Complaint to indicate the presence of an international transaction.  All of Plaintiff's

4   allegations appear to revolve around two pieces of property, one located in San Diego, and the

5   other located in San Bernardino, and Plaintiff does not explain how the UN Convention is

6   implicated by his ownership of real property located solely in the United States.  Further, Plaintiff

7   does not allege that Defendants are foreign nationals or that the loan originated from a bank

8   located in a foreign nation.  Plaintiff does refer to himself as "the Secured Party, Rodney L. Belle/a

9   Foreign state National" (*Amend. Compl.* at 1, 4, 5).  However Plaintiff fails to indicate how his

10  putative status as a foreign state national establishes the applicability of the UN Convention.

11  *Amend. Compl.* at 1, 4, 5.  Plaintiff's UN Convention claim suffers from the same lack of

12  specificity identified by the Court in its order of May 22, 2007.  (Doc. # 37).  Plaintiff fails to

13  indicate what portion of the UN Convention the Defendants violated, and how Defendants violated

14  it.  The Court concludes that the Amended Complaint does not allege facts which establish the

15  applicability of, or a violation of, the UN Protocol.

16          The Amended Complaint makes references to other federal claims, including violation of

17  the Racketeer Influenced and Corrupt Organizations Act (RICO) (*Amend. Compl.* at 17), the

18  Freedom of Information Act (FOIA) (*Amend. Compl.* at 7, 15,16), the Federal Tort Claims Act

19  (FTCA) (*Amend. Compl.* at 5), the National Banking Association Act of 1863 (*Amend. Compl.* at

20  19), the Emergency Bankruptcy Act of 1933 (*Amend. Compl.* at 19), and the Bankruptcy Reform

21  Act of 1978 (*Amend. Compl.* at 14).  However, after reviewing the entirety of the Amended

22  Complaint, the Court is unable to determine the specific nature of the claims asserted, how the

23  claims relate to the allegations of the Complaint, and which sections or subsections of the various

24  Acts or statutes Defendants have allegedly violated.

25                                    **CONCLUSION**

26          After reviewing the Amended Complaint, the Court concludes that Plaintiff has failed to

27  state a claim for quiet title, for violation of the Truth-in-Lending Act, or for any other federal or

28  state law.  Accordingly, Defendant Chase's motion to dismiss (Doc. # 39) for failure to comply

06CV2454 WQH (LSP)

EXHIBIT ___J___

PAGE___90___

1   with FED. R. CIV. P. 8(a) & 12(b)(6), joined by Defendant Loanstar (Doc. # 40), is GRANTED.

2   Plaintiff's Complaint is dismissed in its entirety, but without prejudice.

3        Plaintiff has thirty days from the date this Order is stamped "filed," to file and serve a

4   Second Amended Complaint.  *See* Local Civil Rules 4.1; 15.1.  If Plaintiff chooses to file a Second

5   Amended Complaint, Plaintiff shall cure the deficiencies outlined in this Order.  If Plaintiff fails to

6   file a Second Amended Complaint within the time allowed, or fails to cure the deficiencies of his

7   previous Complaints, the Court will terminate this case with prejudice.

8        IT IS SO ORDERED.

9   DATED:  October 31, 2007

10

11                              WILLIAM Q. HAYES
                                United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

06CV2454 WQH (LSP)

EXHIBIT ___J___

PAGE ___91___

DOC # 2007-0237013

ITo
OC
ICC

**RECORDING REQUESTED BY**
CATHERINE G. POPE
WHEN RECORDED MAIL TO
AND MAIL TAX STATEMENTS TO

NAME CATHERINE G. POPE

ADDRESS 1224 WEAVER STREET

CITY SAN DIEGO
STATE & ZIP   CA   92114

9217

APR 09. 2007    3:53 PM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:        30.00
OC:          AFNF
PAGES:       1          **2007-0237013**

543-071-14

## GRANT DEED

TITLE ORDER NO.                ESCROW NO.                APN NO.

THE UNDERSIGNED GRANTOR(s) DECLARE(s)
DOCUMENTARY TRANSFER TAX is $ _GIFT_ _0_ CITY TAX $ _____
[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale,
[ ] Unincorporated area: [X] City of _SAN DIEGO_ _____, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, CATHERINE G. POPE, A
MARRIED WOMAN AS HER SOLE AND PROPERTY LISTED BELOW

hereby GRANT(s) to        SEMINOLE MORTGAGES
P.O. BOX 6242
FULLERTON, CA  92834

the following described real property in the County of  SAN DIEGO      State of California:

LOT 18 OF EMPIRE ADDITION TO ENCANTO HEIGHTS, IN THE CITY OF SAN DIEGO,
COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO THE MAP THEREOF
NO. 1254, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY
APRIL 26, 1910.

Dated _MARCH 23, 2007_                        _Catherine G Pope_

STATE OF CALIFORNIA               )
COUNTY OF  SAN DIEGO              ) S.S.

On _MARCH 23, 2007_ before me. _ARNIE M. BELLE (A NOTARY Public)_
(here insert name and title of the officer), personally appeared _CATHERINE G. POPE_

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument
the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _A. M. Belle_

ARNIE M. BELLE
COMM. #1452987
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
NOVEMBER 24, 2007
(This area for official notarial seal)

**MAIL TAX STATEMENTS TO ADDRESS AS SHOWN ABOVE**

FORM GRNTDEED
Rev. 12/2000

EXHIBIT _K_

PAGE _92_

1  |  **PROOF OF SERVICE**

2  |  **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3      At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 800, Los Angeles, California 90067-2512.

5      On December 31, 2007, I served true copies of the following document(s) described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF DEFENDANT FIRST FEDERAL BANK OF CALIFORNIA:(1) TO DISMISS ALL CAUSES OF ACTION AGAINST FIRST FEDERAL BANK OF CALIFORNIA [F.R.C.P. (8) & 12(b)(6)]; OR, IN THE ALTERNATIVE, (2) FOR A MORE DEFINITE STATEMENT [F.R.C.P. 12(e)]** on the interested parties in this action as follows:

9  |  **SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Epport, Richman & Robbins, LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing as set forth in this Proof of Service.

     I declare that I am employed in the office of a member of the bar of this Court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on December 31, 2007, at Los Angeles, California.

/S/ _____
Darice Pequignot

*EPPORT, RICHMAN & ROBBINS, LLP*
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 786-0787

8483_Motion to Dismiss_RJN.doc

07-CV-02334-WQH (WMC)

*REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS*

**SERVICE LIST**
**WILLAM CARTER v. COUNTRYWIDE HOME LOANS, et al.**
**Case No. 07-CV-02334-WQH (WMC)**

William Carter
5778 Midwick Street
San Diego, California 93065

In Pro Se

Attorney General
State of California
Office of the Attorney General
110 West A Street, Suite 1100
San Diego, California 92101-5266

Attorney for Defendant
Superior Court Chief Clerk C. Sclinsky

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 · FACSIMILE (310) 785-0787