1  STEVEN N. RICHMAN, State Bar No. 101267
   H. MARK MADNICK, State Bar No. 228126
2  **EPPORT, RICHMAN & ROBBINS, LLP**
   1875 Century Park East, Suite 800
3  Los Angeles, California  90067-2512
   Telephone:   (310) 785-0885
4  Facsimile:    (310) 785-0787
   E-Mail:       *srichman@erlaw.com*
5                *hmmadnick@erlaw.com*

6  Attorneys for Defendant
   FIRST FEDERAL BANK

7

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

11
   WILLIAM CARTER,                    | CASE NO. 07-CV-02334-WQH (WMC)
12                                    |
         Plaintiff,                   | **NOTICE OF MOTION AND MOTION
13                                    | OF DEFENDANT FIRST FEDERAL
      v.                              | BANK OF CALIFORNIA:**
14                                    |
   COUNTRYWIDE HOMES LOANS;           | (1)    TO DISMISS ALL CLAIMS
15 EMC MORTGAGE CORPORATION;          |        FOR RELIEF ACTION
   INDYMAC BANK; PACIFIC              |        AGAINST FIRST FEDERAL
16 MONARCH RESORTS, INC.; FIRST       |        BANK OF CALIFORNIA
   FEDERAL BANK; GE MONEYBANK;        |        [F.R.C.P. (8) & 12(b)(6)];
17 HOUSEHOLD BANK; BANK OF NEW        |
   YORK; DAVID L. SKELTON,            | OR, IN THE ALTERNATIVE,
18 Bankruptcy Trustee; JOHN J. KRALIK;| (2)    FOR A MORE DEFINITE
   SUPERIOR COURT CHIEF CLERK C.      |        STATEMENT [F.R.C.P. 12(e)]
19 SCLINSKY; PRESIDING                |
   ADMINISTRATIVE JUDICIAL OFFICE;    | Date:   January 11, 2008
20 COMMISSIONERS/LEVY OFFICERS;       | Time:   11:00 am
   DOES 1-45,                         | Crtrm.: 4
21                                    | Judge:  Hon. William Q. Hayes
         Defendants.                  |
22                                    | **NO ORAL ARGUMENT UNLESS
                                      | REQUESTED BY THE COURT**
23
       TO THE HONORABLE WILLIAM Q. HAYES:
24
          NOTICE IS HEREBY GIVEN THAT on February 11, 2008, or as soon thereafter
25
   as the matter may be heard in Courtroom 4 of the United States District Court for the
26
   Southern District of California, located at 880 Front Street, San Diego, California,
27
   Defendant First Federal Bank of California ( "First Federal") will, and hereby does, move
28

the Court to dismiss Plaintiff's entire Complaint as to First Federal.[1] This Motion is made pursuant to Rules 8 and 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the Complaint does not contain a short and plain statement of the claim showing that Plaintiff William Carter ("Carter") is entitled to relief.

NOTICE IS FURTHER GIVEN THAT, in the alternative, should the Court decide not to dismiss the Complaint as to First Federal at this time, First Federal requests that the Court order Plaintiff Carter to provide a more definite statement regarding the basis of his claims against First Federal. This alternative Motion is made pursuant to Rule 12(e) of the Federal Rules of Civil Procedure on the grounds that the Complaint is so vague and ambiguous that First Federal cannot reasonably be required to frame a responsive pleading.

This Motion shall be based upon this Notice of Motion and Motion; the Memorandum of Points and Authorities and the Request for Judicial Notice filed concurrently herewith; Plaintiff's Complaint, and, any other pleadings or documents of which the Court may take judicial notice; and the oral argument, if any, permitted by the Court.

DATED: January 3, 2008            EPPORT, RICHMAN & ROBBINS, LLP


By: /S/H. MARK MADNICK
H. MARK MADNICK
Attorneys for Defendant
FIRST FEDERAL BANK

---

[1] First Federal brings this Motion on its own behalf because the Complaint is ambiguous as to the identities of the parties named, and First Federal believes that the Plaintiff is suing it as an entity. However, First Federal respectfully requests the Court to consider this Motion to have been brought on behalf of First Federal and any of its officers the Court considers properly named in the Complaint.

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

    At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 800, Los Angeles, California 90067-2512.

    On January 3, 2008, I served true copies of the following document(s) described as **NOTICE OF MOTION AND MOTION OF DEFENDANT FIRST FEDERAL BANK OF CALIFORNIA (1) TO DISMISS ALL CAUSES OF ACTION AGAINST FIRST FEDERAL BANK OF CALIFORNIA [F.R.C.P. (8) & 12(b)(6)];OR, IN THE ALTERNATIVE, (2)FOR A MORE DEFINITE STATEMENT [F.R.C.P. 12(e)]** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Epport, Richman & Robbins, LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing as set forth in this Proof of Service.

    I declare that I am employed in the office of a member of the bar of this Court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on January 3, 2008, at Los Angeles, California.

*/s/ Darice Pequignot*
Darice Pequignot

**SERVICE LIST**
**WILLAM CARTER v. COUNTRYWIDE HOME LOANS, et al.**
Case No. 07-CV-02334-WQH (WMC)

William Carter
5778 Midwick Street
San Diego, California 93065

In Pro Se

Attorney General
State of California
Office of the Attorney General
110 West A Street, Suite 1100
San Diego, California 92101-5266

Attorney for Defendant
Superior Court Chief Clerk C. Sclinsky

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

8483_Notice of Motion to Dismiss.doc                                07-CV-02334-WQH (WMC)
*NOTICE OF MOTION AND MOTION OF FIRST FEDERAL BANK OF CALIFORNIA TO DISMISS*