STEVEN N. RICHMAN, State Bar No. 101267
H. MARK MADNICK, State Bar No. 228126
**EPPORT, RICHMAN & ROBBINS, LLP**
1875 Century Park East, Suite 800
Los Angeles, California  90067-2512
Telephone:   (310) 785-0885
Facsimile:    (310) 785-0787
E-Mail:        *srichman@erlaw.com*
                    *hmmadnick@erlaw.com*

Attorneys for Defendant
FIRST FEDERAL BANK

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CARTER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOMES LOANS; EMC MORTGAGE CORPORATION; INDYMAC BANK; PACIFIC MONARCH RESORTS, INC.; FIRST FEDERAL BANK; GE MONEYBANK; HOUSEHOLD BANK; BANK OF NEW YORK; DAVID L. SKELTON, Bankruptcy Trustee; JOHN J. KRALIK; SUPERIOR COURT CHIEF CLERK C. SCLINSKY; PRESIDING ADMINISTRATIVE JUDICIAL OFFICE; COMMISSIONERS/LEVY OFFICERS; DOES 1-45,<br><br>Defendants. | CASE NO. 07-CV-02334-WQH (WMC)<br><br>**NOTICE OF CORRECTED DATE FOR NOTICE OF MOTION AND MOTION OF DEFENDANT FIRST FEDERAL BANK OF CALIFORNIA TO DISMISS ALL CLAIMS**<br><br>Date:   February 11, 2008<br>Time:  11:00 am<br>Crtrm.: 4<br>Judge: Hon. William Q. Hayes<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

**TO THE HONORABLE WILLIAM Q. HAYES:**

PLEASE TAKE NOTICE that the date for hearing on the Notice of Motion and Motion of Defendant First Federal Bank of California to Dismiss all Claims for Relief Action against First Federal Bank of California, was listed incorrectly on the Caption as *January 11, 2008*, at 11:00 a.m. in Courtroom 4. The correct date is *February 11, 2008*, at 11:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 4 of the United

1  States District Court for the Southern District of California, located at 880 Front Street,
2  San Diego, California.
3
4  DATED: January 4, 2008                     EPPORT, RICHMAN & ROBBINS, LLP
5
6
                                              By:  /S/ H. MARK MADNICK
7                                                  H. MARK MADNICK
                                              Attorneys for Defendant
8                                             FIRST FEDERAL BANK

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

8483 Corrected hearing Notice MTD.doc                                    07-CV-02334-WQH (WMC)

*NOTICE OF CORRECTED DATE FOR HEARING ON MOTION TO DISMISS*

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 800, Los Angeles, California 90067-2512.

On January 4, 2008, I served true copies of the following document(s) described as **NOTICE OF CORRECTED DATE FOR NOTICE OF MOTION AND MOTION OF DEFENDANT FIRST FEDERAL BANK OF CALIFORNIA TO DISMISS ALL CLAIMS** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Epport, Richman & Robbins, LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing as set forth in this Proof of Service.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 4, 2008, at Los Angeles, California.

_____
Darice Pequignot

**SERVICE LIST**
**WILLAM CARTER v. COUNTRYWIDE HOME LOANS, et al.**
Case No. 07-CV-02334-WQH (WMC)

William Carter                                          In Pro Se
5778 Midwick Street
San Diego, California 93065