**RETURNED MAIL**
L.R. 83.3.e requires prompt notification to the court of any change of address.
Date: 1/14/08

WILLIAM CARTER
5778 MIDWICK STREET
SAN DIEGO, CA 93065

NIXIE 921 DE 1 00 01/08/09
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 92101892965 *0904-01805-04-43

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM H. CARTER,<br><br>    Plaintiff,<br>vs.<br><br>COUNTRY WIDE MORTGAGE,<br><br>    Defendant. | CASE NO. 07CV2334 WQH (WMc)<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION TO PROCEED IN FORMA PAUPERIS |

HAYES, Judge:

Pending before the Court is Plaintiff's second motion to proceed in forma pauperis. (Doc. # 4).

### DISCUSSION & ORDER

On December 13, 2007, Plaintiff William H. Carter filed a Complaint against Defendant Countrywide Home Mortgage accompanied with a motion to proceed in forma pauperis. (Docs. # 1, 2). On December 18, 2007, the Court denied Plaintiff's motion to proceed in forma pauperis and required that Plaintiff either (1) pay the requisite filing fee, or (2) submit a more detailed motion to proceed in forma pauperis. (Doc. # 3). On December 21, 2007, Plaintiff filed a second motion to proceed in forma pauperis. (Doc. # 4).

**I. Motion to Proceed In Forma Pauperis**

All parties instituting a civil action, suit, or proceeding in a district court of the United States, other than a petition for writ of habeas corpus, must pay a filing fee of $350.00. 28 U.S.C. § 1914(a).