STEVEN N. RICHMAN, State Bar No. 101267
H. MARK MADNICK, State Bar No. 228126
**EPPORT, RICHMAN & ROBBINS, LLP**
1875 Century Park East, Suite 800
Los Angeles, California 90067-2512
Telephone: (310) 785-0885
Facsimile: (310) 785-0787
E-Mail: *srichman@erlaw.com*
*hmmadnick@erlaw.com*

Attorneys for Defendant
FIRST FEDERAL BANK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CARTER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOMES LOANS; EMC MORTGAGE CORPORATION; INDYMAC BANK; PACIFIC MONARCH RESORTS, INC.; FIRST FEDERAL BANK; GE MONEYBANK; HOUSEHOLD BANK; BANK OF NEW YORK; DAVID L. SKELTON, Bankruptcy Trustee; JOHN J. KRALIK; SUPERIOR COURT CHIEF CLERK C. SCLINSKY; PRESIDING ADMINISTRATIVE JUDICIAL OFFICE; COMMISSIONERS/LEVY OFFICERS; DOES 1-45,<br><br>Defendants. | CASE NO. 07-CV-02334-WQH (WMC)<br><br>**NOTICE OF NON-RECEIPT OF OPPOSITION**<br><br>Date: February 11, 2008<br>Time: 8:30 a.m.<br>Crtrm.: 4.<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

TO THE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 7.1(e)(2), Plaintiff WILLIAM CARTER ("Carter") was required to file his Opposition to FIRST FEDERAL BANK OF CALIFORNIA'S ("First Federal") Motion to Dismiss the Complaint of William Carter on or before January 28, 2008.

First Federal has not received any Opposition to the Motion to Dismiss. Therefore, First Federal respectfully requests that the Court grant First Federal's Motion as requested.

Additionally, First Federal requests that the dismissal be with prejudice. As set forth in the Motion to Dismiss, it is clear that any attempts at amendment would be futile. Therefore, First Federal respectfully requests that Carter's Complaint be dismissed with prejudice. As stated in the Motion, Carter cannot possibly state a claim against First Federal.

DATED: February 1, 2008          EPPORT, RICHMAN & ROBBINS, LLP


By: /S/ H. MARK MADNICK
    ────────────────────────
    H. MARK MADNICK
    Attorneys for Defendant
    FIRST FEDERAL BANK

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 800, Los Angeles, California 90067-2512.

On February 1, 2008, I served true copies of the following document(s) described as **NOTICE OF NON-RECEIPT OF OPPOSITION** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Epport, Richman & Robbins, LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing as set forth in this Proof of Service.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 1, 2008, at Los Angeles, California.

_/s/ Christine Landen_
Christine Landen

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

**SERVICE LIST**
**WILLAM CARTER v. COUNTRYWIDE HOME LOANS, et al.**
**Case No. 07-CV-02334-WQH (WMC)**

| | |
|---|---|
| William Carter<br>5778 Midwick Street<br>San Diego, California 93065 | In Pro Se |
| Attorney General<br>State of California<br>Office of the Attorney General<br>110 West A Street, Suite 1100<br>San Diego, California 92101-5266 | Attorney for Defendant<br>Superior Court Chief Clerk C. Sclinsky |

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787

8483 Non Receipt.doc

07-CV-02334-WQH (WMC)

*NOTICE OF NON-RECEIPT OF OPPOSITION*