# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CARTER,<br><br>                  Plaintiff,<br>  vs.<br><br>COUNTRYWIDE HOME LOANS, G.E. MONEYBANK, HOUSEHOLD BANK, BANK OF NEW YORK, DAVID L. SKELTON, JOHN J. KRALIK, SUPERIOR COURT CHIEF CLERK C. SELINSKY, et al.,<br><br>                  Defendants. | CASE NO. 07CV2334 WQH (WMc)<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

HAYES, Judge:

      On December 13, 2007, Plaintiff William H. Carter filed a Complaint against a number of corporate and individual Defendants. (Doc. # 1). On December 17, 2007, Plaintiff filed a motion for leave to proceed in forma pauperis. (Doc. # 2). On December 18, 2007, the Court denied Plaintiff's motion for leave to proceed in forma pauperis, and ordered Plaintiff to either pay the $350.00 filing fee or submit a more detailed and comprehensive motion to proceed in forma pauperis. (Doc. # 3).

      On December 21, 2007, Plaintiff filed a second motion to proceed in forma pauperis. (Doc. # 4). On January 3, 2008, the Court denied the motion and ordered Plaintiff to either pay the $350.00 filing fee, or submit a more detailed and comprehensive motion to proceed in forma pauperis, on or before February 22, 2008. (Doc. # 8). In the Order of January 3, 3008, the Court noted that, "[i]f

1  Plaintiff fails to submit payment or an amended motion to proceed in forma pauperis on or before
2  February 22, 2008, the Court will close this case." (Doc. # 8 at 2).
3        To date, Plaintiff has failed to pay the $350.00 filing fee or submit a third motion to proceed
4  in forma pauperis. Accordingly, this case is hereby dismissed without prejudice for failure to pay the
5  requisite filing fee as required by 28 U.S.C. § 1914(a). The Clerk of the Court is ordered to close this
6  case.
7        Defendant First Federal Bank's motion to dismiss (Doc. # 6) is DENIED as moot.
8  **IT IS SO ORDERED**.
9  DATED: February 26, 2008

**WILLIAM Q. HAYES**
United States District Judge