AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

William Carter

**V.**

Countrywide Home Loans; EMC Mortgage Corporation;
Indymac Bank; Pacific Monarch Resort, Inc; First Federal
Bank; GE Moneybank; Household Bank; Bank of New York;
David L Skelton; John J. Kralik; Superior Court Chief Clerk
C. Selinsky; Presiding Administrative Judicial Office;
Commissioners/Levy Officers does 1-45

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**     07cv2334-WQH-WMC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

This case is dismissed without prejudice for failure to pay the requisite filing fee as required by 28 U.S.C. Section 1914(a). Defendant First Federal Bank's motion to dismiss is denied as moot.

| February 27, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/M. Cruz

(By) M. Cruz, Deputy Clerk

ENTERED ON February 27, 2008