

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

Returned Mail
No forwarding address
Excess pages discarded
Date 3/4/08

NIXIE    921  DE 1    00 03/01/08
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 92101892965    *0604-00376-27-43

WILLIAM CARTER
5778 MIDWICK STREET
SAN DIEGO, CA 93065

*Returned Mail*
*No forwarding address*
*Excess pages discarded*
*Date 3/4/08*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CARTER,<br><br>                                    Plaintiff,<br>vs.<br><br>COUNTRYWIDE HOME LOANS, G.E. MONEYBANK, HOUSEHOLD BANK, BANK OF NEW YORK, DAVID L. SKELTON, JOHN J. KRALIK, SUPERIOR COURT CHIEF CLERK C. SELINSKY, et al.,<br><br>                                    Defendants. | CASE NO. 07CV2334 WQH (WMc)<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

HAYES, Judge:

On December 13, 2007, Plaintiff William H. Carter filed a Complaint against a number of corporate and individual Defendants. (Doc. # 1). On December 17, 2007, Plaintiff filed a motion for leave to proceed in forma pauperis. (Doc. # 2). On December 18, 2007, the Court denied Plaintiff's motion for leave to proceed in forma pauperis, and ordered Plaintiff to either pay the $350.00 filing fee or submit a more detailed and comprehensive motion to proceed in forma pauperis. (Doc. # 3).

On December 21, 2007, Plaintiff filed a second motion to proceed in forma pauperis. (Doc. # 4). On January 3, 2008, the Court denied the motion and ordered Plaintiff to either pay the $350.00 filing fee, or submit a more detailed and comprehensive motion to proceed in forma pauperis, on or before February 22, 2008. (Doc. # 8). In the Order of January 3, 3008, the Court noted that, "[i]f

AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Returned Mail
No forwarding address
Excess pages discarded
Date 3/4/08

William Carter

v.

Countrywide Home Loans; EMC Mortgage Corporation; Indymac Bank; Pacific Monarch Resort, Inc; First Federal Bank; GE Moneybank; Household Bank; Bank of New York; David L Skelton; John J. Kralik; Superior Court Chief Clerk C. Selinsky; Presiding Administrative Judicial Office; Commissioners/Levy Officers does 1-45

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07cv2334-WQH-WMC

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

This case is dismissed without prejudice for failure to pay the requisite filing fee as required by 28 U.S.C. Section 1914(a). Defendant First Federal Bank's motion to dismiss is denied as moot.

February 27, 2008                                         W. Samuel Hamrick, Jr.
Date                                                                  Clerk

                                                                    s/M. Cruz
                                                              (By) M. Cruz, Deputy Clerk

                                                              ENTERED ON February 27, 2008

07cv2334-WQH-WMC